**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRIC OF GEORGIA**

|  |  |  |
|---|---|---|
| **In Re:** | ) ) ) | |
| **Beautiful Brows LLC** | ) ) ) ) ) | **CHAPTER 11** <br><br> **Case No. 18-66766** |
| **Debtors.** | ) ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana  46204 represents Simon Property Group, L.P, as landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

Simon Property Group, L.P.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana  46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

_____/s/Ronald M. Tucker_____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, L.P. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served this 5th day of October, 2018 via ECF Noticing to the parties of record.

                                      By:    */s/Ronald M. Tucker*
                                                  Ronald M. Tucker, Esq.

| | |
|---|---|
| Debtor | represented by Jason L. Pettie |
| Beautiful Brows LLC | Jason L. Pettie, PC |
| 5002 North Royal Atlanta Dr | P.O. Box 17936 |
| Suite M | Atlanta, GA 30316 |
| Tucker, GA 30084 | (404) 638-5984 |
| DE KALB-GA | Fax : (404) 601-4983 |
| Tax ID / EIN: 26-2988624 | Email: jasonpettie@gmail.com |

U.S. Trustee
United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437