**Fill in this information to identify the case**

Debtor name      **Beautiful Brows LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number      **18-66766**
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of
   debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of
   account number

   3.1. **Platinum FCU checking account**        **Checking account**        __ __ __ __        $42.87

4. **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $42.87

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor   **Beautiful Brows LLC**

Name

Case number (if known)   **18-66766**

**Current value of
debtor's interest**

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$0.00**

## Part 3:   Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

**11.**  **Accounts receivable (owed from Tucker Imports, LLC**

| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ............→ | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$264,335.00** | – | **$174,335.00** | = ............→ | **$90,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$90,000.00**

## Part 4:   Investments

**13.**  **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method
used for current value**      **Current value of
debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                     % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.**  **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

**$0.00**

## Part 5:   Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor    **Beautiful Brows LLC**

Name

Case number (if known)    **18-66766**

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **Beautiful Brows LLC** | Case number (if known) | 18-66766 |
|---|---|---|---|
| | Name | | |

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Misc. Office furniture and supplies located at Debtor's home office** | | | **$1,100.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Town Center at Cobb:  Misc. Salon Equipment, Materials, and furnishings located at Town Center at Cobb Mall (See attached list)** | | | **$10,803.00** |
| **Mall of Ga:  Misc. Salon Equipment, Materials, and furnishings located at Mall of Georgia (See attached list)** | | | **$9,376.00** |
| **Arbor Place:  Misc. Salon Equipment, Materials, and furnishings located at Arbor Place Mall (See attached list)** | | | **$9,146.00** |
| **3 Laser Hair Removal Machines** | | | **$90,000.00** |

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$120,425.00** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Acura MDX (94,000 miles)** - subject to title lien with Platinum FCU in the amount of $9,488.92 | | | **$14,900.00** |
| 47.2.  **2013 Mercedes GL350 (86,000 miles)** - subject to Platinum FCU title lien in the amount of $13,365.35 | | | **$20,500.00** |

| EQUIPMENT INVENTORY LIST | | | |
|---|---|---|---|
| | **LOCATION:** | **TOWN CENTER AT COBB** | |
| **#** | **Item Description** | **Value** | |
| 1 | 10 in 1 Facial Equipment-1 | $ 300.00 | |
| 2 | Salon Chairs-4 Chairs | $ 400.00 | |
| 3 | Shampoo Bowls-1 Bowl | $ 200.00 | |
| 4 | Massage Beds-1 bed | $ 100.00 | |
| 5 | Facial Beds-2 beds | $ 200.00 | |
| 6 | Store Signage | $ 4,000.00 | |
| 7 | Sterilizers-6 | $ 240.00 | |
| 8 | Salon Implements | $ 1,000.00 | |
| 9 | Work Stations-4 | $ 800.00 | |
| 10 | Wood Lamps-3 | $ 150.00 | |
| 11 | Work Trolleys-4 | $ 600.00 | |
| 12 | Skin Scanner-1 | $ 40.00 | |
| 13 | Fax Machine | $ 20.00 | |
| 14 | Washer & Dryer Combo | $ 400.00 | |
| 15 | Water Dispenser-1 | $ 150.00 | |
| 16 | Paintings-4 | $ 200.00 | |
| 17 | Benches-3 | $ 150.00 | |
| 18 | Barbicide jars-4 | $ 120.00 | |
| 19 | Cash Wrap | $ 1,000.00 | |
| 20 | Steamer-1 | $ 35.00 | |
| 21 | Wax warmers-2 | $ 20.00 | |
| 22 | Microwave | $ 50.00 | |
| 23 | Refrigerator | $ 200.00 | |
| 24 | Wall Clocks-4 | $ 28.00 | |
| 25 | Wall Mirrors-4 | $ 200.00 | |
| 26 | Samsung 40" TV's-2 | $ 200.00 | |
| 26 | | | |

