IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S STATEMENT OF OPERATIONS**

COME NOW, the above captioned debtor and debtor-in-possession (the "Debtor") and hereby files this Statement of Operations, respectfully stating as follows:

1. The Debtor operates a salon business, providing hair removal and skin services at the following three locations:

    a. Mall of Georgia:    333 Buford Dr, Buford, Georgia

    b. Town Center at Cobb:    400 Ernest W. Barrett Pkwy NW, Kennesaw, Georgia

    c. Arbor Place Mall:    6700 Douglas Blvd, Douglasville, Georgia

2. The Debtor's work force is comprised of fifteen (15) hourly and salaried employees.

3. The Debtor also has a principal office location and warehouse, from which it runs the three salon locations. This office is located at 5002 North Royal Atlanta Drive, Suite M, Tucker Georgia.

4. The Debtor's assets include personal property that would typically be found in a salon, along with salon furniture and decorations. The Debtor's office location has office furniture, and salon supplies that are disbursed to the salon locations as needed.

5. The Debtor's sales typically range from between $79,000 and $98,000 monthly.

**JASON L. PETTIE, P.C.**

        */s/ Jason L. Pettie*
Jason L. Pettie, Attorney for Debtor
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## EQUITY SECURITY HOLDERS

COME NOW, the above captioned debtor and debtor-in-possession (the "Debtor") and hereby files statement of equity security holders, and states that the Debtor's equity security holders are as follows:

    a. Saleema Delawalla:    80% interest

    b. Sameera Khatri:    20% interest

**JASON L. PETTIE, P.C.**

 /s/ Jason L. Pettie
Jason L. Pettie, Attorney for Debtor
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| IN RE | ) | Case No. **18-66766**-JWC | |
| | ) | | |
| **BEAUTIFUL BROWS LLC** | ) | Chapter 11 | |
| | ) | | |
| Debtor | ) | | |

**CASH FLOW STATEMENT**

Projected Cash Flow Based on:
2018 MONTHLY SALES: BEAUTIFUL BROWS LLC

| Month | MOG | TC | AP | Total |
|---|---|---|---|---|
| Jan | $25,895.00 | $25,289.00 | $22,968.00 | $74,152.00 |
| Feb | $27,926.00 | $26,980.00 | $26,274.00 | $81,180.00 |
| Mar | $35,967.00 | $32,915.00 | $33,833.00 | $102,715.00 |
| Apr | $30,693.00 | $31,816.00 | $26,953.00 | $89,462.00 |
| May | $35,294.00 | $32,365.00 | $30,573.00 | $98,232.00 |
| Jun | $31,044.00 | $29,140.00 | $29,276.00 | $89,460.00 |
| Jul | $31,340.00 | $28,921.00 | $28,104.00 | $88,365.00 |
| Aug | $31,644.00 | $27,881.00 | $29,149.00 | $88,674.00 |
| Sep | $29,639.00 | $23,306.00 | $26,282.00 | $79,227.00 |
| YTD Sales | $279,442.00 | $258,613.00 | $253,412.00 | $791,467.00 |
| Average Monthly Sales | $31,049.11 | $28,734.78 | $28,156.89 | $87,940.78 |

MOG = Mall of Georgia
TC = Town Center at Cobb
AP = Arbor Place