IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## MONTHLY OPERATING REPORT

COME NOW, the above captioned debtor and debtor-in-possession (the "Debtor") and hereby files this monthly operating report for the period October 3, 2018 – October 31, 2018.

**JASON L. PETTIE, P.C.**

*/s/ Jason L. Pettie*
Jason L. Pettie, Attorney for Debtor
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

**Fill in this information to identify the case:**

Debtor Name: Beautiful Brows LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 18-66766-jwc

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: 10/03-10/31 2018

Date report filed: 11/16/2018
MM / DD / YYYY

Line of business: Salon & Spa

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Beautiful Brows LLC

Original signature of responsible party: /s/ Sdlanala

Printed name of responsible party: Saleem Adamalla

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 1

Debtor Name  Beautiful Brows LLC                              Case number 18-66766-jwc

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 42.87

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 68,870.72

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 65,357.87

22. **Net cash flow**   + $ 3,512.85

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 3,555.72

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name  Beautiful Brows LLC                              Case number 18-66766-jwc

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                               $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                            _____15_____
27. What is the number of employees as of the date of this monthly report?                          _____15_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00_____
30. How much have you paid this month in other professional fees?                                            $ _____71.58_____
31. How much have you paid in total other professional fees since filing the case?                           $ _____71.58_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:              $ _____
36. Total projected cash disbursements for the next month:      − $ _____
37. Total projected net cash flow for the next month:              = $ _____

Debtor Name  Beautiful Brows LLC    Case number 18-66766-jwc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Exhibit A

3) We have not paid any rents for October to Arbor Place Mall and Town Center Mall

5) No. We have been unable to open a DIP account as of yet since most of the banks on the US Trustee's authorized depository list require existing banking relationship, which we do not have.

Exhibit B

1) Yes. Our pre-bankruptcy account with Platinum FCU is still operational because we have been unable to open a DIP account as of yet since most of the banks on the US Trustee's authorized depository list require existing banking relationship, which we do not have

18) Yes. Below are the check details

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 10/4/2018 | Mall of Georgia | Rent | 4723.55 |
| 10/4/2018 | Ramiro Alcantaro | Store cleaning | 50 |
| 10/5/2018 | JV Hwy 78 LLC | Rent | 2175.07 |

EXHIBIT C

| Town Center @Cobb | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | 0 | 0 | 0 | 178 | 14 | 122 | 0 | $314.00 |
| Credit Cards | 0 | 0 | 0 | 670 | 1041 | 842 | 662.65 | $3,215.65 |
| Groupon | | | | 203 | | | | $203.00 |
| Weekly Total | | | | | | | | $3,732.65 |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| Cash | 123.5 | 0 | 0 | 97 | 147 | 148.5 | 0 | $516.00 |
| Credit Cards | 426.5 | 398 | 493 | 1045 | 902 | 1040.5 | 680.72 | $4,985.72 |
| Groupon | | | | | | | | $0.00 |
| Weekly Total | | | | | | | | $5,501.72 |
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| Cash | 0 | 4 | 0 | 0 | 4 | 101.5 | 0 | $109.50 |
| Credit Cards | 413 | 395.12 | 329 | 896 | 841.66 | 1167.5 | 537.22 | $4,579.50 |
| Groupon | | | | | | | | $0.00 |
| Weekly Total | | | | | | | | $4,689.00 |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| Cash | 8.5 | 27.5 | 0 | 20 | 73 | 95 | -14 | $210.00 |
| Credit Cards | 315 | 299.5 | 525 | 627 | 793 | 994 | 694 | $4,247.50 |
| Groupon | | | | | | | | $0.00 |
| Weekly Total | | | | | | | | $4,457.50 |
| | 29 | 30 | 31 | | | | | |
| Cash | 0 | 0 | 0 | | | | | $0.00 |
| Credit Cards | 393 | 503 | 400.5 | | | | | $1,296.50 |
| Groupon | | | | | | | | $0.00 |
| Weekly Total | | | | | | | | $1,296.50 |

