# Platinum
**Federal Credit Union**

4794 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

# Statement of Account

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

| | |
|---|---|
| **Important Message to Members** | Member #     5710 |
| Click the link below to access the digital copy of 2018 QTR 3 newsletter. | Statement Period |
| | 10/01/2018 - 10/31/2018 |
| https://www.platinumfcu.org/newsletter/2018Q3/mobile/index.html | YTD Taxable Dividends |
| | $.00 |
| | YTD Interest |
| | $.00 |
| | Page#: 1 of 20 |

## RG -BUSINESS SHARES

| DATE | AMOUNT | BALANCE | TRANSACTION DESCRIPTION |
|---|---|---|---|
| PREVIOUS BALANCE | | 20.00 | |
| NEW BALANCE | | 20.00 | |

## PAYROLL CHECKING ACCOUNT

### ACCOUNT SUMMARY INFORMATION

Statement Beginning Balance:    -19.99      Statement Net Change:      0.00
Statement Ending Balance:      -19.99

| DESCRIPTION | COUNT | DEBITS | CREDITS | DESCRIPTION | COUNT | DEBITS | CREDITS |
|---|---|---|---|---|---|---|---|
| Cleared Items | 71 | 29,842.21 | 0.00 | ATM Transactions | 0 | 0.00 | 0.00 |
| EFT Transactions | 15 | 9,445.19 | 10,419.10 | Voice Transactions | 0 | 0.00 | 0.00 |
| Other Withdrawals | 3 | 57.98 | 0.00 | Other Deposits | 66 | 0.00 | 28,926.28 |

| | P.T.D | Y.T.D |
|---|---|---|
| Total Returned Item Fees | 28.00 | 392.00 |
| Total Overdraft Fees | 0.00 | 0.00 |

### DEPOSITS AND CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct01 | 258.83 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 578.07 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 1,380.20 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 495.10 | **Home Banking Transfer Deposit** *Share Acct **998 - 10* |
| Oct02 | 895.09 | **Home Banking Transfer Deposit** *Share Acct ***0 - 57* |
| Oct04 | 170.43 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 448.46 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| Oct05 | 28.00 | **Home Banking Transfer Deposit** *Share Acct **037 - 10* |
| Oct09 | 578.07 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 1,380.20 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 1,380.20 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| Oct11 | 675.59 | **Home Banking Transfer Deposit** *Share Acct ***0 - 57* |
| Oct12 | 2,306.45 | **ACH Transfer Deposit** |
| | 206.41 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 207.91 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |

# Platinum
**Federal Credit Union**

7764 Lawrenceville Hwy NE
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 2 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## PAYROLL CHECKING ACCOUNT

### DEPOSITS AND CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct12 | 258.24 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 277.65 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 294.14 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| Oct15 | 1,468.54 | **ACH Transfer Deposit** |
| | 165.38 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 243.43 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 245.58 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 256.96 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 257.12 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 257.28 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 266.21 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 271.73 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 274.83 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 366.96 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 578.07 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 904.42 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 904.42 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| Oct16 | 2,046.16 | **DEPOSIT D** |
| | 290.49 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| Oct17 | 2,236.02 | **ACH Transfer Deposit** |
| Oct18 | 54.93 | **ACH Transfer Deposit** |
| | 196.23 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 196.97 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 206.97 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 321.74 | **ACH Transfer Deposit** |
| Oct19 | 244.42 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| Oct22 | 165.58 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 248.21 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |
| | 248.80 | **Overdraft Protection Transfer**<br>*Share Acct **710 - 57* |

# Platinum
## Federal Credit Union
7794 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

# Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 3 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## PAYROLL CHECKING ACCOUNT

### DEPOSITS AND CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct22 | 323.58 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 578.07 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 904.43 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 904.43 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| Oct24 | 1,701.77 | **ACH Transfer Deposit** |
| Oct26 | 266.09 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 284.03 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 304.37 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 306.86 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 312.94 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 379.67 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 323.21 | **ACH Transfer Deposit** |
| | 348.12 | **ACH Transfer Deposit** |
| Oct29 | 171.92 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 188.33 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 197.81 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 207.10 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 222.13 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 225.36 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 244.89 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 249.81 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 255.72 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 257.07 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 275.82 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 277.10 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 578.07 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 904.42 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |
| | 904.42 | **Overdraft Protection Transfer** *Share Acct **710 - 57* |

# Platinum
## Federal Credit Union

9754 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| Page#: 4 of 20 | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## PAYROLL CHECKING ACCOUNT

### DEPOSITS AND CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct30 | 420.33 | **Overdraft Protection Transfer** |
| | | *Share Acct **710 - 57* |
| | 432.70 | **Overdraft Protection Transfer** |
| | | *Share Acct **710 - 57* |
| Oct31 | 1,658.32 | **ACH Transfer Deposit** |

