UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :        CHAPTER 11
                                                    :
BEAUTIFUL BROWS LLC,                                :        CASE NO. 18-66766-jwc
                                                    :
       DEBTOR.                                      :

**APPOINTMENT OF CHAPTER 11 TRUSTEE
AND SETTING OF BOND**

Pursuant to the Order of this Court directing the United States Trustee to appoint a Chapter 11 Trustee (Docket Entry 43), the United States Trustee hereby appoints the following person Chapter 11 Trustee:

> S. Gregory Hays, CTP, CIRA
> Managing Principal
> Hays Financial Consulting, LLC
> 2964 Peachtree Road, Suite 555
> Atlanta, GA 30305-2153
> Office:  (404) 926-0051
> Mobile: (404) 218-1088
> Website: www.haysconsulting.net

Bond is hereby fixed in the amount of $20,000.

This appointment made this 21$^h$ day of November, 2018.

                                    Prepared and Served by:

                                    DANIEL M. MCDERMOTT
                                    UNITED STATES TRUSTEE
                                    Region 21
                                    */s/ Thomas W. Dworschak*
                                    THOMAS W. DWORSCHAK
                                    Georgia Bar No. 236380
                                    United States Department of Justice
                                    Office of the United States Trustee
                                    Suite 362, Richard B. Russell Building

1

75 Ted Turner Drive, SW
Atlanta, Georgia  30303
(404) 331-4437, ext. 145
Thomas.W.Dworschak@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on November 21, 2018, I caused a copy of the attached Appointment Of Chapter 11 Trustee And Setting Of Bond to be sent by first class United States mail, properly addressed and with correct postage to the following:

Beautiful Brows, LLC
5002 North Royal Atlanta Drive
Suite M
Tucker, Georgia 30084

Jason L. Pettie
Jason L. Pettie, PC
Attorney for Debtor
Post Office Box 17936
Atlanta, Georgia 30316

Lynn L. Carroll, Esquire
Golder Law, LLC
101 Village Parkway, 1-400
Marietta, GA  30067-4058

S. Gregory Hays, CTP, CIRA
Managing Principal
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305-2153

ARY Investments
304 Kent Valley Circle
Tucker, Georgia 30084-8493

American Express
AllTran Financial
Post Office Box 722929
Houston, Texas 77272-2929

American Express
Zwicker & Associates, PC
80 Minute Man Road
Andover, MA  01810-1008

American Express
c/o Becket & Lee LLP
POB 3001
Malvern, Pennsylvania 19355-0701

Ameris Bank
605 W. Highway 80
Pooler, GA  31322-2105

Ameris Bank
c/o Mark Golder
Golder Law LLC
101 Village Pkwy
Building 1, Suite 400
Marietta, Georgia  30067-4058

2

Ascentium Capital
23970 Highway 59N
Kingwood, Texas 77339-1535

Arbor Place II LLC
c/o Scott M. Shaw
835 Georgia Avenue, Suite 800
Chattanooga, Tennessee 37402-2225

Brookfield Property REIT Inc.
Kristen N. Pate
350 N. Orleans Street, Suite 300
Chicago, IL  60654-1607

Adam S. Buddenbohn
736 Georgia Avenue
Suite 300
Chattanooga, TN  37402-2059

DLI Assets Bravo, LLC
c/o Thomas J. Kokolis
110 N. Washington Street
Suite 500
Rockville, MD  20850-2230

FC Marketplace, LLC
c/o Potter & Martin, LLP
3945 Holcomb Bridge road
Suite 300
Peachtree Corners, Georgia 30092-5200

FC Marketplace, LLC
c/o Becket and Lee LLP
POB 3002
Malvern, PA  19355-0702

First Data Merchant Cash Advance
400 Corral Ridge Drive, MS C-230
Coral Springs, Florida  33065

Gwinnett Place Mall GA LLC
9101 Alta Drive, Suite 1801
Las Vegas, Nevada 89145-8546

Caleb T. Holzaepfel
Husch Blackwell LLP
Suite 300
736 Georgia Avenue
Chattanooga, TN  37402-2059

Internal Revenue Service
Post Office Box 7346
Philadelphia, Pennsylvania 19101-7346

Kena Patel
1455 Satellite Boulevard
Apartment 2207
Suwanee, Georgia 30024-4841

Thomas J. Kokolis
Parker, Simon & Kokolis, LLC
Suite 500
110 North Washington Street
Rockville, MD  20850-2230

Kusumben Patel
3543 #A Old Chamblee Tucker Road
Doraville, Georgia 30340-4175

Lenox Square Mall
Phipps Plaza
ATR Corinth Partners
c/o Lisa Harper
3340 Peachtree Road, Suite 250
Atlanta, Georgia 30326

Maheswari Gautam
5404 Keeport Drive
Apartment 5
Pittsburg, Pennsylvania  15236-3041

Mall of Georgia
c/o Andrew Hazen, Hall Booth Smith PC
191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303-1775

Roy E. Manoll, III
Fortson, Bentley & Griffin, P.A.
Building 200, Suite 3A
2500 Daniell's Bridge Road
Athens, GA  30606-6178

Minal Patel
4141 Oxcliff Grove
Suwanee, Georgia  30024-6598

Mohammad Ali
435 Gavenwood Drive
Lilburn, Georgia 30047

Nazur Aktar
5885 Princeton Run Trail
Tucker, Georgia 30084-8463

Northlake Mall
ATR Corinth Partners
c/o Lisa Harper, Esquire
3340 Peachtree Road, NE, Suite 250
Atlanta, GA  30326-1045

Pareen Patel
642 Cobb Parkway South
Marietta, GA  30060-9219

Kristen N. Pate
Brookfield Properties
Suite 300
350 N. Orleans Street
Chicago, IL  60654-1607

Phipps Plaza
c/o Lisa Harper, Esquire
3340 Peachtree Road, NE, Suite 250
Atlanta, GA  30326-1045

Quarterspot
c/o Simon & Kokolis, LLC
110 N. Washington Street, Suite 500
Rockville, Maryland 20850-2230

Riverchase Galleria
Lightfoot, Franklin & White
400 20th Street N
Birmingham, Alabama 35203-3200

Salima Dedani
3186 Yorkleigh Lane
Snellville, Georgia 30078-3235

Secretary of the Treasury
15th & Pennsylvania Avenue NW
Washington, DC 20200

Shamsur Nahar
5885 Princeton Run Trail
Tucker, Georgia 30084-8462

Simon Property Group
Attn:  Ronald Tucker, Esquire
225 West Washington Street
Indianapolis, IN  46204-3438

Town Center at Cobb
c/o Andrew Hazen
Hall Booth Smith PC
191 Peachtree Street   Suite 2900
Atlanta, Georgia 30303-1775

Ronald M. Tucker
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN  46204-3438

Vimal Ahuja
805 Aberlady Place
Birmingham, Alabama 35242-6090

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Pace Ferry Road, NE  #900
Atlanta, GA  30326-1382

*/s Thomas W. Dworschak*

4