IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | \| | |
| | \| | |
| Beautiful Brows LLC, | \| | Case No. 18-66766-JWC |
| | \| | |
| Debtor(s). | \| | Chapter 11 |
| | \| | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW The Patel Law Group, LLC, through the undersigned Rushi D. Patel, and enters this case as attorney of record for Minal Hitesh Patel, a creditor in the above-referenced case, and directs Debtor's Counsel, the U.S. Trustee, and the Clerk of Court to forward all notices, pleadings, documents, calendars, and other documents regarding the above-styled action to counsel at the address indicated herein below, or as otherwise prescribed via ECF.

**Rushi D. Patel, 1995 N. Park Pl., SE, Ste 565, Atlanta, GA 30339**

The Clerk of the Court is requested to place the undersigned counsel on the master mailing matrix in this case.

This Notice of Appearance is being filed in accordance with Bankruptcy Rule 9010.

Respectfully submitted this Wednesday, December 5, 2018.

                                                                                  **/S/**
                                        Rushi Patel, Attorney for Debtor
                                        GA Bar No. 791855
                                        The Patel Law Group, LLC
                                        1995 N. Park Pl., SE, Suite 565
                                        Atlanta, GA 30339
                                        (404) 490-2998
                                        rdp@patel-legal.com

IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| Beautiful Brows LLC, | Case No. 18-66766-JWC |
| Debtor(s). | Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than 18 years of age and, that on this day, I served a copy of the within ENTRY OF APPEARANCE AND REQUEST FOR NOTICES upon the following by depositing a copy of same in U.S. Main with sufficient postage affixed thereon, unless otherwise noted, to ensure delivery to:

By Electronic Notice via ECF:

Thomas Wayne Dworschak, Office of the United States Trustee

Jason L. Pettie, Jason L. Pettie, PC

S. Gregory Hays, Trustee

Regular Mail:

Office of the U. S. Trustee
75 Ted Turner Drive, SW
Room 362
Atlanta, GA 30350

This 5 December 2018.

                                                      /S/
Rushi Patel, Attorney for Debtor
GA Bar No. 791855
The Patel Law Group, LLC
1995 N. Park Pl., SE, Suite 565
Atlanta, GA 30339
(404) 490-2998
rdp@patel-legal.com