IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S APPLICATION FOR AUTHORITY**
**TO EMPLOY PROFESSIONAL PERSON**

NOW COMES the above captioned debtor, by and through its attorney, along with the appointed Chapter 11 Trustee S. Gregory Hays (the "Trustee") and hereby submits this joint application for authority to employ Bullseye Auction & Apprisal, LLC, to serve as auctioneer pursuant to 11 U.S.C. § 327(a) (the "Application"), and in support thereof, respectfully shows the Court as follows.

1. This Application is supported by the verified statement of Scott Schwartz attached hereto as Exhibit "A".

2. Bullseye Auction & Apprisal, LLC (the "Auctioneer") has no relation or connection to the Debtor to the best of the App Auctioneer 's knowledge, and employs one or more auctioneers duly licensed to practice in the state of Georgia.

3. The Auctioneer understands that all fees, commissions, and expenses are subject to approval by this Court after application, notice, and hearing thereon.  Auctioneer is usually compensated with a commission of ten (10%) percent of the selling price, plus any actual out-of-pocket expenses.  Auctioneer also receives a buyer's premium.  A copy of the auction agreement is filed herewith.

4. The professional services which the Auctioneer is to render in this case will include marketing and selling the Estate's interest in certain personal property located at 5002 North

Royal Atlanta Drive, Tucker, Georgia, including several pieces of equipment that are not essential to the Debtor's operating locations as well as two vehicles that the Debtor owns.

**WHEREFORE**, the Debtor and the Trustee respectfully prays for entry of an order (i) authorizing the employment of Bullseye Auction & Apprisal, LLC as auctioneer for the Estate, and (ii) for such other and further relief as the Court may deem just and proper.

Respectfully submitted this 28th day of January, 2019.

By: /s/ Jason L. Pettie_____
Jason L. Pettie, attorney for Debtor
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984
trustee@jasonpettie.com

By: /s/ S. Gregory Hays_____*
S. Gregory Hays, Trustee
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305
(404) 926-0051
ghays@haysconsulting.net
*signed by Jason L. Pettie, with express permission granted 1/25/2018

STATE OF GEORGIA  
COUNTY OF GWINNETT

**Exhibit "A"**

# VERIFIED STATEMENT UNDER RULE 2014

Personally appeared before the undersigned officer duly authorized by law to administer oaths, SCOTT KENNETH SCHWARTZ, Georgia License Number 2643, of the firm of BULLSEYE AUCTION & APPRAISAL, LLC, who after being duly sworn, on oath deposes and says:

1) I am a member of Bullseye Auction & Appraisal, LLC, an auction and appraisal firm fully bonded and operating under Georgia License Number 3575 and having offices at 500 Pike Park Drive, Suite F, Lawrenceville, Georgia 30046.

2) To the best of my knowledge:

    (a) I am and every person in my firm is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14) with regard to the Debtor Beautiful Brows, LLC, Case No. 18-66766-JWC ("**Debtor**"), and its bankruptcy estate:

    (b) Neither I nor any member of my firm:

        i. Holds or represents an interest adverse to the bankruptcy estate of Debtor or Debtor;

        ii. Has had any business, professional or other connections up to the date of this Affidavit with Debtor, its creditors, or any other party in interest of which I am aware, and their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee within the purview of Rule 2014 of the Federal Rules of Bankruptcy Procedures and 11 U.S.C. § 327. Disclosure is made, however, that my firm and I have previously represented and do represent S. Gregory Hays (in his capacity as a bankruptcy trustee) as auctioneers in unrelated matters; or

        iii. Is related to any Judge of this Court, or so connected now or in the past with any Judge of this Court as to render such appointment improper.

FURTHER AFFIANT SAYETH NAUGHT.

BULLSEYE AUCTION & APPRAISAL, LLC

By: _____  
SCOTT KENNETH SCHWARTZ

Sworn to and subscribed before me this 25 day of January, 2019.

_____  
Notary Public  
My Commission Expires: 8-5-2022

R. W. SAMMONS  
Notary Public, Georgia  
Gwinnett County  
My Commission Expires  
8-5-2022

12249253v1

# **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed.

    Office of the U.S. Trustee
    Room 362, Richard B. Russell Federal Bldg
    75 Ted Turner Dr, SW
    Atlanta, Georgia  30303


    */s/ Jason L. Pettie*
    Jason L. Pettie
    Georgia Bar # 574783