

# Auction Agreement
*Personal Property*



This **AGREEMENT**, made and entered into this 18th day of January, 2019, between Bullseye Auction & Appraisal, 500 Pike Park Drive, Suite F, Lawrenceville, GA  30046 hereinafter referred to as the **"AUCTIONEER"** and Beautiful Brows, LLC, hereinafter referred to as **"SELLER"**, represents the entire agreement for the sale of personal property at Auction, the terms and conditions of which are set forth below.

The **AUCTIONEER** agrees to keep accurate records of the Auction and to furnish the **SELLER** such records upon settlement of the funds which will take place within seven (7) business days following the Auction, and at such time the **AUCTIONEER** will deduct all fees and expenses due as agreed herein.

The **SELLER** agrees to turn over to the **AUCTIONEER** all items to be sold at Public Auction, the item(s) indicated below and/or any attached documents, and that all items will be sold to the highest bidder.  Any items remaining unsold following the Auction for any reason will be released to the **SELLER**.   **SELLER** agrees that the **AUCTIONEER** shall be held harmless for any monies attributed to such unsold and/or remaining items.

Listing or Description:

**Designated Personal Property Assets Located at 5002 North Royal Drive, Suite M, Tucker, GA  30084
(Seller Approved Detailed List to be Attached Prior to Auction Bid Deadline)**

**SELLER** hereby guarantees good title as the true and lawful owner and/or lien-holder of the Personal Property listed herein and guarantees that **SELLER** has the right to sell all items included in the Auction.  **SELLER** further agrees, however, that any liens, encumbrances or claims against the proceeds of the Auction shall be the sole responsibility of the **SELLER**, and that the **AUCTIONEER** shall be held harmless in any action, civil or criminal, deriving from the sale of the items specified by this **AGREEMENT**.

The Auction will be conducted in an online only bidding format on a mutually agreeable date.  A public inspection will be held at 5002 North Royal Drive, Suite M, Tucker, GA  30084. In the event of Postponement for any reason, the Auction will be rescheduled at a time mutually agreed upon by the parties to this **AGREEMENT**.  If postponement is due to actions by and/or decisions of the **SELLER**, any expenses incurred by the **AUCTIONEER** to that date will be paid by the **SELLER.**

**SELLER** agrees to pay fees in an amount not to exceed Five Hundred Dollars and 00/100 ($500.00) for marketing of the Auction.  **SELLER** will pay a commission of ten percent (10%) of the auction proceeds to **AUCTIONEER** for liquidation of listed goods, not to include vehicles.  A Buyer's Premium of ten percent (10%) will be charged to purchasers on the day of sale.  All earned commissions will be paid to **AUCTIONEER** and deducted from auction proceeds prior to settlement to **SELLER**.

**AUCTIONEER** further agrees to inventory all items to be sold, and to furnish a complete list of items sold to the **SELLER** at closing.
**IN WITNESS WHEREOF** we have set our hands and seal the date shown below, and I the **SELLER(S)**, agree I have read and/or the contract has been explained to me.

**SELLER:**                                                                                               **AUCTIONEER:**

*Scott Schwartz*        1/18/2019
_____ Date:_____        _____ Date:_____
**Saleem Delawalla**                                                                         **Bullseye Auction & Appraisal, LLC**
**Beautiful Brows, LLC**                                                                **Scott Schwartz**