**IT IS ORDERED as set forth below:**

**Date: February 14, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**BEAUTIFUL BROWS, L.L.C.**<br><br>   **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 18-66766-jwc** |

**CONSENT ORDER REJECTING LEASE AND LIFTING AUTOMATIC STAY**

The Creditor Simon Property Group, L.P. (hereinafter the "Creditor") filed its Motion to Compel Debtor to Immediately Pay Post-Petition Rent or, Alternatively, Lifting the Automatic Stay on December 21, 2018 and filed a Notice of Hearing for January 17, 2019 contemporaneously with its Motion. (ECF Nos. 65 and 67). On January 17, 2019, counsel for the Creditor and counsel for the above-captioned Debtor (hereinafter the "Debtor") appeared before this Honorable Court for the Hearing on the Motion. On January 25, 2019 the Court entered a Consent Order Requiring Strict Compliance by the Debtor (hereinafter "Strict Compliance Order"). On February 12, 2019,

1

the Creditor filed an Affidavit of Default regarding the Debtor's default on the Strict Compliance Order as to the Town Center at Cobb Lease.  After the consent of both the Creditor and the Debtor,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

The automatic stay imposed by 11 U.S.C. § 362(a) was lifted, effective January 31, 2019, as to the Town Center at Cobb Lease and the corresponding property, AND the Town Center at Cobb Lease was deemed rejected, effective January 31, 2019, due to the Debtor's default on the Strict Compliance Order, as evidenced by the Affidavit of Default filed by the Creditor on February 12, 2019.

**END OF DOCUMENT**

| Prepared by: | Consented to by: |
|---|---|
| /s/ *Nicholas J. Garcia* | _/s/ *Jason Pettie*_____ |
| Nicholas J. Garcia | Jason Pettie |
| Georgia Bar No. 863498 | Georgia Bar No. 574783 |
| Hall Booth Smith, P.C. | Jason L. Pettie, P.C. |
| 1301 1st Avenue | P.O. Box 17936 |
| Suite 100 | Atlanta, GA 30316 |
| Columbus, GA 31901 | 404-638-5984 |
| 706-243-6254 | jasonpettie@gmail.com |
| ngarcia@hallboothsmith.com | *Attorney for Beautiful Brows, L.L.C.* |
| *Attorney for Simon Property Group, L.P.* | |

## Distribution List

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Suite 555
Atlanta, GA 30305

Jason L. Pettie
Jason L. Pettie, PC
P.O. Box 17936
Atlanta, GA 30316

Beautiful Brows, LLC
5002 North Royal Atlanta Dr.
Suite M
Tucker, GA 30084