**IT IS ORDERED as set forth below:**



**Date: February 26, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | Case No. **18-66766**-JWC |
| ) | |
| **BEAUTIFUL BROWS LLC,** ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER**

Before the Court for hearing on February 26, 2019 (the "**Hearing**"), came the *Emergency Motion to Sell Personal Property Through an Internet Auction* [Doc. No. 85] (the "**Sale Motion**"). The Sale Motion was filed by Debtor along with the appointed Chapter 11 Trustee Greg Hays (the "Trustee") on February 15, 2019 and seeks authority, pursuant to 11 U.S.C. § 363(b), to sell certain personal property located at 5002 North Royal Atlanta Drive, Tucker, Georgia, including several pieces of equipment that are not essential to the Debtor's operating locations (the "**Property**") through an internet auction. It appears to the Court that all creditors and parties in interest were given notice of the Sale Motion and Hearing. No objections or responses were filed by any party as to the Sale Motion nor did any party appear in opposition to

11494408v1

the Sale Motion.  Good cause having been shown, it is hereby

**ORDERED,** that Sale Motion is GRANTED to allow the sale of the Property to be consummated, pursuant to 11 U.S.C. § 363(b), for the reasons stated in the Sale Motion; it is further

**ORDERED** that the Trustee is authorized to pay Bullseye Auction & Appraisal, LLC ("Auctioneer") a ten (10%) percent commission on the gross sales price of the Property,  and Auctioneer is authorized to receive a ten (10%) percent buyer's premium from each individual buyer.  Trustee is also authorized to pay Auctioneer $500 as reimbursement for auction expenses. All other distributions of sale proceeds shall be made pursuant to court order after appropriate notice and hearing.  It is further

**ORDERED,** that Fed.R.Bankr.P. 6004(h) shall not apply to this Order, which shall be effective immediately so that the Trustee may proceed *instanter* with the sale, at which time the gross sales proceeds shall be paid to the Trustee pursuant to this Order.  It is further

**ORDERED** that the Debtor's counsel shall serve a copy of this Order on all parties in interest and shall file a certificate of service with the Clerk within three days of the entry of this Order.

**[END OF DOCUMENT]**

Drafted and presented by:

**JASON L. PETTIE, P.C.**

By: Jason L. Pettie, Attorney for
    Debtor State Bar No. 574783
P.O. Box 17936
Atlanta, Georgia 30316
Telephone: (404) 638-5984
Email: trustee@jasonpettie.com

Reviewed and Consented to by:

**GOLDER LAW, LLC**

*/s/ Lynn L. Carroll*
Lynn L. Carroll, Attorney for Ameris Bank
Georgia Bar No. 460365
101 Village Parkway
Building 1, Suite 400
Marietta, Georgia 30067
(404) 252-3000
lcarroll@golderlawfirm.com
*signed by Jason L. Pettie, with express permission given 2/26/2018

11494408v1