IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## MONTHLY OPERATING REPORT

COME NOW, the above captioned debtor and debtor-in-possession (the "Debtor") and hereby files this monthly operating report for the period December 1, 2018 – December 31, 2018.

**JASON L. PETTIE, P.C.**

*/s/ Jason L. Pettie*
Jason L. Pettie, Attorney for Debtor
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____      Case number _____

17.  Have you paid any bills you owed before you filed bankruptcy?    ❑    ❑    ❑

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑    ❑    ❑

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
cash received even if you have not deposited it at the bank, collections
on receivables, credit card deposits, cash received from other parties, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

$ _____

   *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                         _____

27. What is the number of employees as of the date of this monthly report?            _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?            $ _____

30. How much have you paid this month in other professional fees?            $ _____

31. How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | *Column A* | | Column B | | *Column C* |
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:            $ _____

36. Total projected cash disbursements for the next month:            − $ _____

37. Total projected net cash flow for the next month:            = $ _____

Debtor Name _____          Case number_____

| | **8. Additional Information** |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

| Town Center @Cobb | | | | | | 1 | 2 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | 13.5 | 0 | 13.5 |
| Credit | | | | | | 919.5 | 594 | 1513.5 |
| Groupon | | | | | | | 20 | 20 |
| Weekly Total | | | | | | | | 1547 |
| | | | | | | | | |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| Cash | 0 | 52 | 13 | 0 | 28 | 129 | 23 | 245 |
| Credit | 358 | 320 | 358 | 1001.5 | 1003.08 | 814 | 469 | 4323.58 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 4568.58 |
| | | | | | | | | |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| Cash | 8 | 48 | 7.5 | 0 | 0 | 144 | 0 | 207.5 |
| Credit | 518 | 358 | 705.5 | 846 | 1040.5 | 1052 | 607.5 | 5127.5 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 5335 |
| | | | | | | | | |
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| Cash | 8.5 | 26.5 | 0 | 51 | 210 | 123 | 27 | 446 |
| Credit | 519.5 | 591.5 | 799 | 702 | 1283.3 | 1561 | 1246.38 | 6702.68 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 7148.68 |
| | | | | | | | | |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| Cash | 21 | | 44 | 155 | 42 | 167 | 0 | 429 |
| Credit | 666 | | 922 | 502 | 936 | 1274.65 | 689 | 4989.65 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 5418.65 |

| | 31 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Cash** | 4 | | | | | | | 4 |
| **Credit 1** | 868 | | | | | | | 868 |
| **Groupon** | | | | | | | | 0 |
| **Weekly Total** | | | | | | | | **872** |

**Monthly Total**                                                                                   **24889.91**

| Mall of Georgia | | | | | | 1 | 2 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | 68.5 | 55 | 123.5 |
| Credit | | | | | | 1149.22 | 620 | 1769.22 |
| Weekly Total | | | | | | | | 1892.72 |
| | | | | | | | | |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| Cash | 65 | 68 | 7 | 51 | 101 | 98 | 29 | 419 |
| Credit | 488 | 617 | 653 | 704.6 | 1043.65 | 973.72 | 681 | 5160.97 |
| Weekly Total | | | | | | | | 5579.97 |
| | | | | | | | | |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| Cash | 76 | 32 | 108 | 63.28 | 10.5 | 6.5 | 103 | 399.28 |
| Credit | 494 | 543.5 | 878 | 776.72 | 1201 | 1625.22 | 890 | 6408.44 |
| Weekly Total | | | | | | | | 6807.72 |
| | | | | | | | | |
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| Cash | 26 | 179 | 237 | 185 | 268 | 332 | 185 | 1412 |
| Credit | 789 | 999.65 | 1147 | 1200.64 | 1688.5 | 1670.58 | 1466.5 | 8961.87 |
| Weekly Total | | | | | | | | 10373.87 |
| | | | | | | | | |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| Cash | 116 | | 156 | 5 | 147 | 170 | 161 | 755 |
| Credit | 1018 | | 839 | 918.42 | 1153.3 | 1295 | 713.5 | 5937.22 |
| Weekly Total | | | | | | | | 6692.22 |

| | 31 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash | 203 | | | | | | | 203 |
| Credit | 1204.5 | | | | | | | 1204.5 |
| Weekly Total | | | | | | | | 1407.5 |

