IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## MONTHLY OPERATING REPORT

COME NOW, the above captioned debtor and debtor-in-possession (the "Debtor") and

hereby files this monthly operating report for the period January 1, 2019 – January 31, 2019.

**JASON L. PETTIE, P.C.**

*/s/ Jason L. Pettie*
Jason L. Pettie, Attorney for Debtor
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                    ☐     ☐     ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐     ☐     ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.     $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.     − $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*     + $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.     = $ _____

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**     $ _____

*(Exhibit E)*

Debtor Name _____    Case number_____

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                      $ _____

     *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                                _____

27. What is the number of employees as of the date of this monthly report?                 _____

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                      $ _____

31. How much have you paid in total other professional fees since filing the case?                    $ _____

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                          $ _____

36. Total projected cash disbursements for the next month:                  **−** $ _____

37. Total projected net cash flow for the next month:                          **=** $ _____

Debtor Name _____    Case number_____

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

Exhibit "C"

| Town Center @Cobb | | 1 | 2 | 3 | 4 | 5 | 6 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | | 22 | 36.5 | 68 | 93 | 25.5 | 5.8 | 250.8 |
| Credit | | 227 | 364.5 | 392 | 549.2 | 997.5 | 716.2 | 3246.4 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 3497.2 |
| | | | | | | | | |
| | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Cash | 0 | 0 | 0 | 0 | 0 | 98 | 0 | 98 |
| Credit | 252 | 470.5 | 349 | 525 | 604.27 | 903 | 561.5 | 3665.27 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 3763.27 |
| | | | | | | | | |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| Cash | 4.5 | 0.4 | 2 | 13.5 | 11 | 151 | 9 | 191.4 |
| Credit Cards | 388 | 415.6 | 415 | 380.5 | 799 | 1296.6 | 483 | 4177.7 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 4369.1 |
| | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| Cash | 0 | 6.65 | 0 | 0 | 0 | 5 | -13.5 | -1.85 |
| Credit Cards | 729 | 256 | 385 | 539 | 747.65 | 1143 | 737.5 | 4537.15 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 4535.3 |
| | | | | | | | | |
| | 28 | 29 | 30 | 31 | | | | |
| Cash | 34.5 | 3 | 16.4 | 0 | | | | 53.9 |
| Credit Cards | 313 | 453 | 357.6 | 509 | | | | 1632.6 |
| Groupon | | | | | | | | 0 |
| Weekly Total | | | | | | | | 1686.5 |

**Monthly Total**                                                              **17851.37**

| Mall of Georgia | | 1 | 2 | 3 | 4 | 5 | 6 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | | 186 | 125 | 220 | 189 | 199 | 41 | 960 |
| Credit Cards | | 556 | 437.25 | 438 | 805.15 | 1220.9 | 405.33 | 3862.63 |
| Weekly Total | | | | | | | | 4822.63 |
| | | | | | | | | |
| | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Cash | 145 | 0 | 53 | 55 | 373 | 234.5 | 107 | 967.5 |
| Credit Cards | 546.5 | 432 | 330 | 662 | 564.5 | 1047.5 | 528.15 | 4110.65 |
| Weekly Total | | | | | | | | 5078.15 |
| | | | | | | | | |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| Cash | 82 | 52 | 109 | 100 | 146 | 413 | 162 | 1064 |
| Credit Cards | 231 | 472 | 380 | 463 | 1008.2 | 1009.72 | 802.76 | 4366.68 |
| Weekly Total | | | | | | | | 5430.68 |
| | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| Cash | 85.5 | 27.5 | 120 | 146 | 84 | 67 | 33 | 563 |
| Credit Cards | 803.5 | 526.5 | 393.61 | 622.15 | 963.33 | 1516.92 | 670.15 | 5496.16 |
| Weekly Total | | | | | | | | 6059.16 |
| | | | | | | | | |
| | 28 | 29 | 30 | 31 | | | | |
| Cash | 64.5 | 164 | 125 | 158 | | | | 511.5 |
| Credit Cards | 317.5 | 278 | 380.65 | 691 | | | | 1667.15 |
| Weekly Total | | | | | | | | 2178.65 |
| | | | | | | | | |

