## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re | § | CHAPTER 11 |
| | § | |
| BEAUTIFUL BROWS LLC, | § | CASE NO. 18-66766-JWC |
| | § | |
| Debtor. | § | |
| ------------------------------------------------------ | § | |
| PLATINUM FEDERAL CREDIT UNION, | § | |
| | § | |
| Movant, | § | |
| vs. | § | CONTESTED MATTER |
| | § | |
| BEAUTIFUL BROWS LLC, | § | |
| | § | |
| Respondent. | § | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Motion for Relief from the Automatic Stay* and *Notice of Assignment of Hearing* on the 20 largest Unsecured Creditors pursuant to the debtor's List attached hereto.

This 18th day of March, 2019.

*/s/ Albert F. Nasuti*
**ALBERT F. NASUTI**
Georgia State Bar No. 535209

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092

**Fill in this information to identify the case:**

Debtor name: Beautiful Brows LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 18-66766

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ameris Bank c/o Mark Golder Golder Law LLC 101 Village Parkway, Building 1, Suite 4 Marietta, GA 30067 | | SBA loan | | $611,029.90 | $120,467.87 | $490,562.03 |
| 2 | FC Marketplace LLC c/o Potter & Martin, LLP 3945 Holcomb Bridge Road, Suite 300 Peachtree Corners, GA 30092 | | Credit account | | | | $347,964.23 |
| 3 | ARY Investments 304 Kent Valley Circle Tucker, GA 30084 | | Profit Sharing claim | | | | $180,000.00 |
| 4 | Quarterspot: c/o Simon & Kokolis, LLC 110 N. Washington St., Suite 500 Rockville, MD 20850 | | Collecting for - | | $128,259.74 | $0.00 | $128,259.74 |
| 5 | Kena Patel 1455 Satellite Blvd., Apt #2207 Suwanee, GA 30024 | | Profit Sharing claim | | | | $98,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Beautiful Brows LLC**                                    Case number (if known) **18-66766**
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 6 | Pareen Patel<br>642 Cobb Parkway South<br>Marietta, GA 30060 | | Profit Sharing claim | | | | $95,000.00 |
| 7 | Ascentium Capital<br>23970 Highway 59N<br>Kingwood, TX 77339 | | Collecting for - | | $86,981.44 | $0.00 | $86,981.44 |
| 8 | Phipps Plaza<br>C/O Lisa Harper, Esq<br>3340 Peachtree Rd NE, Suite 250<br>Atlanta, GA 30326 | | lease | Disputed | | | $78,806.48 |
| 9 | Riverchase Galleria<br>Lightfoot, Franklin & White, LLC<br>400 20th Street N<br>Birmingham, AL 35203 | | lease | Disputed | | | $75,231.39 |
| 10 | Minal Patel<br>4141 Oxcliff Grove<br>Suwanee, GA 30024 | | Profit Sharing claim | | | | $65,000.00 |
| 11 | Salima Dedani<br>3186 Yorkleigh Lane<br>Snellville, GA 30078 | | Profit Sharing claim | | | | $60,000.00 |
| 12 | Nazmur Aktar<br>5885 Princeton Run Trail<br>Tucker, GA 30084 | | Profit Sharing claim | | | | $60,000.00 |
| 13 | Mohammad Ali<br>435 Gavenwood Drive<br>Lilburn, GA 30047 | | Profit Sharing claim | | | | $60,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| Debtor | Beautiful Brows LLC | | Case number (if known) 18-66766 |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | American Express
AllTran Financial
PO Box 722929
Houston, TX 77272-2929 | | Credit Card | | | | $51,093.70 |
| 15 | Gwinnett Place Mall GA LLC
9101 Alta Dr., Suite 1801
Las Vegas, NV 89145 | | lease | Disputed | | | $45,742.77 |
| 16 | Lenox Square Mall
Retail Property Trust C/O Lisa Harper
3340 Peachtree Rd NE, Suite 250
Atlanta, GA 30326 | | lease | Disputed | | | $39,659.57 |
| 17 | Town Center at Cobb
c/o Andrew Hazen
Hall Booth Smith PC
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303 | | lease | | | | $32,909.63 |
| 18 | Shamsur Nahar
5885 Princeton Run Tr
Tucker, GA 30084 | | Profit Sharing claim | | | | $30,000.00 |
| 19 | Maheswari Gautam
5404 Keeport Drive, Apt 5,
Pittsburg, PA 15236 | | Profit sharing claim | | | | $30,000.00 |
| 20 | American Express
Zwicker & Associates PC
80 Minute Man Road
Andover, MA 01810 | | Credit Card | | | | $29,363.27 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3