**TOTAL** $ 10,803.00

| EQUIPMENT INVENTORY LIST | | | | |
|---|---|---|---|---|
| | **LOCATION:** | **ARBOR PLACE MALL** | | |
| **#** | **Item Description** | **Value** | | |
| 1 | 10 in 1 Facial Equipment-1 | $ 300.00 | | |
| 2 | Salon Chairs-3 Chairs | $ 300.00 | | |
| 3 | Massage Beds-1 bed | $ 100.00 | | |
| 4 | Facial Beds-1 beds | $ 100.00 | | |
| 5 | Store Signage | $ 4,000.00 | | |
| 6 | Sterilizers - 5 | $ 200.00 | | |
| 7 | Salon Implements | $ 1,000.00 | | |
| 8 | Work Stations-3 | $ 600.00 | | |
| 9 | Samsung 40" TV's-2 | $ 200.00 | | |
| 10 | Work Trolleys-4 | $ 600.00 | | |
| 11 | Skin Scanner-1 | $ 40.00 | | |
| 12 | Fax Machine | $ 20.00 | | |
| 13 | Waiting area chairs 6 | $ 120.00 | | |
| 14 | Barbicide jars-3 | $ 90.00 | | |
| 15 | Cash Wrap | $ 1,000.00 | | |
| 16 | Steamer-1 | $ 35.00 | | |
| 17 | Wax warmers-2 | $ 20.00 | | |
| 18 | Microwave | $ 50.00 | | |
| 19 | Refrigerator | $ 200.00 | | |
| 20 | Wall Clocks-3 | $ 21.00 | | |
| 21 | Wall Mirrors-3 | $ 150.00 | | |

**TOTAL** $ 9,146.00

| EQUIPMENT INVENTORY LIST | | | | |
|---|---|---|---|---|
| | LOCATION: | ARBOR PLACE MALL | | |
| # | Item Description | Value | | |
| 1 | 10 in 1 Facial Equipment-1 | $ 300.00 | | |
| 2 | Salon Chairs-3 Chairs | $ 300.00 | | |
| 3 | Massage Beds-1 bed | $ 100.00 | | |
| 4 | Facial Beds-1 beds | $ 100.00 | | |
| 5 | Store Signage | $ 4,000.00 | | |
| 6 | Sterilizers - 5 | $ 200.00 | | |
| 7 | Salon Implements | $ 1,000.00 | | |
| 8 | Work Stations-3 | $ 600.00 | | |
| 9 | Samsung 40" TV's-2 | $ 200.00 | | |
| 10 | Work Trolleys-4 | $ 600.00 | | |
| 11 | Skin Scanner-1 | $ 40.00 | | |
| 12 | Fax Machine | $ 20.00 | | |
| 13 | Waiting area chairs 6 | $ 120.00 | | |
| 14 | Barbicide jars-3 | $ 90.00 | | |
| 15 | Cash Wrap | $ 1,000.00 | | |
| 16 | Steamer-1 | $ 35.00 | | |
| 17 | Wax warmers-2 | $ 20.00 | | |
| 18 | Microwave | $ 50.00 | | |
| 19 | Refrigerator | $ 200.00 | | |
| 20 | Wall Clocks-3 | $ 21.00 | | |
| 21 | Wall Mirrors-3 | $ 150.00 | | |

**TOTAL** $ 9,146.00

Debtor    **Beautiful Brows LLC**
_____    Case number (if known)  __18-66766__
Name

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $35,400.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes. Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent | Net book value of | Valuation method | Current value of |
| Include street address or other description | of debtor's interest | debtor's interest | used for current | debtor's interest |
| such as Assessor Parcel Number (APN), | in property | (Where available) | value | |
| and type of property (for example, | | | | |
| acreage, factory, warehouse, apartment or | | | | |
| office building), if available. | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $0.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method | Current value of |
| | debtor's interest | used for current value | debtor's interest |
| | (Where available) | | |

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

Debtor    **Beautiful Brows LLC**                                    Case number (if known)    **18-66766**
_____Name_____

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential claim against Arbor Place Mall for the mall's violation the exclusivity clause in
Debtor's lease agreement**                                                    **Unknown**

Nature of claim           **lease dispute**

Amount requested          _____

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Beautiful Brows LLC**                                    Case number (if known)   **18-66766**
Name

---

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$42.87** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$90,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$120,425.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$35,400.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .............................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.    91a. | **$245,867.87** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92 ...................................................................   **$245,867.87**

**Fill in this information to identify the case:**

Debtor name **Beautiful Brows LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number **18-66766**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** Ameris Bank | **Describe debtor's property that is subject to a lien** | $611,029.90 | $120,467.87 |
| **Creditor's mailing address** c/o Mark Golder | **personal property** | | |
| Golder Law LLC | **Describe the lien** | | |
| 101 Village Parkway, Building 1, Suite 4 | SBA loan / Agreement | | |
| Marietta        GA    30067 | **Is the creditor an insider or related party?** ☑ No  ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☑ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** 8/8/16 | | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☑ No  ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$847,004.34

| Debtor | **Beautiful Brows LLC** | Case number (if known) | **18-66766** |

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2**

**Creditor's name**
Arbor Place II LLC

**Creditor's mailing address**
c/o Scott M Shaw

835 Georgia Avenue, Suite 800

Chattanooga          TN      37402

**Creditor's email address, if known**

**Date debt was incurred**    6/13/17

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

personal property

**Describe the lien**

lease / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$20,733.26**    Value of collateral: **$0.00**