**Monthly Total** $19,677.37

| Mall of Georgia | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | | | | 109 | 43 | 134 | 196.5 | $482.50 |
| Credit Cards | | | | 990 | 1243.5 | 1432.6 | 505.5 | $4,171.60 |
| Weekly Total | | | | | | | | $4,654.10 |
| | | | | | | | | |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| Cash | 156.5 | 0 | 34 | 127 | 238 | 274 | 91 | $920.50 |
| Credit Cards | 611 | 630 | 489.6 | 965.6 | 862.44 | 1181 | 677.95 | $5,417.59 |
| Weekly Total | | | | | | | | $6,338.09 |
| | | | | | | | | |
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| Cash | 96.25 | 209 | 48 | 74 | 79.5 | 345 | 0 | $851.75 |
| Credit Cards | 404.5 | 596.8 | 533.5 | 772 | 1266.5 | 968 | 718.5 | $5,259.80 |
| Weekly Total | | | | | | | | $6,111.55 |
| | | | | | | | | |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| Cash | 139 | 53 | 85 | 89.25 | 125 | 90 | 74 | $655.25 |
| Credit Cards | 351 | 549 | 593.5 | 682 | 949.65 | 1094.07 | 617 | $4,836.22 |
| Weekly Total | | | . | | | | | $5,491.47 |
| | | | | | | | | |
| | 29 | 30 | 31 | | | | | |
| Cash | 130 | 129 | 77 | | | | | $336.00 |
| Credit Cards | 435 | 450 | 401.22 | | | | | $1,286.22 |
| Weekly Total | | | | | | | | $1,622.22 |

**Monthly Total** $24,217.43

| Arbor Place Mall | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | 134 | 49 | 136 | 113.05 | 266.5 | 90 | 149 | $937.55 |
| Credit Cards | 470 | 515 | 506 | 543 | 1018.5 | 1557 | 499 | $5,108.51 |
| Weekly Total | | | | | | | | $6,046.06 |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| Cash | 247.89 | 117 | 99 | 110 | 278 | 248 | 181.8 | $1,281.69 |
| Credit Cards | 597.11 | 390 | 379.5 | 612.5 | 1403 | 1359.7 | 552.2 | $5,294.01 |
| Weekly Total | | | | | | | | $6,575.70 |
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| Cash | 117 | 133 | 166 | 92 | 111.68 | 168.5 | 200 | $988.18 |
| Credit Cards | 367 | 257 | 348 | 669 | 1078 | 1381.5 | 398 | $4,498.50 |
| Weekly Total | | | | | | | | $5,486.68 |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| Cash | 116.5 | 144.5 | 109.5 | 116 | 208 | 175 | 136 | $1,005.50 |
| Credit Cards | 425.5 | 398.5 | 549.5 | 460 | 734 | 959 | 478.05 | $4,004.55 |
| Weekly Total | | | | | | | | $5,010.05 |
| | 29 | 30 | 31 | | | | | |
| Cash | 226.43 | 207 | 69 | | | | | $502.43 |
| Credit Cards | 438 | 345 | 572 | | | | | $1,355.00 |
| Weekly Total | | | | | | | | $1,857.43 |