### CLEARED ITEMS THIS PERIOD  Note: An * indicates a skip in sequence

| Date | Item# | Amount | Date | Item# | Amount | Date | Item# | Amount |
|---|---|---|---|---|---|---|---|---|
| Oct01 | 2260 | 238.84 | Oct22 | 2327 | 323.58 | Oct29 | 2371 | 277.10 |
| Oct04 | 2264* | 448.46 | Oct18 | 2328 | 196.97 | Oct01 | 2372 | 1,380.20 |
| Oct04 | 2265 | 170.43 | Oct15 | 2329 | 165.38 | Oct02 | 2373 | 1,380.20 |
| Oct26 | 2279* | 266.09 | Oct15 | 2332* | 257.12 | Oct01 | 2374 | 578.07 |
| Oct16 | 2280 | 453.19 | Oct15 | 2334* | 271.73 | Oct26 | 2375 | 348.12 |
| Oct22 | 2282* | 248.80 | Oct18 | 2338* | 321.74 | Oct29 | 2376 | 207.10 |
| Oct12 | 2283 | 294.14 | Oct18 | 2340* | 206.97 | Oct26 | 2378* | 304.37 |
| Oct15 | 2284 | 366.96 | Oct26 | 2342* | 312.94 | Oct30 | 2380* | 432.70 |
| Oct15 | 2295* | 256.96 | Oct16 | 2344* | 426.20 | Oct29 | 2381 | 222.13 |
| Oct12 | 2298* | 277.65 | Oct15 | 2345 | 266.21 | Oct29 | 2384* | 171.92 |
| Oct11 | 2302* | 351.03 | Oct22 | 2346 | 248.21 | Oct29 | 2386* | 225.36 |
| Oct12 | 2304* | 206.41 | Oct18 | 2347 | 196.23 | Oct09 | 2391* | 1,380.20 |
| Oct26 | 2306* | 379.67 | Oct19 | 2348 | 244.42 | Oct09 | 2392 | 1,380.20 |
| Oct16 | 2308* | 430.33 | Oct29 | 2351* | 255.72 | Oct09 | 2393 | 578.07 |
| Oct22 | 2310* | 165.58 | Oct29 | 2353* | 275.82 | Oct15 | 2422* | 904.42 |
| Oct12 | 2311 | 258.24 | Oct26 | 2357* | 323.21 | Oct15 | 2423 | 904.42 |
| Oct15 | 2312 | 245.58 | Oct29 | 2359* | 188.33 | Oct15 | 2424 | 578.07 |
| Oct15 | 2313 | 257.28 | Oct26 | 2361* | 306.86 | Oct22 | 2428* | 904.43 |
| Oct15 | 2315* | 274.83 | Oct30 | 2363* | 420.33 | Oct22 | 2429 | 904.43 |
| Oct11 | 2319* | 324.56 | Oct29 | 2364 | 257.07 | Oct22 | 2430 | 578.07 |
| Oct12 | 2321* | 207.91 | Oct29 | 2366* | 197.81 | Oct29 | 2444* | 904.42 |
| Oct26 | 2323* | 284.03 | Oct29 | 2367 | 244.89 | Oct29 | 2445 | 904.42 |
| Oct16 | 2325* | 429.70 | Oct29 | 2369* | 249.81 | Oct29 | 2446 | 578.07 |
| Oct15 | 2326 | 243.43 | | 2370 | 578.07 | | | |

### WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct01 | -238.84 | **Item# - 2260** |
| | -578.07 | **Item# - 2374** |
| | -1,380.20 | **Item# - 2372** |
| Oct02 | -9.99 | **Late Deposit Fee** |
| | -1,380.20 | **Item# - 2373** |
| Oct04 | -170.43 | **Item# - 2265** |
| | -448.46 | **Item# - 2264** |
| Oct09 | -28.00 | **ACH RTN FEE** |
| | -578.07 | **Item# - 2393** |
| | -1,380.20 | **Item# - 2391** |
| | -1,380.20 | **Item# - 2392** |
| Oct11 | -324.56 | **chk#2319 - 2319** |
| | -351.03 | **chk#2302 - 2302** |



**Platinum**
Federal Credit Union

4794 Lawrenceville Hwy NE
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

**Statement
of Account**

| | |
|---|---|
| **Member #** | 5710 |
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 5 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## PAYROLL CHECKING ACCOUNT

### WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct12 | -2,306.45 | **IRS-USATAXPYMT** |
| | -206.41 | **Item# - 2304** |
| | -207.91 | **Item# - 2321** |
| | -258.24 | **Item# - 2311** |
| | -277.65 | **Item# - 2298** |
| | -294.14 | **Item# - 2283** |
| Oct15 | -1,468.54 | **GEORGIA ITS TAX-GA TX PYMT** |
| | -165.38 | **Item# - 2329** |
| | -243.43 | **Item# - 2326** |
| | -245.58 | **Item# - 2312** |
| | -256.96 | **Item# - 2295** |
| | -257.12 | **Item# - 2332** |
| | -257.28 | **Item# - 2313** |
| | -266.21 | **Item# - 2345** |
| | -271.73 | **Item# - 2334** |
| | -274.83 | **Item# - 2315** |
| | -366.96 | **Item# - 2284** |
| | -578.07 | **Item# - 2424** |
| | -904.42 | **Item# - 2422** |
| | -904.42 | **Item# - 2423** |
| Oct16 | -578.07 | **CHK # 2370 - 2370** |
| | -426.20 | **Item# - 2344** |
| | -429.70 | **Item# - 2325** |
| | -430.33 | **Item# - 2308** |
| | -453.19 | **Item# - 2280** |
| Oct17 | -2,255.18 | **IRS-USATAXPYMT** |
| Oct18 | -54.93 | **GA DEPT OF LABOR-UI TAX PMT** |
| | -196.23 | **Item# - 2347** |
| | -196.97 | **Item# - 2328** |
| | -206.97 | **Item# - 2340** |
| | -321.74 | **ACH Debit - 2338** |
| | | *RAHIM KHIMANI-CHECK POST* |
| Oct19 | -244.42 | **Item# - 2348** |
| Oct22 | -165.58 | **Item# - 2310** |
| | -248.21 | **Item# - 2346** |
| | -248.80 | **Item# - 2282** |
| | -323.58 | **Item# - 2327** |
| | -578.07 | **Item# - 2430** |
| | -904.43 | **Item# - 2428** |
| | -904.43 | **Item# - 2429** |
| Oct24 | -1,701.77 | **IRS-USATAXPYMT** |
| Oct26 | -266.09 | **Item# - 2279** |
| | -284.03 | **Item# - 2323** |
| | -304.37 | **Item# - 2378** |
| | -306.86 | **Item# - 2361** |
| | -312.94 | **Item# - 2342** |
| | -379.67 | **Item# - 2306** |
| | -323.21 | **ACH Debit - 2357** |
| | | *RAHIM KHIMANI-CHECK POST* |
| | -348.12 | **ACH Debit - 2375** |
| | | *RAHIM KHIMANI-CHECK POST* |
| Oct29 | -171.92 | **Item# - 2384** |
| | -188.33 | **Item# - 2359** |