**Monthly Total**                                                                 **32754**

| Arbor Place Mall | | | | | | 1 | 2 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | 50 | 60 | 110 |
| Credit | | | | | | 1177 | 847 | 2024 |
| Weekly Total | | | | | | | | 2134 |
| | | | | | | | | |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| Cash | 71 | 68 | 5 | 56.5 | 54 | 139 | 54 | 447.5 |
| Credit | 315.68 | 452.68 | 602 | 645.5 | 859 | 1085 | 550 | 4509.86 |
| Weekly Total | | | | | | | | 4957.36 |
| | | | | | | | | |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| Cash | 20 | 91.77 | 8 | 30.77 | 161 | 109 | 87 | 507.54 |
| Credit | 374 | 666.91 | 556 | 918 | 861 | 1572 | 647 | 5594.91 |
| Weekly Total | | | | | | | | 6102.45 |
| | | | | | | | | |
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| Cash | 139 | 47.04 | 135.8 | 204.61 | 327 | 277 | 323 | 1453.45 |
| Credit | 860.68 | 705.96 | 715.83 | 729.1 | 1504 | 1880.77 | 869.08 | 7265.42 |
| Weekly Total | | | | | | | | 8718.87 |
| | | | | | | | | |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| Cash | 246 | | 202 | 88 | 232 | 161 | 52.68 | 981.68 |
| Credit | 830 | | 671 | 558 | 580 | 1239 | 675 | 4553 |
| Weekly total | | | | | | | | 5534.68 |

| | 31 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash | 76.5 | | | | | | | 76.5 |
| Credit | 983.32 | | | | | | | 983.32 |
| Weekly Total | | | | | | | | 1059.82 |

**Monthly Total**                                                                                 **28507.18**

**Exhibit D**

| Date Paid | Payee | Purpose | Amount |
|---|---|---|---|
| 12/5/2018 | Krishnan & Co | Accounting Services | 95.33 |
| 12/3/2018 | Lendmark Financial | Loan Payment | 142.41 |
| 12/7/2018 | First Data | Lease Payment | 64.13 |
| 12/10/2018 | First Data | Lease Payment | 52.94 |
| 12/11/2018 | First Data | Lease Payment | 52.94 |
| 12/12/2018 | First Data | Lease Payment | 53.44 |
| 12/13/2018 | First Data | Lease Payment | 53.44 |
| 12/14/2018 | First Data | Lease Payment | 53.94 |
| 12/15/2018 | First Data | Lease Payment | 54.39 |
| 12/27/2018 | PFCU | Return Fees | 28 |
| 12/31/20018 | PFCU | Return Fees | 28 |
| 12/31/2018 | PFCU | Monthly Service Charge | 59.99 |
| 12/19/2018 | First Data | Deposit | 19.83 |
| 12/5/2018 | IRS | Payroll Taxes | 1645.43 |
| 12/10/2018 | AT&T | Utility | 391.76 |
| 12/12/2018 | IRS | Payroll Taxes | 1625.26 |
| 12/13/2018 | AT&T | Utility | 112.92 |
| 12/13/2018 | Marketpros | Website | 222 |
| 12/17/2018 | IPFS | Insurance | 275.29 |
| 12/17/2018 | GA ITS | Payroll Taxes | 1280.21 |
| 12/18/2018 | Broadview Network | Utility | 130.85 |
| 12/19/2018 | IRS | Payroll Taxes | 1649.59 |
| 12/26/2018 | AT&T | Utility | 119.4 |
| 12/27/2018 | Constellation | Utility | 181.45 |
| 12/27/2018 | IRS | Payroll Taxes | 1604.91 |
| 12/28/2018 | GA Power | Utility | 118.31 |
| 12/31/2018 | Eastwest Bank | Monthly Service Charge | 6.58 |
| 12/31/2018 | Giftcard Redeem | MOG, TC, AP for October | 181 |
| 12/31/2018 | Sales Tax | MOG, TC, AP for October | 17.55 |
| 12/31/2018 | Giftcard Redeem | MOG, TC, AP for November | 203 |
| 12/31/2018 | Sales Tax | MOG, TC, AP for November | 19.71 |
| 12/31/2018 | Giftcard Redeem | MOG, TC, AP for December | 327 |
| 12/31/2018 | Sales Tax | MOG, TC, AP for December | 22.72 |
| 12/31/2018 | First Data | Credit Card Fees | 855.9 |
| 12/31/2019 | First Data | Merchant Cash Advance | 4299.28 |
| 12/31/2019 | First Data | Credit Card Fees | 999.2 |
| 12/31/2019 | First Data | Merchant Cash Advance | 1121.33 |
| 12/31/2019 | First Data | Credit Card Fees | 715.14 |
| 12/31/2019 | First Data | Merchant Cash Advance | 1087.72 |
| 12/4/2018 | Parksimple | Parking Charges | 6 |
| 12/7/2018 | Sam's Club | Supplies | 50.7 |
| 12/7/2018 | Walmart | Supplies | 38.58 |
| 12/17/2018 | Staples | Supplies | 72.34 |
| 12/26/2018 | Amazon | Supplies | 24.37 |
| 12/27/2018 | Amazon | Supplies | 60.46 |
| 12/27/2018 | Sam's Club | Supplies | 48.54 |