**Monthly Total**                                                                                   **23569.27**

| Arbor Place Mall | | 1 | 2 | 3 | 4 | 5 | 6 | Gross Total |
|---|---|---|---|---|---|---|---|---|
| Cash | | 257 | 194 | 238.5 | 135.5 | 257 | 125 | 1207 |
| Credit Cards | | 447 | 450.84 | 404.48 | 812.5 | 1380 | 615 | 4109.82 |
| Weekly Total | | | | | | | | 5316.82 |
| | | | | | | | | |
| | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Cash | 194 | 80 | 85.5 | 108 | 198 | 65 | 151 | 881.5 |
| Credit Cards | 364 | 336 | 393.27 | 467 | 852.84 | 1099 | 573 | 4085.11 |
| Weekly Total | | | | | | | | 4966.61 |
| | | | | | | | | |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| Cash | 13.2 | 56 | 123 | 38 | 142.7 | 157 | 31 | 560.9 |
| Credit Cards | 388.8 | 330 | 337 | 417 | 963.68 | 880 | 648 | 3964.48 |
| Weekly Total | | | | | | | | 4525.38 |
| | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| Cash | 123 | 186 | 47 | 141 | 36 | 334 | 89.68 | 956.68 |
| Credit Cards | 626 | 370 | 231 | 459 | 881 | 1216.77 | 674.55 | 4458.32 |
| Weekly Total | | | | | | | | 5415 |
| | | | | | | | | |
| | 28 | 29 | 30 | 31 | | | | |
| Cash | 219 | 203 | 75 | 152 | | | | 649 |
| Credit Cards | 474 | 195 | 293 | 564.68 | | | | 1526.68 |
| Weekly Total | | | | | | | | 2175.68 |

**Monthly Total**                                                                                  **22399.49**

**Exhibit "D"**

| Date Paid | Payee | Purpose | Amount |
|---|---|---|---|
| 1/4/2019 | Mariam Abdalmalak | Payroll | 326.66 |
| 1/4/2019 | Neelofer Ali | Payroll | 582.14 |
| 1/4/2019 | Tahereh Dargazani | Payroll | 311.27 |
| 1/4/2019 | Saleem Delawalla | Payroll | 911.62 |
| 1/4/2019 | Saleema Delawalla | Payroll | 911.62 |
| 1/4/2019 | Sameera Khatri | Payroll | 582.14 |
| 1/4/2019 | Ashraf Khimani | Payroll | 362.2 |
| 1/4/2019 | Lima Nisar | Payroll | 320.4 |
| 1/4/2019 | Pareen Patel | Payroll | 466.79 |
| 1/4/2019 | Suvasben Patel | Payroll | 448.83 |
| 1/4/2019 | Sandhya Paudel | Payroll | 287.97 |
| 1/4/2019 | Saraswati Rai | Payroll | 426.18 |
| 1/4/2019 | Arunima Shah | Payroll | 318.97 |
| 1/4/2019 | Ameris Bank | Loan Payment | 4900 |
| 1/4/2019 | Shaheen & Company | Rent Payment | 2394.53 |
| 1/7/2019 | Mall of GA | Rent Payment | 7205.28 |
| 1/7/2019 | Simon Properties | Rent Payment | 10954.69 |
| 1/11/2019 | Mariam Abdalmalak | Payroll | 176.69 |
| 1/11/2019 | Neelofer Ali | Payroll | 582.14 |
| 1/11/2019 | Tahereh Dargazani | Payroll | 269.68 |
| 1/11/2019 | Saleem Delawalla | Payroll | 911.63 |
| 1/11/2019 | Saleema Delawalla | Payroll | 911.63 |
| 1/11/2019 | Sameera Khatri | Payroll | 582.14 |
| 1/11/2019 | Ashraf Khimani | Payroll | 344.61 |
| 1/11/2019 | Lima Nisar | Payroll | 252.47 |
| 1/11/2019 | Pareen Patel | Payroll | 339.41 |
| 1/11/2019 | Suvasben Patel | Payroll | 307.23 |
| 1/11/2019 | Sandhya Paudel | Payroll | 267.28 |
| 1/11/2019 | Saraswati Rai | Payroll | 282.03 |
| 1/11/2019 | Arunima Shah | Payroll | 225.49 |
| 1/16/2019 | Shaheen & Company | Rent Payment | 1313.62 |
| 1/18/2019 | Dekalb Sanitation | Utility | 150.7 |
| 1/18/2019 | Servitix | Utility | 78.96 |
| 1/18/2019 | Neelofer Ali | Payroll | 582.14 |
| 1/18/2019 | Tahereh Dargazani | Payroll | 256.63 |
| 1/18/2019 | Saleem Delawalla | Payroll | 911.62 |
| 1/18/2019 | Saleema Delawalla | Payroll | 911.62 |
| 1/18/2019 | Sameera Khatri | Payroll | 582.14 |
| 1/18/2019 | Ashraf Khimani | Payroll | 311.36 |
| 1/18/2019 | Lima Nisar | Payroll | 234.89 |
| 1/18/2019 | Pareen Patel | Payroll | 321.16 |
| 1/18/2019 | Suvasben Patel | Payroll | 437.87 |
| 1/18/2019 | Sandhya Paudel | Payroll | 231.27 |
| 1/18/2019 | Saraswati Rai | Payroll | 318.61 |
| 1/18/2019 | Arunima Shah | Payroll | 291.88 |
| 1/25/2019 | Neelofer Ali | Payroll | 582.14 |