---

**2.3**

**Creditor's name**
Ascentium Capital

**Creditor's mailing address**
23970 Highway 59N

Kingwood          TX      77339

**Creditor's email address, if known**

**Date debt was incurred**    2/15/17

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

personal property

**Describe the lien**

Collecting for - / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$86,981.44**    Value of collateral: **$0.00**

| Debtor | **Beautiful Brows LLC** | Case number (if known) | **18-66766** |
|---|---|---|---|

| Part 1: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $128,259.74 | $0.00 |
|---|---|---|---|
| **Quarterspot:** | **personal property** | | |

**Creditor's mailing address**
**c/o Simon & Kokolis, LLC**

**110 N. Washington St., Suite 500**

**Describe the lien**

**Collecting for - / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Rockville          MD   20850**

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**     **12/11/17**

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Fill in this information to identify the case:**

Debtor **Beautiful Brows LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number **18-66766**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☒ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the
claim is: *Check all that apply.*

_____
_____
_____
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

| Debtor | **Beautiful Brows LLC** | Case number (if known) | **18-66766** |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,093.70 |

**American Express**

**AllTran Financial**

**PO Box 722929**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77272-2929 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,363.27 |

**American Express**

**Zwicker & Associates PC**

**80 Minute Man Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Andover | MA | 01810 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**AMEX-61002 Zwicker & Associates PC 80 Minute Man Road, Andover, MA 01810**

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**American Express**

**c/o Becket & Lee LLP**

**POB 3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Malvern | PA | 19355 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,000.00 |

**ARY Investments**

**304 Kent Valley Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Tucker | GA | 30084 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Profit Sharing claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

**ARY Investments: 304 Kent Valley Circle, Tucker, GA 30084**

---

Debtor    **Beautiful Brows LLC**                                      Case number (if known)    **18-66766**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

**FC Marketplace LLC**

**c/o Potter & Martin, LLP**

**3945 Holcomb Bridge Road, Suite 300**

**Peachtree Corners**          **GA**    **30092**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit account**

**$347,964.23**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**: Hays,  3945 Holcomb Bridge Road, Suite 300, Peachtree Corners, GA 30092**

---

**3.6** Nonpriority creditor's name and mailing address

**First Data Merchant Cash Advance**

**400 Corral Ridge Drive, MS C-230**

**Coral Springs**          **FL**    **33065**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit account**

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**First Data Merchant Cash Advance: 400 Corral Ridge Drive, MS C-230, Coral Springs, FL 33065**

---

**3.7** Nonpriority creditor's name and mailing address

**Gwinnett Place Mall GA LLC**

**9101 Alta Dr., Suite 1801**

**Las Vegas**          **NV**    **89145**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**lease**

**$45,742.77**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**Gwinnett Place Mall GA LLC 9101 Alta Dr., Suite 1801, Las Vegas, NV 89145**

---

**3.8** Nonpriority creditor's name and mailing address

**Kena Patel**

**1455 Satellite Blvd., Apt #2207**

**Suwanee**          **GA**    **30024**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Profit Sharing claim**

**$98,000.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**Kena Patel: 1455 Satellite Blvd., Apt #2207, Suwanee, GA 30024**

---

Debtor    **Beautiful Brows LLC**    Case number (if known)    **18-66766**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,500.00**

**Kusumben Patel**

**3543 #A Old Chamblee Tucker Rd**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Doraville** **GA** **30340**

Basis for the claim:
**Profit Sharing claim**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**Kusumben Patel: 3543 #A Old Chamblee Tucker Road, Doraville, GA 30340**

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$39,659.57**

**Lenox Square Mall**

**Retail Property Trust C/O Lisa Harper**

**3340 Peachtree Rd NE, Suite 250**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Atlanta** **GA** **30326**

Basis for the claim:
**lease**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**: , Esq 3340 Peachtree Rd NE, Suite 250, Atlanta, GA 30326**

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,000.00**

**Maheswari Gautam**

**5404 Keeport Drive, Apt 5,**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pittsburg** **PA** **15236**

Basis for the claim:
**Profit sharing claim**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**Maheswari Gautam: 5404 Keeport Drive, Apt 5, Pittsburg, PA 15236**