**Monthly Total**  $24,975.92

Exhibit D

| Date Paid | Payee | Purpose | Amount |
|---|---|---|---|
| 10/4/2018 | Mall of Georgia | Rent | 4723.55 |
| 10/4/2018 | Ramiro Alcantaro | Store cleaning | 50 |
| 10/5/2018 | JV Hwy 78 LLC | Rent | 2175.07 |
| 10/12/2018 | Ramiro Alcantaro | Store cleaning | 50 |
| 10/10/2018 | Louise Alexander | Supplies | 155 |
| 10/18/2018 | Ramiro Alcantaro | Store cleaning | 50 |
| 10/23/2018 | Ramiro Alcantaro | Store cleaning | 50 |
| 10/26/2018 | Pareen Patel | Payroll | 266.09 |
| 10/16/2018 | Suvas Patel | Payroll | 453.19 |
| 10/22/2018 | Saraswati Rai | Payroll | 248.8 |
| 10/12/2018 | Aruinma Shah | Payroll | 294.14 |
| 10/15/2018 | Shilpa Vaidya | Payroll | 366.96 |
| 10/15/2018 | Mariam B Abdalmalak | Payroll | 256.96 |
| 10/12/2018 | Tahereh Dargazani | Payroll | 277.65 |
| 10/11/2018 | Ashraf Khimani | Payroll | 351.03 |
| 10/12/2018 | Lima Nisar | Payroll | 206.41 |
| 10/26/2018 | Pareen Patel | Payroll | 379.67 |
| 10/16/2018 | Suvas Patel | Payroll | 430.33 |
| 10/22/2018 | Saraswati Rai | Payroll | 165.58 |
| 10/12/2018 | Aruinma Shah | Payroll | 258.24 |
| 10/15/2018 | Shilpa Vaidya | Payroll | 245.58 |
| 10/15/2018 | Mariam B Abdalmalak | Payroll | 257.28 |
| 10/15/2018 | Tahereh Dargazani | Payroll | 274.83 |
| 10/11/2018 | Ashraf Khimani | Payroll | 324.56 |
| 10/12/2018 | Lima Nisar | Payroll | 207.91 |
| 10/26/2018 | Pareen Patel | Payroll | 284.03 |
| 10/16/2018 | Suvas Patel | Payroll | 429.7 |
| 10/15/2018 | Sandhya Paudel | Payroll | 243.43 |
| 10/22/2018 | Saraswati Rai | Payroll | 323.58 |
| 10/18/2018 | Aruinma Shah | Payroll | 196.97 |
| 10/15/2018 | Shilpa Vaidya | Payroll | 165.38 |
| 10/15/2018 | Mariam B Abdalmalak | Payroll | 257.12 |
| 10/15/2018 | Tahereh Dargazani | Payroll | 271.73 |
| 10/18/2018 | Ashraf Khimani | Payroll | 321.74 |
| 10/18/2018 | Lima Nisar | Payroll | 206.97 |
| 10/26/2018 | Pareen Patel | Payroll | 312.94 |
| 10/16/2018 | Suvas Patel | Payroll | 426.2 |
| 10/15/2018 | Sandhya Paudel | Payroll | 266.21 |
| 10/22/2018 | Saraswati Rai | Payroll | 248.21 |
| 10/18/2018 | Aruinma Shah | Payroll | 196.23 |
| 10/18/2018 | Shilpa Vaidya | Payroll | 244.42 |
| 10/29/2018 | Mariam B Abdalmalak | Payroll | 255.72 |
| 10/29/2018 | Tahereh Dargazani | Payroll | 275.82 |
| 10/26/2018 | Ashraf Khimani | Payroll | 323.21 |
| 10/29/2018 | Lima Nisar | Payroll | 188.33 |
| 10/26/2018 | Pareen Patel | Payroll | 306.86 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 10/30/2018 | Suvas Patel | Payroll | 420.33 |
| 10/29/2018 | Sandhya Paudel | Payroll | 257.07 |
| 10/29/2018 | Aruinma Shah | Payroll | 197.81 |
| 10/29/2018 | Shilpa Vaidya | Payroll | 244.89 |
| 10/29/2018 | Mariam B Abdalmalak | Payroll | 249.81 |
| 10/16/2018 | Neelofer Ali | Payroll | 578.07 |
| 10/29/2018 | Tahereh Dargazani | Payroll | 277.1 |
| 10/26/2018 | Ashraf Khimani | Payroll | 348.12 |
| 10/29/2018 | Lima Nisar | Payroll | 207.1 |
| 10/26/2018 | Pareen Patel | Payroll | 304.37 |
| 10/30/2016 | Suvas Patel | Payroll | 432.7 |
| 10/29/2018 | Sandhya Paudel | Payroll | 222.13 |
| 10/29/2018 | Shilpa Vaidya | Payroll | 171.92 |
| 10/29/2018 | Aruinma Shah | Payroll | 225.36 |
| 10/9/2018 | Saleem Delawalla | Payroll | 1380.2 |
| 10/9/2018 | Saleema Delawalla | Payroll | 1380.2 |
| 10/9/2018 | Sameera Khatri | Payroll | 578.07 |
| 10/15/2018 | Saleem Delawalla | Payroll | 904.42 |
| 10/15/2018 | Saleema Delawalla | Payroll | 904.42 |
| 10/15/2018 | Sameera Khatri | Payroll | 578.07 |
| 10/22/2018 | Saleem Delawalla | Payroll | 904.42 |
| 10/22/2018 | Saleema Delawalla | Payroll | 904.42 |
| 10/22/2018 | Sameera Khatri | Payroll | 578.04 |
| 10/29/2018 | Saleem Delawalla | Payroll | 904.42 |
| 10/29/2018 | Saleema Delawalla | Payroll | 904.42 |
| 10/29/2018 | Sameera Khatri | Payroll | 578.04 |
| | | | **32899.55** |