# Platinum
**Federal Credit Union**

7794 Lawrenceville Hwy NE
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| Page#: 6 of 20 | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## PAYROLL CHECKING ACCOUNT

### WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct29 | -197.81 | Item# - 2366 |
| | -207.10 | Item# - 2376 |
| | -222.13 | Item# - 2381 |
| | -225.36 | Item# - 2386 |
| | -244.89 | Item# - 2367 |
| | -249.81 | Item# - 2369 |
| | -255.72 | Item# - 2351 |
| | -257.07 | Item# - 2364 |
| | -275.82 | Item# - 2353 |
| | -277.10 | Item# - 2371 |
| | -578.07 | Item# - 2446 |
| | -904.42 | Item# - 2444 |
| | -904.42 | Item# - 2445 |
| Oct30 | -420.33 | Item# - 2363 |
| | -432.70 | Item# - 2380 |
| Oct31 | -1,658.32 | IRS-USATAXPYMT |
| | -19.99 | Monthly Service Charge |

## BUSINESS CHECKING ACCOUNT

### ACCOUNT SUMMARY INFORMATION

| | | |
|---|---|---|
| Statement Beginning Balance: | 11,584.84 | Statement Net Change: -5,059.57 |
| Statement Ending Balance: | 6,525.27 | |

| DESCRIPTION | COUNT | DEBITS | CREDITS | DESCRIPTION | COUNT | DEBITS | CREDITS |
|---|---|---|---|---|---|---|---|
| Cleared Items | 14 | 27,123.46 | 0.00 | ATM Transactions | 0 | 0.00 | 0.00 |
| EFT Transactions | 146 | 23,305.30 | 65,239.42 | Voice Transactions | 0 | 0.00 | 0.00 |
| Other Withdrawals | 80 | 30,806.69 | | Other Deposits | 10 | 0.00 | 10,936.46 |

| | P.T.D | Y.T.D |
|---|---|---|
| Total Returned Item Fees | 0.00 | 252.00 |
| Total Overdraft Fees | 0.00 | 0.00 |

### DEPOSITS AND CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct01 | 45.00 | FRST BK MRCH SVC-DEPOSIT |
| | 46.00 | FRST BK MRCH SVC-DEPOSIT |
| | 232.80 | FRST BK MRCH SVC-DEPOSIT |
| | 521.40 | FRST BK MRCH SVC-DEPOSIT |
| | 648.80 | FRST BK MRCH SVC-DEPOSIT |
| | 666.14 | FRST BK MRCH SVC-DEPOSIT |
| | 752.84 | FRST BK MRCH SVC-DEPOSIT |
| | 874.79 | FRST BK MRCH SVC-DEPOSIT |
| | 1,009.60 | FRST BK MRCH SVC-DEPOSIT |
| | 1,197.89 | FRST BK MRCH SVC-DEPOSIT |
| | 1,448.63 | FRST BK MRCH SVC-DEPOSIT |
| | 880.00 | DEPOSIT D |

# Platinum
## Federal Credit Union

7794 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

# Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 7 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## BUSINESS CHECKING ACCOUNT

### DEPOSITS AND CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct01 | 558.00 | **DEPOSIT D** |
| | 1,900.00 | **Home Banking Transfer Deposit** |
| | | *Share Acct **037 - 10* |
| Oct02 | 271.80 | **FRST BK MRCH SVC-DEPOSIT** |
| | 508.00 | **FRST BK MRCH SVC-DEPOSIT** |
| | 518.40 | **FRST BK MRCH SVC-DEPOSIT** |
| Oct03 | 195.68 | **Groupon Merchant-PAYMENTS** |
| | 1,200.00 | **DEPOSIT D** |
| Oct04 | 391.40 | **FRST BK MRCH SVC-DEPOSIT** |
| | 412.00 | **FRST BK MRCH SVC-DEPOSIT** |
| | 540.80 | **FRST BK MRCH SVC-DEPOSIT** |
| | 1,000.00 | **DEPOSIT D** |
| Oct05 | 334.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 404.80 | **FRST BK MRCH SVC-DEPOSIT** |
| | 510.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 55.53 | **Home Banking Transfer Deposit** |
| | | *Share Acct **037 - 10* |
| | 1,398.00 | **DEPOSIT D** |
| | 2,000.00 | **DEPOSIT D** |
| Oct09 | 33.00 | **FRST BK MRCH SVC-DEPOSIT** |
| | 399.20 | **FRST BK MRCH SVC-DEPOSIT** |
| | 434.40 | **FRST BK MRCH SVC-DEPOSIT** |
| | 494.10 | **FRST BK MRCH SVC-DEPOSIT** |
| | 497.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 513.72 | **FRST BK MRCH SVC-DEPOSIT** |
| | 651.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 794.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 814.80 | **FRST BK MRCH SVC-DEPOSIT** |
| | 935.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 1,193.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 1,245.61 | **FRST BK MRCH SVC-DEPOSIT** |
| | 1,375.00 | **FRST BK MRCH SVC-DEPOSIT** |
| Oct10 | 325.00 | **FRST BK MRCH SVC-DEPOSIT** |
| | 477.69 | **FRST BK MRCH SVC-DEPOSIT** |
| | 586.20 | **FRST BK MRCH SVC-DEPOSIT** |
| Oct11 | 292.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 312.00 | **FRST BK MRCH SVC-DEPOSIT** |
| | 613.80 | **FRST BK MRCH SVC-DEPOSIT** |
| Oct12 | 0.10 | **FRST BK MRCH SVC-DEPOSIT** |
| | 303.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 370.60 | **FRST BK MRCH SVC-DEPOSIT** |
| | 464.08 | **FRST BK MRCH SVC-DEPOSIT** |
| Oct15 | 55.20 | **FRST BK MRCH SVC-DEPOSIT** |
| | 490.00 | **FRST BK MRCH SVC-DEPOSIT** |
| | 665.40 | **FRST BK MRCH SVC-DEPOSIT** |
| | 794.20 | **FRST BK MRCH SVC-DEPOSIT** |
| | 810.95 | **FRST BK MRCH SVC-DEPOSIT** |
| | 811.80 | **FRST BK MRCH SVC-DEPOSIT** |
| | 923.88 | **FRST BK MRCH SVC-DEPOSIT** |
| | 1,087.76 | **FRST BK MRCH SVC-DEPOSIT** |
| | 1,122.40 | **FRST BK MRCH SVC-DEPOSIT** |
| | 1,153.79 | **FRST BK MRCH SVC-DEPOSIT** |
| Oct16 | 441.76 | **FRST BK MRCH SVC-DEPOSIT** |