| Date | Vendor | Category | Amount |
|---|---|---|---|
| 12/21/2018 | Adobe Websales | Software | 24.99 |
| 12/22/2018 | Amazon | Supplies | 61.99 |
| 12/1/2018 | Arbor Place Mall | Sanitation | 34.13 |
| 12/13/2018 | AT&T | Utility | 170.49 |
| 12/7/2018 | Amazon | Supplies | 42.35 |
| 12/10/2018 | Kroger Fuel | Fuel | 27.46 |
| 12/18/2018 | Speedway | Fuel | 21.71 |
| 12/26/2018 | Quiktrip | Fuel | 6.28 |
| 12/24/2018 | Speedway | Fuel | 33 |
| 12/21/2018 | Parksimple | Parking Charges | 2 |
| 12/20/2018 | Speedway | Fuel | 34.5 |
| 12/1/2018 | Speedway | Fuel | 34.83 |
| 12/5/2018 | ADT | Security | 44.58 |
| 12/3/2018 | Speedway | Fuel | 33.45 |
| 12/5/2018 | Chevron | Fuel | 34.33 |
| 12/4/2018 | Kroger Fuel | Fuel | 23 |
| 12/26/2018 | Kroger Fuel | Fuel | 22.41 |
| | | | **20924.78** |

# EAST WEST BANK

Your financial bridge

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page  1  of  15
STARTING DATE: December 01, 2018
ENDING DATE: December 31, 2018
Total days in statement period: 31
54-00008275
( 51 )

BEAUTIFUL BROWS, LLC.
S. GREGORY HAYS AS CHAPTER 11 TRUSTEE
CASE # 18-66766-JWC
2964 PEACHTREE RD NW STE 555
ATLANTA GA  30305-4909

Access your personal account wherever
you go with Mobile Banking! You can
receive text alerts whenever a transaction
is made or review your balance on your
mobile device.
Visit eastwestbank.com/mobile or your
local branch for details.

## Standard Business Checking

| | | | | | |
|---|---|---|---|---|---|
| Account number | 54-00008275 | Beginning balance | | | $4,383.84 |
| Enclosures | 51 | Total additions | ( 74 ) | | 60,523.98 |
| Low balance | $4,179.13 | Total subtractions | ( 65 ) | | 32,306.52 |
| Average balance | $14,172.04 | Ending balance | | | $32,601.30 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-05 | Deposit | | 3,601.29 |
| | 12-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181207 982202108881 | 343.40 |
| | 12-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181207 982163023889 | 401.60 |
| | 12-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181207 982163020885 | 517.80 |
| | 12-07 | Deposit | | 1,792.42 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982163023889 | 436.40 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982163020885 | 580.80 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982163023889 | 607.20 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982202108881 | 775.60 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982163023889 | 788.00 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982163020885 | 837.58 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982163020885 | 906.32 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982202108881 | 947.20 |
| | 12-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181210 982202108881 | 976.46 |
| | 12-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181211 982163023889 | 440.00 |

3409      rev 05-16

# EAST WEST BANK

Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

STARTING DATE: December 01, 2018
ENDING DATE: December 31, 2018
54-00008275

BEAUTIFUL BROWS, LLC.