| Date | Name | Type | Amount |
|------|------|------|--------|
| 1/25/2019 | Tahereh Dargazani | Payroll | 279.38 |
| 1/25/2019 | Saleema Delawalla | Payroll | 911.62 |
| 1/25/2019 | Ashraf Khimani | Payroll | 363.88 |
| 1/25/2019 | Lima Nisar | Payroll | 212.21 |
| 1/25/2019 | Pareen Patel | Payroll | 390.67 |
| 1/25/2019 | Suvasben Patel | Payroll | 437.76 |
| 1/25/2019 | Sandhya Paudel | Payroll | 273.27 |
| 1/25/2019 | Saraswati Rai | Payroll | 326.18 |
| 1/25/2019 | Arunima Shah | Payroll | 234.85 |
| | | | **48110.15** |

| Date Paid | Payee | Purpose | Amount |
|---|---|---|---|
| 1/2/2019 | BB Premier | Monthly Service Charge | 24 |
| 1/2/2019 | Arbor Place Mall | Sanitation | 34.13 |
| 1/2/2019 | Walmart | Supplies | 20.22 |
| 1/2/2019 | Hair & More | Supplies | 25.36 |
| 1/2/2019 | Sam's Club | Supplies | 45.5 |
| 1/3/2019 | IRS | Payroll Taxes | 1673.75 |
| 1/3/2019 | Ramiro Alcantaro | Store Cleaning | 50 |
| 1/9/2019 | IRS | Payroll Taxes | 1782.74 |
| 1/12/2019 | ADT | Security | 44.58 |
| 1/14/2019 | AT&T | Utility | 113.06 |
| 1/14/2019 | Walmart | Supplies | 16.32 |
| 1/15/2019 | GA ITS | Taxes | 1060.85 |
| 1/16/2019 | Broadview Network | Utility | 130.85 |
| 1/16/2019 | IRS | Payroll Taxes | 1561.86 |
| 1/17/2019 | Arbor Place Mall | Rent Payment | 19657.22 |
| 1/17/2019 | Outgoing Wire | Service Charge | 30 |
| 1/17/2019 | IPFS | Insurance | 275.29 |
| 1/18/2019 | Ramiro Alcantaro | Store Cleaning | 50 |
| 1/18/2019 | Georgia Power | Utility | 128.21 |
| 1/18/2019 | AT&T | Utility | 177.67 |
| 1/22/2019 | Sally's Beauty | Supplies | 12.29 |
| 1/23/2019 | GA ITS | Sales Tax | 76.35 |
| 1/24/2019 | GA Dept of Labor | Taxes | 8.39 |
| 1/24/2019 | IRS | Payroll Taxes | 1561.74 |
| 1/24/2019 | USPS | Stamps | 35 |
| 1/28/2019 | Comcast | Utility | 350.36 |
| 1/28/2019 | AT&T | Utility | 119.47 |
| 1/28/2019 | Sam's Club | Supplies | 86.73 |
| 1/28/2019 | Walmart | Supplies | 17.95 |
| 1/30/2019 | IRS | Payroll Taxes | 1592.53 |
| 1/31/2019 | IRS | Payroll Taxes | 6.31 |
| 1/31/2019 | IRS | Payroll Taxes | 347.05 |
| 1/31/2019 | ACH Credit | Service Charge | 9.52 |
| 1/31/2019 | First Data | Credit Card Fees | 538.74 |
| 1/31/2019 | First Data | Merchant Cash Advance | 507.88 |
| 1/31/2019 | First Data | Credit Card Fees | 714.90 |
| 1/31/2019 | First Data | Merchant Cash Advance | 3600.81 |
| 1/31/2019 | First Data | Credit Card Fees | 772.82 |
| 1/31/2019 | First Data | Merchant Cash Advance | 481.36 |
| 1/31/2019 | Giftcard Redeem | MOG, TC, AP for January 2019 | 279 |
| 1/31/2019 | Sales Tax | MOG, TC, AP for January 2019 | 16.37 |
| 1/31/2019 | Ramiro Alcantaro | Store Cleaning | 50 |
| 1/29/2019 | Shell | Fuel | 15.05 |
| 1/31/2019 | Speedway | Fuel | 36 |
| 1/31/2019 | Parksimple | Parking | 2 |
| 1/21/2019 | Adobe Websales | Software | 24.99 |
| 1/18/2019 | Speedway | Fuel | 36 |