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,842.20**

**Mall of Georgia**

**C/O Andrew Hazen, Hall Booth Smith PC**

**191 Peachtree Street NE, Suite 2900**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta** **GA** **30303**

Basis for the claim:
**lease**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**: C/O Andrew Hazen, Hall Booth Smith PC, 191 Peachtree Street NE, Suite 2900, Atlanta, GA 30303**

---

Debtor  **Beautiful Brows LLC**                    Case number (if known)  **18-66766**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**Minal Patel**

**4141 Oxcliff Grove**

**Suwanee**                    **GA**    **30024**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Minal Patel: 4141 Oxcliff Grove, Suwanee, GA 30024

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Profit Sharing claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$65,000.00**

---

**3.14**   Nonpriority creditor's name and mailing address

**Mohammad Ali**

**435 Gavenwood Drive**

**Lilburn**                    **GA**    **30047**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Mohammad Ali: 435 Gavenwood Drive, Lilburn, GA 30047

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Profit Sharing claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,000.00**

---

**3.15**   Nonpriority creditor's name and mailing address

**Nazmur Aktar**

**5885 Princeton Run Trail**

**Tucker**                    **GA**    **30084**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Nazmur Aktar: 5885 Princeton Run Trail, Tucker, GA 30084

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Profit Sharing claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,000.00**

---

**3.16**   Nonpriority creditor's name and mailing address

**Northlake Mall**

**ATR Corinth Partners C/O Lisa Harper Esq**

**3340 Peachtree Rd NE, Suite 250**

**Atlanta**                    **GA**    **30326**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,000.00**

---

| Debtor | **Beautiful Brows LLC** | | Case number (if known) | **18-66766** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.17** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$95,000.00**

**Pareen Patel**

**642 Cobb Parkway South**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Marietta** | **GA** | **30060** |

**Basis for the claim:**

**Profit Sharing claim**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Pareen Patel: 642 Cobb Parkway South, Marietta, GA 30060**

| **3.18** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$78,806.48**

**Phipps Plaza**

**C/O Lisa Harper, Esq**

**3340 Peachtree Rd NE, Suite 250**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Atlanta** | **GA** | **30326** |

**Basis for the claim:**

**lease**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Phipps Plaza: C/O Lisa Harper, Esq 3340 Peachtree Rd NE, Suite 250,**

| **3.19** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$75,231.39**

**Riverchase Galleria**

**Lightfoot, Franklin & White, LLC**

**400 20th Street N**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Birmingham** | **AL** | **35203** |

**Basis for the claim:**

**lease**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Riverchase Galleria: Lightfoot, Franklin & White, LLC 400 20th Street N, Birmingham, AL 35203**

| **3.20** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$60,000.00**

**Salima Dedani**

**3186 Yorkleigh Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Snellville** | **GA** | **30078** |

**Basis for the claim:**

**Profit Sharing claim**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**Salima Dedani: 3186 Yorkleigh Lane, Snellville, GA 30078**

| Debtor | **Beautiful Brows LLC** | Case number (if known) | **18-66766** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** | Nonpriority creditor's name and mailing address

Shaheen & Company

3625 Cumberland Blvd., Suite #250

Shaheen & Company: 3625 Cumberland Blvd.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**lease**

**Amount of claim: $1,251.29**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Shaheen & Company: 3625 Cumberland Blvd., Suite #250, Atlanta, GA 30339

---

**3.22** | Nonpriority creditor's name and mailing address

Shamsur Nahar

5885 Princeton Run Tr

Tucker              GA     30084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Profit Sharing claim**

**Amount of claim: $30,000.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Shamsur Nahar: 5885 Princeton Run Trail, Tucker, GA 30084

---

**3.23** | Nonpriority creditor's name and mailing address

Town Center at Cobb

c/o Andrew Hazen

Hall Booth Smith PC

191 Peachtree Street NE, Suite 2900

Atlanta              GA     30303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**lease**

**Amount of claim: $32,909.63**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Town Center @Cobb: C/O Andrew Hazen, Hall Booth Smith PC, 191 Peachtree Street NE, Suite 2900, Atlanta, GA 30303

---

**3.24** | Nonpriority creditor's name and mailing address

Vimal Ahuja

805 Aberlady Place

Birmingham            AL     35242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**labor dispute**