| Date Paid | Payee | Purpose | Amount |
|---|---|---|---|
| 10/4/2018 | PFCU | Return Fees | 28 |
| 10/12/2018 | IRS | Payroll Taxes | 2306.45 |
| 10/15/2018 | GA ITS | Payroll Taxes | 1468.54 |
| 10/17/2018 | IRS | Payroll Taxes | 2255.18 |
| 10/18/2018 | GA Dept of Labor | UI Tax | 54.93 |
| 10/24/2018 | IRS | Payroll Taxes | 1701.77 |
| 10/31/2018 | IRS | Payroll Taxes | 1658.32 |
| 10/31/2018 | PFCU | Monthly Service Charge | 19.99 |
| 10/4/2018 | First Data | Credit Card Fees | 792.45 |
| 10/4/2018 | First Data | Credit Card Fees | 868.11 |
| 10/4/2018 | First Data | Credit Card Fees | 600.23 |
| 10/4/2018 | First Data | Credit Card Fees | 75.55 |
| 10/4/2018 | First Data | Credit Card Fees | 75.17 |
| 10/4/2018 | First Data | Credit Card Fees | 53.99 |
| 10/4/2018 | PFCU | Late Deposit Fees | 39.96 |
| 10/5/2018 | PFCU | Late Deposit Fees | 9.99 |
| 10/9/2018 | PFCU | Late Deposit Fees | 9.99 |
| 10/9/2018 | First Data | Lease Payment | 64.13 |
| 10/9/2018 | Capital One | Credit Card Payment | 1000 |
| 10/10/2018 | First Data | Lease Payment | 419.44 |
| 10/15/2018 | PFCU | Loan Payment | 744.91 |
| 10/15/2018 | PFCU | Stop Payment | 20 |
| 10/17/2018 | PFCU | Stop Payment | 20 |
| 10/19/2018 | Amazon.com | Supplies | 60.84 |
| 10/22/2018 | First Data | Lease Payment | 59.78 |
| 10/22/2018 | Chase | Credit Card Payment | 156 |
| 10/22/2018 | PFCU | Credit Card Payment | 300 |
| 10/24/2018 | GA ITS | Payroll Taxes | 98.46 |
| 10/24/2018 | PFCU | Car Loan Payment | 1111.89 |
| 10/25/2018 | Amazon.com | Supplies | 61.99 |
| 10/26/2018 | Krishnan Company | Accounting Services | 71.58 |
| 10/29/2018 | PFCU | Stop Payment | 40 |
| 10/30/2018 | PFCU | Stop Payment | 20 |
| 10/30/2018 | PFCU | Car Loan Payment | 791.07 |
| 10/30/2018 | PFCU | Car Loan Payment | 1111.89 |
| 10/31/2018 | Ameris Bank | November Payment | 4900 |
| 10/31/2018 | PFCU | Cashiers Check Fees | 5 |
| 10/31/2018 | Constellation | Utility | 256.03 |
| 10/31/2018 | Broadview | Utility | 302.85 |
| 10/31/2018 | PFCU | Monthly Service Charge | 59.99 |
| 10/24/2018 | AT&T | Utility | 119.23 |
| 10/12/2018 | ADT | Utility | 44.58 |
| 10/11/2018 | Microsoft Office | Renewal | 99.99 |
| 10/11/2018 | AT&T | Utility | 112.66 |
| 10/13/2018 | AT&T | Utility | 119.41 |
| 10/12/2018 | AT&T | Utility | 186.83 |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 10/10/2018 | Sams Club | Supplies | 63.04 |
| 10/10/2018 | Walmart | Supplies | 14.01 |
| 10/4/2018 | Fuel | Fuel | 32.71 |
| 10/6/2018 | Fuel | Fuel | 32.7 |
| 10/16/2018 | Fuel | Fuel | 29.7 |
| 10/19/2018 | Fuel | Fuel | 33.21 |
| 10/23/2018 | Fuel | Fuel | 28.31 |
| 10/31/2018 | Fuel | Fuel | 27.4 |
| 10/31/2018 | USPS | Overnight mail to Ameris | 24.7 |
| October 2018 | First Data | Merchant Cash Advance | 794.54 |
| October 2018 | First Data | Merchant Cash Advance | 3740.71 |
| October 2018 | First Data | Merchant Cash Advance | 3260.12 |
|  |  |  | **32458.32** |