# Platinum
**Federal Credit Union**

7794 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

# Statement of Account

| | |
|---|---|
| **Member #** | **5710** |
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 8 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## BUSINESS CHECKING ACCOUNT

### DEPOSITS AND CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct16 | 506.78 | FRST BK MRCH SVC-DEPOSIT |
| | 658.55 | FRST BK MRCH SVC-DEPOSIT |
| Oct17 | 293.60 | FRST BK MRCH SVC-DEPOSIT |
| | 317.60 | FRST BK MRCH SVC-DEPOSIT |
| | 386.80 | FRST BK MRCH SVC-DEPOSIT |
| Oct18 | 205.60 | FRST BK MRCH SVC-DEPOSIT |
| | 270.70 | Groupon Merchant-PAYMENTS |
| | 305.50 | FRST BK MRCH SVC-DEPOSIT |
| | 568.40 | FRST BK MRCH SVC-DEPOSIT |
| Oct19 | 258.60 | FRST BK MRCH SVC-DEPOSIT |
| | 278.40 | FRST BK MRCH SVC-DEPOSIT |
| | 525.90 | FRST BK MRCH SVC-DEPOSIT |
| Oct22 | 535.20 | FRST BK MRCH SVC-DEPOSIT |
| | 627.93 | FRST BK MRCH SVC-DEPOSIT |
| | 692.60 | FRST BK MRCH SVC-DEPOSIT |
| | 753.40 | FRST BK MRCH SVC-DEPOSIT |
| | 862.40 | FRST BK MRCH SVC-DEPOSIT |
| | 885.80 | FRST BK MRCH SVC-DEPOSIT |
| | 956.40 | FRST BK MRCH SVC-DEPOSIT |
| | 1,105.20 | FRST BK MRCH SVC-DEPOSIT |
| | 1,209.30 | FRST BK MRCH SVC-DEPOSIT |
| Oct23 | 318.40 | FRST BK MRCH SVC-DEPOSIT |
| | 697.30 | FRST BK MRCH SVC-DEPOSIT |
| | 5,937.69 | FRST BK MRCH SVC-DEPOSIT |
| Oct24 | 296.80 | FRST BK MRCH SVC-DEPOSIT |
| | 333.40 | FRST BK MRCH SVC-DEPOSIT |
| | 340.40 | FRST BK MRCH SVC-DEPOSIT |
| Oct25 | 281.90 | FRST BK MRCH SVC-DEPOSIT |
| | 318.80 | FRST BK MRCH SVC-DEPOSIT |
| | 531.60 | FRST BK MRCH SVC-DEPOSIT |
| Oct26 | 439.60 | FRST BK MRCH SVC-DEPOSIT |
| | 504.00 | FRST BK MRCH SVC-DEPOSIT |
| | 576.70 | FRST BK MRCH SVC-DEPOSIT |
| Oct29 | 368.00 | FRST BK MRCH SVC-DEPOSIT |
| | 587.20 | FRST BK MRCH SVC-DEPOSIT |
| | 597.40 | FRST BK MRCH SVC-DEPOSIT |
| | 649.10 | FRST BK MRCH SVC-DEPOSIT |
| | 767.20 | FRST BK MRCH SVC-DEPOSIT |
| | 773.80 | FRST BK MRCH SVC-DEPOSIT |
| | 926.65 | FRST BK MRCH SVC-DEPOSIT |
| | 943.60 | FRST BK MRCH SVC-DEPOSIT |
| | 1,045.97 | FRST BK MRCH SVC-DEPOSIT |
| | 1,028.00 | REVERSE NIZARI ACH DBT AS PMNT |
| Oct30 | 382.44 | FRST BK MRCH SVC-DEPOSIT |
| | 592.60 | FRST BK MRCH SVC-DEPOSIT |
| | 663.80 | FRST BK MRCH SVC-DEPOSIT |
| | 916.93 | reverse NIZARI PFCU ach debit |
| Oct31 | 350.40 | FRST BK MRCH SVC-DEPOSIT |
| | 384.40 | FRST BK MRCH SVC-DEPOSIT |
| | 408.00 | FRST BK MRCH SVC-DEPOSIT |