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 12-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181211 982202108881 | 452.80 |
| | 12-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181211 982163020885 | 551.00 |
| | 12-12 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181212 982163023889 | 299.20 |
| | 12-12 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181212 982163020885 | 470.00 |
| | 12-12 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181212 982202108881 | 499.20 |
| | 12-13 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181213 982202108881 | 344.60 |
| | 12-13 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181213 982163023889 | 453.53 |
| | 12-13 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181213 982163020885 | 633.10 |
| | 12-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181214 982163023889 | 364.80 |
| | 12-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181214 982202108881 | 678.70 |
| | 12-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181214 982163020885 | 749.60 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982163023889 | 608.80 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982163023889 | 654.40 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982163020885 | 752.32 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982202108881 | 800.80 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982202108881 | 981.90 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982202108881 | 1,026.20 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982163020885 | 1,049.50 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982163023889 | 1,177.60 |
| | 12-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181217 982163020885 | 1,455.02 |
| | 12-18 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181218 982163023889 | 437.60 |
| | 12-18 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181218 982202108881 | 581.90 |
| | 12-18 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181218 982163020885 | 755.60 |
| | 12-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181219 982202108881 | 505.70 |

**EAST WEST BANK**

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|--|-----------|
| | 12-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181219 982163023889 | 608.54 |
| | 12-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181219 982163020885 | 630.77 |
| | 12-20 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181220 982163023889 | 484.77 |
| | 12-20 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181220 982202108881 | 557.70 |
| | 12-20 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181220 982163020885 | 865.05 |
| | 12-21 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181221 982163023889 | 492.66 |
| | 12-21 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181221 982202108881 | 745.80 |
| | 12-21 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181221 982163020885 | 964.80 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982163023889 | 503.28 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982202108881 | 666.60 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982163020885 | 1,040.04 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982163023889 | 1,123.20 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982202108881 | 1,243.10 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982163023889 | 1,424.62 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982202108881 | 1,489.60 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982163020885 | 1,504.48 |
| | 12-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181224 982163020885 | 1,526.60 |
| | 12-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181226 982163023889 | 584.00 |
| | 12-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181226 982163023889 | 615.26 |
| | 12-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181226 982202108881 | 627.20 |
| | 12-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181226 982163020885 | 880.00 |
| | 12-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181226 982202108881 | 1,186.58 |
| | 12-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181226 982163020885 | 1,340.10 |
| | 12-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181228 982163023889 | 456.80 |

**EAST WEST BANK**

Your continental bridge®

ACCOUNT STATEMENT

Page  4  of  15

9300 Flair Drive Suite 106
El Monte CA 91731

STARTING DATE: December 01, 2018
ENDING DATE: December 31, 2018
54-00008275

BEAUTIFUL BROWS, LLC.

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|--|-----------|
| | 12-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181228 | |
| | | | 982163020885 | 718.00 |
| | 12-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181228 | |
| | | | 982202108881 | 810.80 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982163023889 | 366.40 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982163023889 | 384.00 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982202108881 | 488.20 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982163020885 | 780.04 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982202108881 | 877.00 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982163023889 | 911.20 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982163020885 | 1,015.40 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982163020885 | 1,161.00 |
| | 12-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 181231 | |
| | | | 982202108881 | 1,214.45 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 358 | 12-05 | 100.00 | 2540 | 12-18 | 265.47 |
| 2517 * | 12-10 | 254.40 | 2541 | 12-14 | 298.32 |
| 2518 | 12-06 | 578.07 | 2542 | 12-17 | 406.93 |
| 2519 | 12-07 | 273.57 | 2543 | 12-18 | 198.17 |
| 2520 | 12-07 | 904.43 | 2544 | 12-19 | 279.17 |
| 2521 | 12-06 | 904.43 | 2545 | 12-12 | 225.85 |
| 2522 | 12-06 | 578.07 | 2547 * | 12-21 | 242.74 |
| 2523 | 12-13 | 358.17 | 2548 | 12-18 | 578.07 |
| 2524 | 12-07 | 282.81 | 2549 | 12-18 | 274.20 |
| 2525 | 12-10 | 329.08 | 2550 | 12-17 | 904.43 |
| 2526 | 12-17 | 433.63 | 2551 | 12-17 | 904.43 |
| 2527 | 12-07 | 251.34 | 2552 | 12-17 | 578.07 |
| 2528 | 12-19 | 163.10 | 2553 | 12-21 | 358.16 |
| 2529 | 12-07 | 231.50 | 2554 | 12-19 | 216.79 |
| 2530 | 12-10 | 168.70 | 2556 * | 12-21 | 247.78 |
| 2532 * | 12-18 | 167.55 | 2557 | 12-24 | 433.41 |
| 2533 | 12-12 | 578.07 | 2558 | 12-27 | 269.64 |
| 2534 | 12-17 | 267.83 | 2560 * | 12-20 | 230.40 |
| 2535 | 12-07 | 904.42 | 2561 | 12-31 | 255.73 |
| 2536 | 12-10 | 904.42 | 2562 | 12-28 | 578.07 |
| 2537 | 12-10 | 578.07 | 2563 | 12-31 | 275.41 |
| 2538 | 12-13 | 361.50 | 2564 | 12-24 | 904.42 |
| 2539 | 12-13 | 285.82 | 2565 | 12-24 | 904.42 |