| 1/17/2019 | Parksimple | Parking | 4 |
| 1/15/2019 | Speedway | Fuel | 34 |
| 1/12/2019 | Speedway | Fuel | 75.5 |
| 1/8/2019 | Speedway | Fuel | 76 |
| 1/4/2019 | Parksimple | Parking | 2 |
| 1/4/2019 | Speedway | Fuel | 33 |
| 1/10/2019 | Kroger Fuel | Fuel | 26.3 |
| | | | **38452.02** |

**EAST WEST BANK** Your financial bridge®

Direct inquiries to:
888 895-5650

9300 Flair Drive Suite 106
El Monte CA 91731

**ACCOUNT STATEMENT**
Page  1  of  18
STARTING DATE: January 01, 2019
ENDING DATE: January 31, 2019
Total days in statement period: 31
54-00008275
( 62)


OZ 02
BEAUTIFUL BROWS, LLC.
S. GREGORY HAYS AS CHAPTER 11 TRUSTEE
CASE #18-66766
2964 PEACHTREE RD NW SUITE 555
ATLANTA GA 30305-4909

Enjoy the convenience of eStatements!
You can receive your statements digitally
online instead of waiting for a paper
version in the mail. You can also access
up to seven years of account history with
just a click. Log in to your online banking
account to switch today!

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | 54-00008275 | Beginning balance | $32,601.30 |
| Enclosures | 62 | Total additions ( 98) | 71,204.47 |
| Low balance | $4,953.39 | Total subtractions ( 86) | 83,929.35 |
| Average balance | $21,397.86 | Ending balance | $19,876.42 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 01-02 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190102 982163023889 | 460.00 |
| | 01-02 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190102 982163020885 | 583.20 |
| | 01-02 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190102 982202108881 | 670.20 |
| | 01-02 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190102 982163023889 | 697.06 |
| | 01-02 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190102 982202108881 | 834.80 |
| | 01-02 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190102 982163020885 | 1,061.10 |
| | 01-03 | Pre-Auth Credit | GRPN MERCH SVCS N300039613 190103 C300039613P1140 | 563.25 |
| | 01-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190104 982202108881 | 349.50 |
| | 01-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190104 982163023889 | 360.67 |
| | 01-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190104 982163020885 | 419.01 |
| | 01-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190107 982163023889 | 323.58 |
| | 01-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190107 982202108881 | 374.20 |
| | 01-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190107 982163020885 | 429.60 |
| | 01-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190107 982202108881 | 969.70 |

3409      rev 05-16

# STATEMENT BALANCING
## Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement............................ $_____

**Add** Deposits not shown
on this Statement             $_____
                              _____
                              _____
            **Sub Total**......... $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks.............................. $_____

**Balance**...................................** $_____

**ENTER**
Present Balance in
your checkbook..................... $_____

**Subtract** any service
charges, finance or
any other charges.................... $_____

            **Sub Total** ............ $_____

**Add** Monthly Interest
Earned ................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)................... $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                                     _____
                                     _____
                                     _____

**Balance**...................................... $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EAST WEST BANK** Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-07 | Pre-Auth Credit | GRPN MERCH SVCS N300039721 190107 C300039721P1262 | 1,008.70 |
| | 01-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190107 982163023889 | 1,104.00 |
| | 01-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190107 982163020885 | 1,179.30 |
| | 01-07 | Deposit | | 6,845.00 |
| | 01-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190108 982163020885 | 396.93 |
| | 01-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190108 982163023889 | 492.00 |
| | 01-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190108 982202108881 | 521.56 |
| | 01-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190108 982163023889 | 650.00 |
| | 01-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190108 982202108881 | 675.76 |
| | 01-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190108 982163020885 | 771.15 |
| | 01-09 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190109 982202108881 | 244.00 |
| | 01-09 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190109 982163023889 | 291.20 |
| | 01-09 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190109 982163020885 | 522.10 |
| | 01-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190110 982163023889 | 268.80 |
| | 01-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190110 982163020885 | 422.80 |
| | 01-10 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190110 982202108881 | 439.50 |
| | 01-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190111 982163023889 | 314.62 |
| | 01-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190111 982163020885 | 323.20 |
| | 01-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190111 982202108881 | 343.80 |
| | 01-11 | Deposit | | 2,468.00 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982163023889 | 373.60 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982202108881 | 510.60 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982163020885 | 550.90 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982202108881 | 575.47 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982163020885 | 641.20 |