**Amount of claim: Unknown**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Beautiful Brows LLC**                                    Case number (if known)   **18-66766**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,417,364.53** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,417,364.53** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Beautiful Brows LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known) | **18-66766**      Chapter    **11** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.1**  State what the contract or lease is for and the nature of the debtor's interest

Mall Lease Agreement
Contract to be ASSUMED

Arbor Place II LLC
c/o Scott M Shaw
835 Georgia Avenue, Suite 800

State the term remaining

List the contract number of any government contract

Chattanooga        TN        37402

**2.2**  State what the contract or lease is for and the nature of the debtor's interest

Mall Lease Agreement
Contract to be ASSUMED

Mall of Georgia
c/o Hall Booth Smith PC
191 Peachtree St NE, Ste 2900

State the term remaining

List the contract number of any government contract

Atlanta        GA        30303

**2.3**  State what the contract or lease is for and the nature of the debtor's interest

Office Lease Agreement
Contract to be ASSUMED

Shaheen & Co
3625 Cumberland Blvd, Ste 250

State the term remaining

List the contract number of any government contract

Atlanta        GA        30339

**2.4**  State what the contract or lease is for and the nature of the debtor's interest

Mall Lease Agreement
Contract to be ASSUMED

Town Center at Cobb
c/o Hall Booth Smith PC
191 Peachtree St NE, Ste 2900

State the term remaining

List the contract number of any government contract

Atlanta        GA        30303

**Fill in this information to identify the case:**

Debtor Name  **Beautiful Brows LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):  **18-66766**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B........................................................ | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................... | **$245,867.87**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B..................................................... | **$245,867.87**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$847,004.34**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................. | **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................... | **+  $1,417,364.53**

4. **Total liabilities**
    Lines 2 + 3a + 3b.................................................................. | **$2,264,368.87**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Beautiful Brows LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number   **18-66766**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/23/2018**     X **/s/ Saleema Delawalla (f/k/a Fnu Saleema)**
      MM / DD / YYYY      Signature of individual signing on behalf of debtor

                 **Saleema Delawalla (f/k/a Fnu Saleema)**
                 Printed name
                 **Member**
                 Position or relationship to debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re **Beautiful Brows LLC**

Case No. **18-66766** _____

Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................... | **$11,900.00** |
| Prior to the filing of this statement I have received...................................................... | **$11,900.00** |
| Balance Due.................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

☐ Debtor   ☒ Other (specify)
**Saleem & Saleema Delawalla**

3. The source of compensation to be paid to me is:

☒ Debtor   ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<table>
<tr><td>_____10/24/2018_____</td><td>/s/ Jason L Pettie</td><td></td></tr>
<tr><td><i>Date</i></td><td><i>Jason L Pettie</i></td><td>Bar No.  574783</td></tr>
<tr><td></td><td>Jason L Pettie, P.C.</td><td></td></tr>
<tr><td></td><td>P.O. Box 17936</td><td></td></tr>
<tr><td></td><td>Atlanta, GA 30316</td><td></td></tr>
<tr><td></td><td>Phone: (404) 638-5984</td><td></td></tr>
</table>

---

**/s/ Saleema Delawalla (f/k/a Fnu Saleema)**

*Saleema Delawalla (f/k/a Fnu Saleema)*
*Member*

**Fill in this information to identify the case:**

Debtor name __**Beautiful Brows LLC**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF GEORGIA**__

Case number __**18-66766**__
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Ameris Bank c/o Mark Golder Golder Law LLC 101 Village Parkway, Building 1, Suite 4 Marietta, GA 30067 | | SBA loan | | $611,029.90 | $120,467.87 | $490,562.03 |
| 2 | FC Marketplace LLC c/o Potter & Martin, LLP 3945 Holcomb Bridge Road, Suite 300 Peachtree Corners, GA 30092 | | Credit account | | | | $347,964.23 |
| 3 | ARY Investments 304 Kent Valley Circle Tucker, GA 30084 | | Profit Sharing claim | | | | $180,000.00 |
| 4 | Quarterspot: c/o Simon & Kokolis, LLC 110 N. Washington St., Suite 500 Rockville, MD 20850 | | Collecting for - | | $128,259.74 | $0.00 | $128,259.74 |
| 5 | Kena Patel 1455 Satellite Blvd., Apt #2207 Suwanee, GA 30024 | | Profit Sharing claim | | | | $98,000.00 |