# Platinum
## Federal Credit Union

4794 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| Page#: 9 of 20 | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## BUSINESS CHECKING ACCOUNT

### CLEARED ITEMS THIS PERIOD Note: An * indicates a skip in sequence

| Date | Item# | Amount | Date | Item# | Amount | Date | Item# | Amount |
|---|---|---|---|---|---|---|---|---|
| Oct02 | 1922 | 50.00 | Oct01 | 1927 | 11,634.84 | Oct10 | 1932 | 155.00 |
| Oct02 | 1923 | 1,000.00 | Oct04 | 1928 | 50.00 | Oct18 | 1933 | 50.00 |
| Oct02 | 1924 | 1,000.00 | Oct04 | 1929 | 280.00 | Oct23 | 1934 | 50.00 |
| Oct02 | 1925 | 1,000.00 | Oct05 | 1930 | 4,723.55 | Oct31 | 4112* | 4,900.00 |
| Oct09 | 1926 | 2,175.07 | Oct12 | 1931 | 50.00 | | | |

## WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct01 | -450.00 | **Transfer Distribution from Sha** *Loan Acct **037 - 3* |
| | -11,634.84 | **Item# - 1927** |
| | -9.99 | **Late Deposit Fee** |
| | -499.38 | **IPFS866-412-2563-IPFSPMTNYA** |
| | -605.50 | **IPFS866-412-2563-IPFSPMTNYA** |
| | -916.93 | **NIZARI PFCU-CASH TRANS** |
| | -1,000.00 | **CHASE CREDIT CRD-EPAY** |
| | -1,000.00 | **DISCOVER-E-PAYMENT** |
| | -1,000.00 | **CAPITAL ONE-MOBILE PMT** |
| | -258.83 | **Share Draft Trsfr to Overdraft** *Share Acct **710 - 52* |
| | -578.07 | **Share Draft Trsfr to Overdraft** *Share Acct **710 - 52* |
| | -1,380.20 | **Share Draft Trsfr to Overdraft** *Share Acct **710 - 52* |
| Oct02 | -895.09 | **Home Banking Transfer Withdraw** *Share Acct ****0 - 52* |
| | -1,000.00 | **Item# - 1923** |
| | -1,000.00 | **Item# - 1924** |
| | -1,000.00 | **Item# - 1925** |
| | -142.41 | **LENDMARK FINANCI-TRANS PMT** |
| | -50.00 | **Item# - 1922** |
| Oct03 | -1,586.51 | **COMENITY PAY UR-WEB PYMT** |
| | -9.99 | **LATE FEE** |
| Oct04 | -53.99 | **FRST BK MRCH SVC-DEPOSIT** |
| | -75.17 | **FRST BK MRCH SVC-DEPOSIT** |
| | -75.55 | **FRST BK MRCH SVC-DEPOSIT** |
| | -304.35 | **FRST BK MRCH SVC-DEPOSIT** |
| | -365.96 | **FRST BK MRCH SVC-DEPOSIT** |
| | -464.42 | **FRST BK MRCH SVC-DEPOSIT** |
| | -170.43 | **Share Draft Trsfr to Overdraft** *Share Acct **710 - 52* |
| | -280.00 | **Item# - 1929** |
| | -448.46 | **Share Draft Trsfr to Overdraft** *Share Acct **710 - 52* |
| | -9.99 | **Late Deposit Fee** |
| | -29.97 | **late fees** |
| | -50.00 | **Item# - 1928** |
| Oct05 | -9.99 | **Late Deposit Fee** |
| | -4,723.55 | **Item# - 1930** |
| Oct09 | -9.99 | **Late Deposit Fee** |

# Platinum
**Federal Credit Union**

4531 Lawrenceville Hwy #B
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

| | |
|---|---|
| **Member #** | 5710 |
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 10 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## BUSINESS CHECKING ACCOUNT

### WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct09 | -2,175.07 | **Item# - 1926** |
| | -64.13 | **FDGL-LEASE PYMT** |
| | -1,000.00 | **CAPITAL ONE-CRCARDPMT** |
| | -578.07 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -1,380.20 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -1,380.20 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| Oct10 | -52.94 | **FDGL-LEASE PYMT** |
| | -52.94 | **FDGL-LEASE PYMT** |
| | -53.44 | **FDGL-LEASE PYMT** |
| | -53.44 | **FDGL-LEASE PYMT** |
| | -53.94 | **FDGL-LEASE PYMT** |
| | -54.39 | **FDGL-LEASE PYMT** |
| | -98.35 | **FDGL-LEASE PYMT** |
| | -155.00 | **Item# - 1932** |
| Oct11 | -675.59 | **Home Banking Transfer Withdraw** |
| | | *Share Acct ****0 - 52* |
| Oct12 | -2,306.45 | **ACH Transfer to Overdraft** |
| | -206.41 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -207.91 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -258.24 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -277.65 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -294.14 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -50.00 | **Item# - 1931** |
| Oct15 | -744.91 | **Transfer Distribution from Sha** |
| | | *Loan Acct **714 - 3* |
| | -20.00 | **NIZARI ACH DEBIT STOPPED** |
| | -1,468.54 | **ACH Transfer to Overdraft** |
| | -165.38 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -243.43 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -245.58 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -256.96 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -257.12 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -257.28 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -266.21 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -271.73 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -274.83 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |

# Platinum
**Federal Credit Union**

7791 Lawrenceville Hwy #A
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

# Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 11 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## BUSINESS CHECKING ACCOUNT

### WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| Oct15 | -366.96 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -578.07 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -904.42 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -904.42 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| Oct16 | -290.49 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| Oct17 | -20.00 | **FDGL ACH PAYMENT STOPPED** |
| | -2,236.02 | **ACH Transfer to Overdraft** |
| Oct18 | -54.93 | **ACH Transfer to Overdraft** |
| | -196.23 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -196.97 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -206.97 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -50.00 | **Item# - 1933** |
| | -321.74 | **ACH Transfer to Overdraft** |
| Oct19 | -60.84 | **AMAZON.COM SERVI-INTERNET** |
| | -244.42 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| Oct22 | -59.78 | **FDGL-LEASE PYMT** |
| | -156.00 | **CHASE CREDIT CRD-AUTOPAY** |
| | -300.00 | **VISA-PAYMENT** |
| | -165.58 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -248.21 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -248.80 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -323.58 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -578.07 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -904.43 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -904.43 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| Oct23 | -50.00 | **Item# - 1934** |
| Oct24 | -1,701.77 | **ACH Transfer to Overdraft** |
| | -98.46 | **GEORGIA ITS TAX-GA TX PYMT** |
| | -1,111.89 | **Loan payment** |
| | | *Loan Acct **714 - 2* |
| Oct25 | -61.99 | **AMAZON.COM SERVI-INTERNET** |
| Oct26 | -71.58 | **Krishnan Company-BILLANDPAY** |
| | -266.09 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -284.03 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -304.37 | **Share Draft Trsfr to Overdraft** |

# Platinum
## Federal Credit Union

7731 Lawrenceville Hwy #B
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| **Page#: 12 of 20** | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## BUSINESS CHECKING ACCOUNT

### WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| | | *Share Acct **710 - 52* |
| Oct26 | -306.86 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -312.94 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -379.67 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -323.21 | **ACH Transfer to Overdraft** |
| | -348.12 | **ACH Transfer to Overdraft** |
| Oct29 | -20.00 | **ACH FOR NIZARI PFCU $1028.00** |
| | -20.00 | **ACH FOR HIS HIGHNESS P EFT GIF** |
| | -1,028.00 | **NIZARI PFCU-CASH TRANS** |
| | -171.92 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -188.33 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -197.81 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -207.10 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -222.13 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -225.36 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -244.89 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -249.81 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -255.72 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -257.07 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -275.82 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -277.10 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -578.07 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -904.42 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -904.42 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| Oct30 | -791.07 | **Transfer Distribution from Sha** |
| | | *Loan Acct **996 - 5* |
| | -1,111.89 | **Transfer Distribution from Sha** |
| | | *Loan Acct **714 - 2* |
| | -916.93 | **NIZARI PFCU-CASH TRANS** |
| | -420.33 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -432.70 | **Share Draft Trsfr to Overdraft** |
| | | *Share Acct **710 - 52* |
| | -20.00 | **Stop Payment Fee** |
| Oct31 | -4,900.00 | **Cashier's Check - 4112** |

# Platinum
## Federal Credit Union

7797 Lawrenceville Hwy 41
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

# Statement
# of Account

| Member # | 5710 |
|---|---|
| Statement Period | |
| 10/01/2018 - 10/31/2018 | |
| YTD Taxable Dividends | |
| $.00 | |
| YTD Interest | |
| $.00 | |
| Page#: 13 of 20 | |

BEAUTIFUL BROWS LLC
THE ARCHES THREADING LOUNGE
5002 N ROYAL ATLANTA DR STE M
TUCKER, GA 30084-3050

## BUSINESS CHECKING ACCOUNT

### WITHDRAWALS AND DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| | -5.00 | Cashier Ck Fee |
| Oct31 | -1,658.32 | ACH Transfer to Overdraft |
| | -256.03 | CONSTELLATIONPWR-UTIL-PMNTS |
| | -302.85 | BROADVIEW NETWOR-8002762384 |
| | -59.99 | Monthly Service Charge |

**Platinum**
Federal Credit Union

Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

**Statement of Account**

Page#: 14 of 20

| 1922 | $50.00 | 10/2/2018 |
|---|---|---|



| 1928 | $50.00 | 10/4/2018 |
|---|---|---|



| 1923 | $1,000.00 | 10/1/2018 |
|---|---|---|



| 1929 | $280.00 | 10/3/2018 |
|---|---|---|



| 1924 | $1,000.00 | 10/1/2018 |
|---|---|---|



| 1930 | $4,723.55 | 10/4/2018 |
|---|---|---|



| 1925 | $1,000.00 | 10/1/2018 |
|---|---|---|



| 1931 | $50.00 | 10/12/2018 |
|---|---|---|



| 1926 | $2,175.07 | 10/5/2018 |
|---|---|---|



| 1932 | $155.00 | 10/10/2018 |
|---|---|---|



| 1927 | $11,634.84 | 9/28/2018 |
|---|---|---|



| 1933 | $50.00 | 10/18/2018 |
|---|---|---|

# Platinum
## Federal Credit Union

Lawrenceville Hwy 40
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

Page#: 15 of 20

| | | | | | |
|---|---|---|---|---|---|
| 1934 | $50.00 | 10/23/2018 | 2282 | $248.80 | 10/22/2018 |



| | | | | | |
|---|---|---|---|---|---|
| 2260 | $238.84 | 10/1/2018 | 2283 | $294.14 | 10/12/2018 |
| 2264 | $448.46 | 10/3/2018 | 2284 | $366.96 | 10/15/2018 |
| 2265 | $170.43 | 10/3/2018 | 2295 | $256.96 | 10/15/2018 |
| 2279 | $266.09 | 10/26/2018 | 2298 | $277.65 | 10/12/2018 |
| 2280 | $453.19 | 10/16/2018 | 2302 | $351.03 | 10/11/2018 |