**EAST WEST BANK**

Your financial bridge®

ACCOUNT STATEMENT
Page   5   of   15
STARTING DATE: December 01, 2018
ENDING DATE: December 31, 2018
54-00008275

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2566 | 12-24 | 578.07 | 2583 | 12-31 | 904.43 |
| 2568 * | 12-31 | 288.50 | 2584 | 12-31 | 578.07 |
| 2582 * | 12-31 | 904.43 | * Skip in check sequence | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-05 | Preauth Debit | IRS USATAXPYMT 181205 274873975588860 | 1,645.43 |
| 12-10 | Preauth Debit | ATT Payment 181208 | 391.76 |
| 12-12 | Preauth Debit | IRS USATAXPYMT 181212 274874634829333 | 1,625.26 |
| 12-13 | Preauth Debit | ATT Payment 181213 | 112.92 |
| 12-13 | Preauth Debit | MARKETPROS RESPO SALE 181213 | 222.00 |
| 12-17 | Preauth Debit | IPFS866-412-2563 IPFSPMTNYA 181217 74271 | 275.29 |
| 12-17 | Preauth Debit | GEORGIA ITS TAX GA TX PYMT 181217 1441302736 | 1,280.21 |
| 12-18 | Preauth Debit | BROADVIEW NETWOR 8002762384 181218 | 130.85 |
| 12-19 | Preauth Debit | IRS USATAXPYMT 181219 274875354231835 | 1,649.59 |
| 12-26 | Preauth Debit | ATT Payment 181226 | 119.40 |
| 12-27 | Preauth Debit | CONSTELLATIONPWR UTIL-PMNTS 181227 | 181.45 |
| 12-27 | Preauth Debit | IRS USATAXPYMT 181227 274876154951095 | 1,604.91 |
| 12-28 | Preauth Debit | GPC GPC EBILL 181227 | 118.31 |
| 12-31 | Service Charge | ACH CREDIT | 6.58 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 4,383.84 | 12-13 | 8,989.25 | 12-24 | 24,269.80 |
| 12-05 | 6,239.70 | 12-14 | 10,484.03 | 12-26 | 29,383.54 |
| 12-06 | 4,179.13 | 12-17 | 13,939.75 | 12-27 | 27,327.54 |
| 12-07 | 4,386.28 | 12-18 | 14,100.54 | 12-28 | 28,616.76 |
| 12-10 | 8,615.41 | 12-19 | 13,536.90 | 12-31 | 32,601.30 |
| 12-11 | 10,059.21 | 12-20 | 15,214.02 | | |
| 12-12 | 8,898.43 | 12-21 | 16,568.60 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



| | | |
|---|---|---|
| 12/05/2018 358 $100.00 | | 12/07/2018 2519 $273.57 |
| 12/05/2018 358 $100.00 | | 12/07/2018 2519 $273.57 |
| 12/10/2018 2517 $254.40 | | 12/07/2018 2520 $904.43 |
| 12/10/2018 2517 $254.40 | | 12/07/2018 2520 $904.43 |
| 12/06/2018 2518 $578.07 | | 12/06/2018 2521 $904.43 |
| 12/06/2018 2518 $578.07 | | 12/06/2018 2521 $904.43 |



| | | |
|---|---|---|
| 12/06/2018 | 2522 | $578.07 |
| 12/10/2018 | 2525 | $329.08 |
| 12/06/2018 | 2522 | $578.07 |
| 12/10/2018 | 2525 | $329.08 |
| 12/13/2018 | 2523 | $358.17 |
| 12/17/2018 | 2526 | $433.63 |
| 12/13/2018 | 2523 | $358.17 |
| 12/17/2018 | 2526 | $433.63 |
| 12/07/2018 | 2524 | $282.81 |
| 12/07/2018 | 2527 | $251.34 |
| 12/07/2018 | 2524 | $282.81 |
| 12/07/2018 | 2527 | $251.34 |



| Date | Check # | Amount |
|------|---------|--------|
| 12/19/2018 | 2528 | $163.10 |
| 12/19/2018 | 2528 | $163.10 |
| 12/07/2018 | 2529 | $231.50 |
| 12/07/2018 | 2529 | $231.50 |
| 12/10/2018 | 2530 | $168.70 |
| 12/10/2018 | 2530 | $168.70 |
| 12/18/2018 | 2532 | $167.55 |
| 12/18/2018 | 2532 | $167.55 |
| 12/12/2018 | 2533 | $578.07 |
| 12/12/2018 | 2533 | $578.07 |
| 12/17/2018 | 2534 | $267.83 |
| 12/17/2018 | 2534 | $267.83 |