30238

**EASTWEST BANK** Your financial bridge

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

| Number | Date | Transaction Description | | Additions |
|--------|------|-------------------------|--|-----------|
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982163023889 | 682.27 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982202108881 | 874.80 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982163023889 | 879.20 |
| | 01-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190114 982163020885 | 997.90 |
| | 01-14 | Deposit | | 1,659.00 |
| | 01-15 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190115 982163023889 | 458.40 |
| | 01-15 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190115 982163020885 | 515.95 |
| | 01-15 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190115 982202108881 | 546.90 |
| | 01-16 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190116 982163020885 | 220.00 |
| | 01-16 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190116 982163023889 | 311.04 |
| | 01-16 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190116 982202108881 | 359.40 |
| | 01-17 | Pre-Auth Credit | GRPN MERCH SVCS N300040085 190117 C300040085P329 | 33.88 |
| | 01-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190117 982163023889 | 264.00 |
| | 01-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190117 982202108881 | 394.60 |
| | 01-17 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190117 982163020885 | 457.00 |
| | 01-18 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190118 982163023889 | 269.60 |
| | 01-18 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190118 982163020885 | 367.20 |
| | 01-18 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190118 982202108881 | 388.20 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163023889 | 333.60 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982202108881 | 358.10 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163020885 | 438.00 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982202108881 | 464.20 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163023889 | 518.40 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163023889 | 704.00 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982202108881 | 770.80 |

**EAST WEST BANK** Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163023889 | 770.94 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163020885 | 772.74 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163020885 | 974.12 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982163020885 | 988.20 |
| | 01-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190122 982202108881 | 1,248.00 |
| | 01-23 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190123 982163023889 | 500.80 |
| | 01-23 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190123 982202108881 | 721.60 |
| | 01-23 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190123 982163020885 | 779.30 |
| | 01-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190124 982202108881 | 242.00 |
| | 01-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190124 982163023889 | 296.00 |
| | 01-24 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190124 982163020885 | 509.40 |
| | 01-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190125 982163023889 | 184.80 |
| | 01-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190125 982202108881 | 385.00 |
| | 01-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190125 982163020885 | 393.61 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982163023889 | 367.20 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982202108881 | 539.00 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982163020885 | 622.15 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982163023889 | 704.80 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982202108881 | 747.65 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982163020885 | 963.33 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982163023889 | 973.42 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982202108881 | 1,143.00 |
| | 01-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190128 982163020885 | 1,516.92 |
| | 01-29 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190129 982163023889 | 539.64 |

# EAST WEST BANK  Your financial bridge

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-29 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190129 982163020885 | 670.15 |
| | 01-29 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190129 982202108881 | 737.50 |
| | 01-29 | Deposit | | 1,720.00 |
| | 01-30 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190130 982202108881 | 313.00 |
| | 01-30 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190130 982163020885 | 317.50 |
| | 01-30 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190130 982163023889 | 379.20 |
| | 01-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190131 982163023889 | 156.00 |
| | 01-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190131 982163020885 | 278.00 |
| | 01-31 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190131 982202108881 | 453.00 |
| | 01-31 | Deposit | | 6,000.00 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1001 | 01-10 | 4,900.00 | 2598 | 01-07 | 582.14 |
| 1003 * | 01-09 | 2,394.53 | 2599 | 01-15 | 362.20 |
| 1004 | 01-14 | 7,205.28 | 2600 | 01-15 | 320.40 |
| 1005 | 01-11 | 10,954.69 | 2601 | 01-23 | 466.79 |
| 1008 * | 01-29 | 1,313.62 | 2602 | 01-18 | 448.83 |
| 2555 * | 01-07 | 299.73 | 2603 | 01-18 | 287.97 |
| 2559 * | 01-03 | 323.47 | 2604 | 01-22 | 426.18 |
| 2567 * | 01-02 | 333.97 | 2605 | 01-15 | 318.97 |
| 2569 * | 01-03 | 339.61 | 2606 | 01-25 | 176.69 |
| 2570 | 01-03 | 319.55 | 2607 | 01-17 | 582.14 |
| 2572 * | 01-03 | 331.06 | 2608 | 01-22 | 269.68 |
| 2573 | 01-17 | 216.12 | 2609 | 01-14 | 911.63 |
| 2579 * | 01-04 | 304.83 | 2610 | 01-14 | 911.63 |
| 2580 | 01-02 | 578.07 | 2611 | 01-14 | 582.14 |
| 2581 | 01-04 | 283.42 | 2612 | 01-24 | 344.61 |
| 2585 * | 01-08 | 357.38 | 2613 | 01-22 | 252.47 |
| 2586 | 01-03 | 294.66 | 2614 | 01-23 | 339.41 |
| 2587 | 01-07 | 357.71 | 2615 | 01-25 | 307.23 |
| 2588 | 01-07 | 454.86 | 2616 | 01-23 | 267.28 |
| 2589 | 01-04 | 228.06 | 2617 | 01-22 | 282.03 |
| 2590 | 01-07 | 329.43 | 2618 | 01-24 | 225.49 |
| 2591 | 01-09 | 243.78 | 2621 * | 01-24 | 582.14 |
| 2593 * | 01-16 | 326.66 | 2622 | 01-29 | 256.63 |
| 2594 | 01-09 | 582.14 | 2623 | 01-22 | 911.62 |
| 2595 | 01-15 | 311.27 | 2624 | 01-22 | 911.62 |
| 2596 | 01-07 | 911.62 | 2625 | 01-22 | 582.14 |
| 2597 | 01-07 | 911.62 | 2626 | 01-29 | 311.36 |