Debtor **Beautiful Brows LLC**

Name

Case number (if known) **18-66766**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  Pareen Patel 642 Cobb Parkway South Marietta, GA 30060 | | Profit Sharing claim | | | | $95,000.00 |
| 7  Ascentium Capital 23970 Highway 59N Kingwood, TX 77339 | | Collecting for - | | $86,981.44 | $0.00 | $86,981.44 |
| 8  Phipps Plaza C/O Lisa Harper, Esq 3340 Peachtree Rd NE, Suite 250 Atlanta, GA 30326 | | lease | Disputed | | | $78,806.48 |
| 9  Riverchase Galleria Lightfoot, Franklin & White, LLC 400 20th Street N Birmingham, AL 35203 | | lease | Disputed | | | $75,231.39 |
| 10  Minal Patel 4141 Oxcliff Grove Suwanee, GA 30024 | | Profit Sharing claim | | | | $65,000.00 |
| 11  Salima Dedani 3186 Yorkleigh Lane Snellville, GA 30078 | | Profit Sharing claim | | | | $60,000.00 |
| 12  Nazmur Aktar 5885 Princeton Run Trail Tucker, GA 30084 | | Profit Sharing claim | | | | $60,000.00 |
| 13  Mohammad Ali 435 Gavenwood Drive Lilburn, GA 30047 | | Profit Sharing claim | | | | $60,000.00 |

| Debtor | **Beautiful Brows LLC** | Case number (if known) **18-66766** |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 American Express AllTran Financial PO Box 722929 Houston, TX 77272-2929 | | Credit Card | | | | $51,093.70 |
| 15 Gwinnett Place Mall GA LLC 9101 Alta Dr., Suite 1801 Las Vegas, NV 89145 | | lease | Disputed | | | $45,742.77 |
| 16 Lenox Square Mall Retail Property Trust C/O Lisa Harper 3340 Peachtree Rd NE, Suite 250 Atlanta, GA 30326 | | lease | Disputed | | | $39,659.57 |
| 17 Town Center at Cobb c/o Andrew Hazen Hall Booth Smith PC 191 Peachtree Street NE, Suite 2900 Atlanta, GA 30303 | | lease | | | | $32,909.63 |
| 18 Shamsur Nahar 5885 Princeton Run Tr Tucker, GA 30084 | | Profit Sharing claim | | | | $30,000.00 |
| 19 Maheswari Gautam 5404 Keeport Drive, Apt 5, Pittsburg, PA 15236 | | Profit sharing claim | | | | $30,000.00 |
| 20 American Express Zwicker & Associates PC 80 Minute Man Road Andover, MA 01810 | | Credit Card | | | | $29,363.27 |

BEAUTIFUL BROWS LLC

BALANCE SHEET AS OF 3rd OCTOBER  2018.

| | | | | | October 03, 2018 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| | **Current Assets** | | | | |
| | | **Checking/Savings** | | | |
| | | | **Cash / Bank** | | 42.87 |
| | | **Total Checking/Savings** | | | 42.87 |
| | **Total Current Assets** | | | | 42.87 |
| | **Other Current Assets** | | | | |
| | | | **L/R - Tucker Imports** | | 264,335.00 |
| | **Total Other Current Assets** | | | | 264,335.00 |
| | **Fixed Assets** | | | | |
| | | **Accumulated Depreciation** | | | (1,174,581.16) |
| | | **Improvements** | | | 961,596.00 |
| | | **Autos** | | | 35,400.00 |
| | | **Machinery & Equipment** | | | 120,425.00 |
| | **Total Fixed Assets** | | | | (57,160.16) |
| | **Other Assets** | | | | |
| | | **Rounding** | | | |
| | **Total Other Assets** | | | | - |
| **TOTAL ASSETS** | | | | | 207,217.71 |
| **LIABILITIES & EQUITY** | | | | | |
| | **Liabilities** | | | | |
| | | **Long Term Liabilities** | | | |
| | | | **PFCU** | | 13,365.35 |
| | | | **PFCU** | | 9,488.92 |
| | | | **AMERIS BANK** | | 611,029.90 |
| | | | **FUNDING CIRCLE** | | 327,799.00 |
| | | | **ASCENTIUM** | | 86,981.44 |
| | | | **QUARTERSPORT** | | 128,259.74 |
| | | **Total Long Term Liabilities** | | | 1,176,924.35 |
| | **Total Liabilities** | | | | 1,176,924.35 |
| | **Equity** | | | | |
| | | **Retained Earnings** | | | (555,906.64) |
| | **Total Equity** | | | | (555,906.64) |
| **TOTAL LIABILITIES & EQUITY** | | | | | 621,017.71 |