# Platinum
**Federal Credit Union**

Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

**Statement of Account**

Page#: 16 of 20

| | | |
|---|---|---|
| 2304 | $206.41 | 10/12/2018 |



| | | |
|---|---|---|
| 2313 | $257.28 | 10/15/2018 |



| | | |
|---|---|---|
| 2306 | $379.67 | 10/26/2018 |



| | | |
|---|---|---|
| 2315 | $274.83 | 10/15/2018 |



| | | |
|---|---|---|
| 2308 | $430.33 | 10/16/2018 |



| | | |
|---|---|---|
| 2319 | $324.56 | 10/11/2018 |



| | | |
|---|---|---|
| 2310 | $165.58 | 10/22/2018 |



| | | |
|---|---|---|
| 2321 | $207.91 | 10/12/2018 |



| | | |
|---|---|---|
| 2311 | $258.24 | 10/12/2018 |



| | | |
|---|---|---|
| 2323 | $284.03 | 10/26/2018 |



| | | |
|---|---|---|
| 2312 | $245.58 | 10/15/2018 |



| | | |
|---|---|---|
| 2325 | $429.70 | 10/16/2018 |

# Platinum
### Federal Credit Union

5091 Lawrenceville Hwy #E
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

Page#: 17 of 20

| | | |
|---|---|---|
| 2326 | $243.43 | 10/15/2018 |



| | | |
|---|---|---|
| 2338 | $321.74 | 10/18/2018 |



| | | |
|---|---|---|
| 2327 | $323.58 | 10/22/2018 |



| | | |
|---|---|---|
| 2340 | $206.97 | 10/18/2018 |



| | | |
|---|---|---|
| 2328 | $196.97 | 10/18/2018 |



| | | |
|---|---|---|
| 2342 | $312.94 | 10/26/2018 |



| | | |
|---|---|---|
| 2329 | $165.38 | 10/15/2018 |



| | | |
|---|---|---|
| 2344 | $426.20 | 10/16/2018 |



| | | |
|---|---|---|
| 2332 | $257.12 | 10/15/2018 |



| | | |
|---|---|---|
| 2345 | $266.21 | 10/15/2018 |



| | | |
|---|---|---|
| 2334 | $271.73 | 10/15/2018 |



| | | |
|---|---|---|
| 2346 | $248.21 | 10/22/2018 |

# Platinum
### Federal Credit Union

4329 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement of Account

Page#: 18 of 20

| 2347 | $196.23 | 10/18/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/14/18
2347
Pay to the order of: ARUNIMA SHAH
**One Hundred Ninety-Six And 23/100 Dollars**   $ ******196.23
ARUNIMA SHAH
3400 SWEETWATER ROAD
Lawrenceville, GA 30044

| 2361 | $306.86 | 10/26/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2361
Pay to the order of: PAREEN PATEL
**Three Hundred And 86/100 Dollars**   $ ******306.86
PAREEN PATEL
642 COBB PKWY SOUTH
MARIETTA, GA 30062

| 2348 | $244.42 | 10/19/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/14/18
2348
Pay to the order of: SHILPA N VAIDYA
**Two Hundred Forty-Four And 42/100 Dollars**   $ ******244.42
SHILPA N VAIDYA
5400 LAKEBROOKE RUN
Stone Mountain, GA 30087

| 2363 | $420.33 | 10/30/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2363
Pay to the order of: SUVAS B PATEL
**Two Hundred Twenty And 33/100 Dollars**   $ ******420.33
SUVAS B PATEL
813 ROCKY RIDGE BLVD
Douglasville, GA 30134

| 2351 | $255.72 | 10/29/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2351
Pay to the order of: MARIAM B ABDALMALAK
**Two Hundred Fifty-Five And 72/100 Dollars**   $ ******255.72
MARIAM B ABDALMALAK
914 SUNSET STREET
Caston, GA 30114

| 2364 | $257.07 | 10/29/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2364
Pay to the order of: SANDHYA PAUDEL
**Two Hundred Fifty-Seven And 07/100 Dollars**   $ ******257.07
SANDHYA PAUDEL
2522 Historic Drive NW
Kennesaw, GA 30152

| 2353 | $275.82 | 10/29/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2353
Pay to the order of: TAHEREH DARGAZANI
**Two Hundred Seventy-Five And 82/100 Dollars**   $ ******275.82
TAHEREH DARGAZANI
2010 Roswell Rd Apt 31C1
Marietta, GA 30068

| 2366 | $197.81 | 10/29/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2366
Pay to the order of: ARUNIMA SHAH
**One Hundred Ninety-Seven And 81/100 Dollars**   $ ******197.81
ARUNIMA SHAH
3400 SWEETWATER ROAD
Lawrenceville, GA 30044

| 2357 | $323.21 | 10/26/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2357
Pay to the order of: ASHRAF R KHIMANI
**Three Hundred Twenty-Three And 21/100 Dollars**   $ ******323.21
ASHRAF R KHIMANI
1903 THOMAS POINTE TRACE
Lawrenceville, GA 30043

| 2367 | $244.89 | 10/29/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2367
Pay to the order of: SHILPA N VAIDYA
**Two Hundred Forty-Four And 89/100 Dollars**   $ ******244.89
SHILPA N VAIDYA
5400 LAKEBROOKE RUN
Stone Mountain, GA 30087

| 2359 | $188.33 | 10/29/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/21/18
2359
Pay to the order of: LIMA NISAR
**One Hundred Eighty-Eight And 33/100 Dollars**   $ ******188.33
LIMA NISAR
275 KUBOL DRIVE
Lawrenceville, GA 30046

| 2369 | $249.81 | 10/29/2018 |
|---|---|---|

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
Check date: 09/28/18
2369
Pay to the order of: MARIAM B ABDALMALAK
**Two Hundred Forty-Nine And 81/100 Dollars**   $ ******249.81
MARIAM B ABDALMALAK
914 SUNSET STREET
Caston, GA 30114