Checking Account    6406008275
Statement Date    12/31/2018
Page    9 of 15



12/07/2018    2535    $904.42

12/13/2018    2538    $361.50

12/07/2018    2535    $904.42

12/13/2018    2538    $361.50

12/10/2018    2536    $904.42

12/13/2018    2539    $285.82

12/10/2018    2536    $904.42

12/13/2018    2539    $285.82

12/10/2018    2537    $578.07

12/18/2018    2540    $265.47

20181207   004700633084   04000725003

12/10/2018    2537    $578.07

12/18/2018    2540    $265.47



| | | |
|---|---|---|
| 12/14/2018 | 2541 | $298.32 |
| 12/19/2018 | 2544 | $279.17 |
| 12/14/2018 | 2541 | $298.32 |
| 12/19/2018 | 2544 | $279.17 |
| 12/17/2018 | 2542 | $406.93 |
| 12/12/2018 | 2545 | $225.85 |
| 12/17/2018 | 2542 | $406.93 |
| 12/12/2018 | 2545 | $225.85 |
| 12/18/2018 | 2543 | $198.17 |
| 12/21/2018 | 2547 | $242.74 |
| 12/18/2018 | 2543 | $198.17 |
| 12/21/2018 | 2547 | $242.74 |

Checking Account    6406008275
Statement Date    12/31/2018
Page    11 of 15



12/18/2018    2548    $578.07

12/17/2018    2551    $904.43

12/18/2018    2548    $578.07

20181214 004600651815  04000725003

12/17/2018    2551    $904.43

12/18/2018    2549    $274.20

12/17/2018    2552    $578.07

12/18/2018    2549    $274.20

20181214 004600651818  04000725003

12/17/2018    2552    $578.07

12/17/2018    2550    $904.43

12/21/2018    2553    $358.16

20181214 004600651816  04000725003

12/17/2018    2550    $904.43

12/21/2018    2553    $358.16



12/19/2018    2554    $216.79

12/27/2018    2558    $269.64

12/19/2018    2554    $216.79

12/27/2018    2558    $269.64

12/21/2018    2556    $247.78

12/20/2018    2560    $230.40

12/21/2018    2556    $247.78

12/20/2018    2560    $230.40

12/24/2018    2557    $433.41

12/31/2018    2561    $255.73

12/24/2018    2557    $433.41

12/31/2018    2561    $255.73



| | | |
|---|---|---|
| 12/28/2018 | 2562 | $578.07 |
| 12/24/2018 | 2565 | $904.42 |
| 12/28/2018 | 2562 | $578.07 |
| 12/24/2018 | 2565 | $904.42 |
| 12/31/2018 | 2563 | $275.41 |
| 12/24/2018 | 2566 | $578.07 |
| 12/31/2018 | 2563 | $275.41 |
| 12/24/2018 | 2566 | $578.07 |
| 12/24/2018 | 2564 | $904.42 |
| 12/31/2018 | 2568 | $288.50 |
| 12/24/2018 | 2564 | $904.42 |
| 12/31/2018 | 2568 | $288.50 |

Checking Account    6400008275
Statement Date    12/31/2018
Page    14 of 15



12/31/2018    2582    $904.43



12/31/2018    2582    $904.43



12/31/2018    2583    $904.43

12/31/2018    2583    $904.43

12/31/2018    2584    $578.07



12/31/2018    2584    $578.07

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….........    $_____

**Add** Deposits not shown
on this Statement                          $_____
                                          _____
                                          _____
              **Sub Total**……….   $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**…………..........................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

              **Sub Total** …………   $_____

**Add** Monthly Interest
Earned …………………………….    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….    $_____
                                          _____
                                          _____
                                          _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….    $_____
                                          _____
                                          _____
                                          _____

**Balance**……….......................…    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)