# EASTWEST BANK  *Your financial bridge®*

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

ACCOUNT STATEMENT
Page  6  of  18
STARTING DATE: January 01, 2019
ENDING DATE: January 31, 2019
54-00008275

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 2627 | 01-28 | 234.89 | 2636 * | 01-28 | 911.62 |
| 2628 | 01-31 | 321.16 | 2648 * | 01-28 | 911.63 |
| 2629 | 01-31 | 437.87 | 2649 | 01-28 | 582.14 |
| 2632 * | 01-28 | 291.88 | * Skip in check sequence | | |
| 2633 | 01-30 | 582.14 | | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|--------------|
| 01-02 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 24.00 |
| 01-03 | Preauth Debit | FRST BK MRCH SVC DEPOSIT 190103 982163023889 | 408.90 |
| 01-03 | Preauth Debit | FRST BK MRCH SVC DEPOSIT 190103 982163020885 | 443.20 |
| 01-03 | Preauth Debit | FRST BK MRCH SVC DEPOSIT 190103 982202108881 | 488.14 |
| 01-03 | Preauth Debit | IRS USATAXPYMT 190103 274940380770814 | 1,673.75 |
| 01-09 | Preauth Debit | IRS USATAXPYMT 190109 274940993152522 | 1,782.74 |
| 01-14 | Preauth Debit | ATT Payment 190112 | 113.06 |
| 01-15 | Preauth Debit | GEORGIA ITS TAX GA TX PYMT 190115 243371056 | 1,060.85 |
| 01-16 | Preauth Debit | BROADVIEW NETWOR 8002762384 190116 | 130.85 |
| 01-16 | Preauth Debit | IRS USATAXPYMT 190116 274941693068932 | 1,561.86 |
| 01-17 | Outgoing Wire | ARBOR PLACE II, LL C | 19,657.22 |
| 01-17 | Service Charge | OUTGOING WIRE | 30.00 |
| 01-17 | Preauth Debit | IPFS866-412-2563 IPFSPMTNYA 190117 74271 | 275.29 |
| 01-18 | Preauth Debit | GPC GPC EBILL 190117 | 128.21 |
| 01-18 | Preauth Debit | ATT Payment 190118 | 177.67 |
| 01-23 | Preauth Debit | GEORGIA ITS TAX GA TX PYMT 190123 1762557904 | 76.35 |
| 01-24 | Preauth Debit | GA DEPT OF LABOR UI TAX PMT 190124 | 8.39 |
| 01-24 | Preauth Debit | IRS USATAXPYMT 190124 274942414412774 | 1,561.74 |
| 01-25 | Preauth Debit | COMCAST CABLE 190125 | 350.36 |
| 01-28 | Preauth Debit | ATT Payment 190126 | 119.47 |
| 01-30 | Preauth Debit | IRS USATAXPYMT 190130 274943014015935 | 1,592.53 |
| 01-31 | Preauth Debit | IRS USATAXPYMT 190131 274943104545160 | 6.31 |
| 01-31 | Preauth Debit | IRS USATAXPYMT 190131 274943135351270 | 347.05 |
| 01-31 | Service Charge | ACH CREDIT | 9.52 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | 32,601.30 | 01-11 | 28,542.53 | 01-24 | 8,835.65 |
| 01-02 | 35,971.62 | 01-14 | 26,563.73 | 01-25 | 8,964.78 |
| 01-03 | 31,912.53 | 01-15 | 25,711.29 | 01-28 | 13,490.62 |
| 01-04 | 32,225.40 | 01-16 | 24,582.36 | 01-29 | 15,276.30 |
| 01-07 | 40,612.37 | 01-17 | 4,971.07 | 01-30 | 14,111.33 |
| 01-08 | 43,762.39 | 01-18 | 4,953.39 | 01-31 | 19,876.42 |
| 01-09 | 39,816.50 | 01-22 | 9,658.75 | | |
| 01-10 | 36,047.60 | 01-23 | 10,510.62 | | |