**Platinum**
Federal Credit Union

4973 Lawrenceville Hwy Ste
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

**Statement of Account**

| | | |
|---|---|---|
| 2370 | $578.07 | 10/16/2018 |



| | | |
|---|---|---|
| 2376 | $207.10 | 10/29/2018 |

| | | |
|---|---|---|
| 2371 | $277.10 | 10/29/2018 |

| | | |
|---|---|---|
| 2378 | $304.37 | 10/26/2018 |

| | | |
|---|---|---|
| 2372 | $1,380.20 | 10/1/2018 |

| | | |
|---|---|---|
| 2380 | $432.70 | 10/30/2018 |

| | | |
|---|---|---|
| 2373 | $1,380.20 | 10/1/2018 |

| | | |
|---|---|---|
| 2381 | $222.13 | 10/29/2018 |

| | | |
|---|---|---|
| 2374 | $578.07 | 10/1/2018 |

| | | |
|---|---|---|
| 2384 | $171.92 | 10/29/2018 |

| | | |
|---|---|---|
| 2375 | $348.12 | 10/26/2018 |

| | | |
|---|---|---|
| 2386 | $225.36 | 10/29/2018 |

# Platinum
### Federal Credit Union

Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Statement
## of Account

Page#: 20 of 20

| 2391 | $1,380.20 | 10/9/2018 | | 2428 | $904.43 | 10/22/2018 |
|------|-----------|-----------|---|------|---------|------------|



| 2392 | $1,380.20 | 10/9/2018 | | 2429 | $904.43 | 10/22/2018 |
|------|-----------|-----------|---|------|---------|------------|



| 2393 | $578.07 | 10/9/2018 | | 2430 | $578.07 | 10/22/2018 |
|------|---------|-----------|---|------|---------|------------|



| 2422 | $904.42 | 10/15/2018 | | 2444 | $904.42 | 10/29/2018 |
|------|---------|------------|---|------|---------|------------|



| 2423 | $904.42 | 10/15/2018 | | 2445 | $904.42 | 10/29/2018 |
|------|---------|------------|---|------|---------|------------|



| 2424 | $578.07 | 10/15/2018 | | 2446 | $578.07 | 10/29/2018 |
|------|---------|------------|---|------|---------|------------|

# PLATINUM
## Federal Credit Union

4794 Lawrenceville Hwy NW
Lilburn, GA 30047
Phone: 404-297-9797
www.PlatinumFCU.org

## Reconciliation of Account

**SHARE DRAFT RECONCILEMENT** ● ● ● **THIS FORM IS PROVIDED TO ASSIST YOU IN BALANCING YOUR DRAFT ACCOUNT**

### LIST DRAFTS OUTSTANDING NOT CHARGED TO YOUR DRAFT ACCOUNT

| DRAFT NUMBER | AMOUNT | DRAFT NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **TOTAL** ➤ |  |

### PERIOD ENDING

_____ 20____

1. **SUBTRACT** FROM YOUR DRAFT REGISTER ANY CHARGES LISTED ON THIS DRAFT STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED FROM YOUR BALANCE. ALSO, **ADD** ANY DIVIDEND.

2. **ENTER** DRAFT BALANCE SHOWN ON THIS STATEMENT HERE. $ ____

3. **ENTER** DEPOSITS MADE LATER THAN THE ENDING DATE OF THIS STATEMENT.
   + $ ____
   + $ ____
   + $ ____

**TOTAL** (2 PLUS 3) $ ____

4. IN YOUR DRAFT REGISTER, **CHECK OFF** ALL DRAFTS PAID AND, IN AREA PROVIDED AT LEFT, **LIST** NUMBERS AND AMOUNTS OF ALL UNPAID DRAFTS.

5. **SUBTRACT** TOTAL DRAFTS OUTSTANDING. − $ ____

6. THIS AMOUNT SHOULD EQUAL YOUR DRAFT REGISTER BALANCE. $ ____

### IF YOU DO NOT BALANCE

Verify additions and subtractions - Above and in your Draft Register.
Compare the dollar amounts of Drafts listed on this statement with the Draft amounts listed in your Draft Register.
Compare the dollar amount of Deposits listed on this statement with the Deposit Amounts recorded in your Draft Register.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

Send your inquiry in writing on a separate sheet of paper so that the Credit Union receives it within 60 days after the statement was mailed to you.

Your written inquiry must include:

- Your name and account number
- A description of the error and why (to the extent you can explain) you believe it is an error; and
- The dollar amount of the suspected error.

If you authorized the Credit Union to automatically pay your loan from your share account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the Credit Union receives it within 16 days after the bill was sent to you.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Credit Union is resolving the dispute. During that same time, the Credit Union may not take any action to collect disputed amounts or report disputed amounts as delinquent.

This is a summary of your rights. A full statement of your rights and the Credit Union's responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 404-297-9797 or

Write us at 4794 Lawrenceville Hwy NW, Lilburn, GA 30047 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for ATM/Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for ATM/Check Card point-of-sale transactions and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.


Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

# NCUA
National Credit Union Administration, a U.S. Government Agency


AMERICA'S CREDIT UNIONS


EQUAL HOUSING LENDER