3410    rev 05-16

30242

**EAST WEST BANK** Your financial bridge

9300 Flair Drive Suite 106
El Monte CA 91731

BEAUTIFUL BROWS, LLC.

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Checking Account    5400008275
Statement Date    01/31/2019
Page    8 of 18



01/10/2019    1001    $4,900.00



01/11/2019    1005    $10,954.69



01/10/2019    1001    $4,900.00

01/11/2019    1005    $10,954.69



01/09/2019    1003    $2,394.53



01/29/2019    1008    $1,313.62



01/09/2019    1003    $2,394.53



01/29/2019    1008    $1,313.62



01/14/2019    1004    $7,205.28



01/07/2019    2555    $299.73



01/14/2019    1004    $7,205.28



01/07/2019    2555    $299.73



Checking Account      5400008275
Statement Date        01/31/2019
Page                  9  of  18

| 01/03/2019 | 2559 | $323.47 | | 01/03/2019 | 2570 | $319.55 |
| 01/03/2019 | 2559 | $323.47 | | 01/03/2019 | 2570 | $319.55 |
| 01/02/2019 | 2567 | $333.97 | | 01/03/2019 | 2572 | $331.06 |
| 01/02/2019 | 2567 | $333.97 | | 01/03/2019 | 2572 | $331.06 |



| 01/03/2019 | 2569 | $339.61 | | 01/17/2019 | 2573 | $216.12 |



| 01/03/2019 | 2569 | $339.61 | | 01/17/2019 | 2573 | $216.12 |

**Checking Account    5400008275**
**Statement Date    01/31/2019**
**Page    10 of 18**



01/04/2019    2579    $304.83



01/08/2019    2585    $357.38



01/04/2019    2579    $304.83



01/08/2019    2585    $357.38



01/02/2019    2580    $578.07



01/03/2019    2586    $294.66



01/02/2019    2580    $578.07



01/03/2019    2586    $294.66



01/04/2019    2581    $283.42



01/07/2019    2587    $357.71



01/04/2019    2581    $283.42



01/07/2019    2587    $357.71

Checking Account    5400008275
Statement Date    01/31/2019
Page    11  of  18



| 01/07/2019 | 2588 | $454.86 |
| 01/09/2019 | 2591 | $243.78 |
| 01/07/2019 | 2588 | $454.86 |
| 01/09/2019 | 2591 | $243.78 |
| 01/04/2019 | 2589 | $228.06 |
| 01/16/2019 | 2593 | $326.66 |
| 01/04/2019 | 2589 | $228.06 |
| 01/16/2019 | 2593 | $326.66 |
| 01/07/2019 | 2590 | $329.43 |
| 01/09/2019 | 2594 | $582.14 |



| 01/07/2019 | 2590 | $329.43 |
| 01/09/2019 | 2594 | $582.14 |

30247



01/15/2019    2595    $311.27



01/07/2019    2598    $582.14



01/15/2019    2595    $311.27



01/07/2019    2598    $582.14



01/07/2019    2596    $911.62



01/15/2019    2599    $362.20



01/07/2019    2596    $911.62



01/15/2019    2599    $362.20



01/07/2019    2597    $911.62



01/15/2019    2600    $320.40



01/07/2019    2597    $911.62



01/15/2019    2600    $320.40



01/23/2019    2601    $466.79



01/22/2019    2604    $426.18



01/23/2019    2601    $466.79



01/22/2019    2604    $426.18



01/18/2019    2602    $448.83



01/15/2019    2605    $318.97



01/18/2019    2602    $448.83



01/15/2019    2605    $318.97



01/18/2019    2603    $287.97



01/25/2019    2606    $176.69



01/18/2019    2603    $287.97



01/25/2019    2606    $176.69

30240

Checking Account     5400008275
Statement Date       01/31/2019
Page                 14  of 18



01/17/2019    2607    $582.14



01/14/2019    2610    $911.63



01/17/2019    2607    $582.14



01/14/2019    2610    $911.63



01/22/2019    2608    $269.68



01/14/2019    2611    $582.14



01/22/2019    2608    $269.68



01/14/2019    2611    $582.14



01/14/2019    2609    $911.63



01/24/2019    2612    $344.61



01/14/2019    2609    $911.63



01/24/2019    2612    $344.61

**Checking Account** 5400008275
**Statement Date** 01/31/2019
**Page** 15 of 18

---

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
2613
Check date: 01/17/19
Pay to the order of: LIMA NISAR    $ ****252.47
**Two Hundred Fifty-Two And 47/100 Dollars**
LIMA NISAR
275 KUBOL DRIVE
Lawrenceville, GA 30046

01/22/2019    2613    $252.47

01/22/2019    2613    $252.47

---

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
2616
Check date: 01/17/19
Pay to the order of: SANDHYA PAUDEL    $ ****267.28
**Two Hundred Sixty-Seven And 28/100 Dollars**
SANDHYA PAUDEL
2522 Hellena Drive NW
Kennesaw, GA 30152

01/23/2019    2616    $267.28

DATE: 1/18/2019 TIME: 22:49:05
BATCH ID: 82145
USER ID: 8866
261171480

01/23/2019    2616    $267.28

---

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
2614
Check date: 01/17/19
Pay to the order of: IPAREEN PATEL    $ ****339.41
**Three Hundred Thirty-Nine And 41/100 Dollars**
IPAREEN PATEL
642 COBB PKWY SOUTH
MARIETTA, GA 30060

01/23/2019    2614    $339.41

01/23/2019    2614    $339.41

---

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
2617
Check date: 01/17/19
Pay to the order of: SARASWATI RAI    $ ****282.03
**Two Hundred Eighty-Two And 03/100 Dollars**
SARASWATI RAI
4725 MERCER RD
Stone Mountain, GA 30083

01/22/2019    2617    $282.03

01/22/2019    2617    $282.03

---

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
2615
Check date: 01/17/19
Pay to the order of: SUVAS B PATEL    $ ****307.23
**Three Hundred Seven And 23/100 Dollars**
SUVAS B PATEL
813 ROCKY RIDGE BLVD
Douglasville, GA 30134

01/25/2019    2615    $307.23


Seq: 10
Batch: 118751
Date: 01/24/2019

01/25/2019    2615    $307.23

---

BEAUTIFUL BROWS LLC GA
5002 N Royal Atlanta Dr Ste M
Tucker, GA 30084
2618
Check date: 01/17/19
Pay to the order of: ARUNIMA SHAH    $ ****225.49
**Two Hundred Twenty-Five And 49/100 Dollars**
ARUNIMA SHAH
3400 SWEETWATER RD APT 1614
Lawrenceville, GA 30044

01/24/2019    2618    $225.49



01/24/2019    2618    $225.49

30251



01/24/2019    2621    $582.14



01/22/2019    2624    $911.62



01/24/2019    2621    $582.14



01/22/2019    2624    $911.62



01/29/2019    2622    $256.63



01/22/2019    2625    $582.14



01/29/2019    2622    $256.63



01/22/2019    2625    $582.14



01/22/2019    2623    $911.62



01/29/2019    2626    $311.36



01/22/2019    2623    $911.62



01/29/2019    2626    $311.36



| | | |
|---|---|---|
| 01/28/2019 | 2627 | $234.89 |
| 01/28/2019 | 2632 | $291.88 |



| | | |
|---|---|---|
| 01/28/2019 | 2627 | $234.89 |
| 01/28/2019 | 2632 | $291.88 |
| 01/31/2019 | 2628 | $321.16 |
| 01/30/2019 | 2633 | $582.14 |



| | | |
|---|---|---|
| 01/31/2019 | 2628 | $321.16 |
| 01/30/2019 | 2633 | $582.14 |
| 01/31/2019 | 2629 | $437.87 |
| 01/28/2019 | 2636 | $911.62 |





| | | |
|---|---|---|
| 01/31/2019 | 2629 | $437.87 |
| 01/28/2019 | 2636 | $911.62 |

52252



01/28/2019     2648     $911.63



01/28/2019     2648     $911.63



01/28/2019     2649     $582.14



01/28/2019     2649     $582.14