**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                     12/17

Month: _____                     Date report filed: _____
                                                                          MM / DD / YYYY

Line of business: _____                     NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ☐    ☐    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐    ☐    ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____

*(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      _____

27. What is the number of employees as of the date of this monthly report?                      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                                  $ _____

31. How much have you paid in total other professional fees since filing the case?                             $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | **–** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 33. **Cash disbursements** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 34. **Net cash flow** | $ _____ | **–** | $ _____ | **=** | $ _____ |

35. Total projected cash receipts for the next month:                                                      $ _____

36. Total projected cash disbursements for the next month:                                          **–** $ _____

37. Total projected net cash flow for the next month:                                                   **=** $ _____

Debtor Name _____      Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

**Beautiful Brows, LLC / Ch 11 Case #18-66766-jwe**
**Exhibit A**
**February 2019**

**Responses referenced by question number**

3     February rent payments were late but have been brought current.

# Beautiful Brows, LLC / Ch 11 Case #18-66766-jwe
## Receipts - Exhibit C
## February 2019

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Deposit | 02/01/2019 | | Deposit | Sales | 234.40 |
| Deposit | 02/01/2019 | | Deposit | Sales | 357.60 |
| Deposit | 02/01/2019 | | Deposit | Sales | 380.65 |
| Deposit | 02/01/2019 | | Cash deposit | Sales | 116.00 |
| Deposit | 02/04/2019 | | Deposit | Sales | 691.00 |
| Deposit | 02/04/2019 | | Deposit | Sales | 451.74 |
| Deposit | 02/04/2019 | | Deposit | Sales | 97.33 |
| Deposit | 02/04/2019 | | Deposit | Sales | 432.88 |
| Deposit | 02/04/2019 | | Deposit | Sales | 509.00 |
| Deposit | 02/04/2019 | | Deposit | Sales | 276.81 |
| Deposit | 02/04/2019 | | Deposit | Sales | 1,397.55 |
| Deposit | 02/04/2019 | | Deposit | Sales | 1,226.40 |
| Deposit | 02/05/2019 | | Deposit | Sales | 556.00 |
| Deposit | 02/05/2019 | | Deposit | Sales | 453.60 |
| Deposit | 02/05/2019 | | Deposit | Sales | 1,202.00 |
| Deposit | 02/06/2019 | | Deposit | Sales | 315.50 |
| Deposit | 02/06/2019 | | Deposit | Sales | 397.20 |
| Deposit | 02/07/2019 | | Deposit | Sales | 484.00 |
| Deposit | 02/07/2019 | | Deposit | Sales | 322.40 |
| Deposit | 02/08/2019 | | Deposit | Sales | 441.00 |
| Deposit | 02/08/2019 | | Deposit | Sales | 242.40 |
| Deposit | 02/11/2019 | | Deposit | Sales | 778.00 |
| Deposit | 02/11/2019 | | Deposit | Sales | 412.98 |
| Deposit | 02/11/2019 | | Deposit | Sales | 1,130.50 |
| Deposit | 02/11/2019 | | Deposit | Sales | 1,014.94 |
| Deposit | 02/11/2019 | | Deposit | Sales | 898.00 |
| Deposit | 02/11/2019 | | Deposit | Sales | 798.96 |
| Deposit | 02/12/2019 | | Deposit | Sales | 770.00 |
| Deposit | 02/12/2019 | | Deposit | Sales | 453.60 |
| Deposit | 02/13/2019 | | Deposit | Sales | 300.00 |
| Deposit | 02/13/2019 | | Deposit | Sales | 526.25 |
| Deposit | 02/14/2019 | | Deposit | Sales | 264.80 |
| Deposit | 02/14/2019 | | Deposit | Sales | 331.00 |
| Deposit | 02/15/2019 | | Deposit | Sales | 472.80 |
| Deposit | 02/15/2019 | | Deposit | Sales | 637.00 |
| Deposit | 02/19/2019 | | Deposit | Sales | 1,482.10 |
| Deposit | 02/19/2019 | | Deposit | Sales | 1,378.15 |
| Deposit | 02/19/2019 | | Deposit | Sales | 810.40 |
| Deposit | 02/19/2019 | | Deposit | Sales | 904.05 |
| Deposit | 02/19/2019 | | Deposit | Sales | 284.80 |
| Deposit | 02/19/2019 | | Deposit | Sales | 616.00 |

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Deposit | 02/19/2019 | | Deposit | Sales | 410.40 |
| Deposit | 02/19/2019 | | Deposit | Sales | 832.74 |
| Deposit | 02/19/2019 | | Deposit | FDGL Refunds | 3,305.20 |
| Deposit | 02/19/2019 | | Deposit | FDGL Refunds | 3,080.11 |
| Deposit | 02/19/2019 | | Deposit | FDGL Refunds | 3,142.25 |
| Deposit | 02/20/2019 | | Deposit | Sales | 133.60 |
| Deposit | 02/20/2019 | | Deposit | Sales | 884.00 |
| Deposit | 02/20/2019 | | Deposit | Sales | 459.41 |
| Deposit | 02/21/2019 | | Deposit | Sales | 176.00 |
| Deposit | 02/21/2019 | | Deposit | Sales | 392.00 |
| Deposit | 02/22/2019 | | Deposit | Sales | 649.20 |
| Deposit | 02/22/2019 | | Deposit | Sales | 331.00 |
| Deposit | 02/25/2019 | | Deposit | Sales | 1,184.00 |
| Deposit | 02/25/2019 | | Deposit | Sales | 1,294.40 |
| Deposit | 02/25/2019 | | Deposit | Sales | 965.50 |
| Deposit | 02/25/2019 | | Deposit | Sales | 914.50 |
| Deposit | 02/25/2019 | | Deposit | Sales | 587.00 |
| Deposit | 02/25/2019 | | Deposit | Sales | 752.00 |
| Deposit | 02/25/2019 | | Cash deposit | Sales | 1,006.00 |
| Deposit | 02/26/2019 | | Deposit | Sales | 716.00 |
| Deposit | 02/26/2019 | | Deposit | Sales | 681.00 |
| Deposit | 02/27/2019 | | Deposit | Sales | 441.65 |
| Deposit | 02/27/2019 | | Deposit | Sales | 406.00 |
| Deposit | 02/28/2019 | | Deposit | Sales | 314.00 |
| Deposit | 02/28/2019 | | Deposit | Sales | 470.00 |
| Adjmt | 02/28/2019 | | First Bank | Loan charges | 2,672.95 |
| Adjmt | 02/28/2019 | | First Bank | Credit card fees | 1,575.18 |
| | | | | | 52,625.88 |

# Beautiful Brows, LLC / Ch 11 Case #18-66766-jwe
## Disbursements - Exhibit D
## February 2019

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill Pmt -Check | 02/14/2019 | 1010 | Arbor Place II, LLC | Rent payment | 6,557.70 |
| Bill Pmt -Check | 02/19/2019 | 1011 | Shaheen & Company | Rent payment | 1,260.28 |
| Bill Pmt -Check | 02/19/2019 | 1012 | Mall of Georgia LLC | Rent payment | 7,205.28 |
| Check | 02/01/2019 | EFT | EastWest Bank | Monthly maintenance charge | 24.00 |
| Check | 02/01/2019 | EFT | EastWest Bank | Stop payment fee | 20.00 |
| Check | 02/01/2019 | 2651 | Neelofer Ali | Payroll Expense | 582.14 |
| Check | 02/01/2019 | 2652 | Tahereh Dargazani | Payroll Expense | 275.38 |
| Check | 02/01/2019 | 2653 | Saleem Delawalla | Payroll Expense | 911.62 |
| Check | 02/01/2019 | 2654 | Saleema Delawalla | Payroll Expense | 911.63 |
| Check | 02/01/2019 | 2655 | Sameera Khatri | Payroll Expense | 582.14 |
| Check | 02/01/2019 | 2656 | Ashraf R Khimani | Payroll Expense | 360.83 |
| Check | 02/01/2019 | 2657 | Lima Nisar | Payroll Expense | 212.71 |
| Check | 02/01/2019 | 2658 | Pareen Patel | Payroll Expense | 404.22 |
| Check | 02/01/2019 | 2659 | Suvas B Patel | Payroll Expense | 436.43 |
| Check | 02/01/2019 | 2660 | Sandhya Paudel | Payroll Expense | 273.57 |
| Check | 02/01/2019 | 2661 | Saraswati Rai | Payroll Expense | 329.65 |
| Check | 02/01/2019 | 2662 | Arunima Shah | Payroll Expense | 234.77 |
| Check | 02/04/2019 | EFT | First Bank | Bank Service Charges | 538.74 |
| Check | 02/05/2019 | EFT | Krishnan Company | Payroll processing | 190.66 |
| Check | 02/06/2019 | EFT | IRS | Tax Pymts - IRS | 1,596.05 |
| Check | 02/08/2019 | 2664 | Neelofer Ali | Payroll Expense | 582.14 |
| Check | 02/08/2019 | 2665 | Tahereh Dargazani | Payroll Expense | 277.24 |
| Check | 02/08/2019 | 2666 | Saleem Delawalla | Payroll Expense | 911.63 |
| Check | 02/08/2019 | 2667 | Saleema Delawalla | Payroll Expense | 911.63 |
| Check | 02/08/2019 | 2668 | Sameera Khatri | Payroll Expense | 582.14 |
| Check | 02/08/2019 | 2669 | Ashraf R Khimani | Payroll Expense | 363.53 |
| Check | 02/08/2019 | 2670 | Lima Nisar | Payroll Expense | 210.24 |
| Check | 02/08/2019 | 2671 | Pareen Patel | Payroll Expense | 375.94 |
| Check | 02/08/2019 | 2672 | Suvas B Patel | Payroll Expense | 439.01 |
| Check | 02/08/2019 | 2673 | Sandhya Paudel | Payroll Expense | 274.48 |
| Check | 02/08/2019 | 2674 | Saraswati Rai | Payroll Expense | 330.19 |
| Check | 02/08/2019 | 2675 | Arunima Shah | Payroll Expense | 235.70 |
| Check | 02/11/2019 | EFT | AT&T | Utilities | 103.25 |
| Check | 02/13/2019 | EFT | IRS | Tax Pymts - IRS | 1,587.54 |
| Check | 02/15/2019 | EFT | Georgia (State of) | Tax Pymts - GA ITS | 927.43 |
| Check | 02/15/2019 | EFT | AT&T | Utilities | 177.80 |
| Check | 02/15/2019 | 2678 | Tahereh Dargazani | Payroll Expense | 79.28 |
| Check | 02/15/2019 | 2679 | Saleem Delawalla | Payroll Expense | 911.62 |
| Check | 02/15/2019 | 2680 | Saleema Delawalla | Payroll Expense | 911.62 |
| Check | 02/15/2019 | 2681 | Sameera Khatri | Payroll Expense | 582.14 |
| Check | 02/15/2019 | 2682 | Ashraf R Khimani | Payroll Expense | 338.91 |

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 02/15/2019 | 2683 | Lima Nisar | Payroll Expense | 211.86 |
| Check | 02/15/2019 | 2684 | Pareen Patel | Payroll Expense | 180.65 |
| Check | 02/15/2019 | 2685 | Suvas B Patel | Payroll Expense | 420.50 |
| Check | 02/15/2019 | 2686 | Sandhya Paudel | Payroll Expense | 143.25 |
| Check | 02/15/2019 | 2687 | Saraswati Rai | Payroll Expense | 326.30 |
| Check | 02/15/2019 | 2688 | Arunima Shah | Payroll Expense | 234.61 |
| Check | 02/15/2019 | 2677 | Neelofer Ali | Payroll Expense | 582.14 |
| Check | 02/21/2019 | EFT | IRS | Tax Pymts - IRS | 1,446.42 |
| Check | 02/22/2019 | 2690 | Neelofer Ali | Payroll Expense | 582.14 |
| Check | 02/22/2019 | 2691 | Saleem Delawalla | Payroll Expense | 911.63 |
| Check | 02/22/2019 | 2692 | Saleema Delawalla | Payroll Expense | 911.63 |
| Check | 02/22/2019 | 2693 | Sameera Khatri | Payroll Expense | 582.14 |
| Check | 02/22/2019 | 2694 | Ashraf R Khimani | Payroll Expense | 366.77 |
| Check | 02/22/2019 | 2695 | Lima Nisar | Payroll Expense | 211.52 |
| Check | 02/22/2019 | 2696 | Suvas B Patel | Payroll Expense | 439.12 |
| Check | 02/22/2019 | 2697 | Saraswati Rai | Payroll Expense | 332.65 |
| Check | 02/22/2019 | 2698 | Arunima Shah | Payroll Expense | 237.77 |
| Check | 02/22/2019 | EFT | Amazon | Office Supplies | 62.50 |
| Check | 02/25/2019 | EFT | AT&T | Utilities | 119.43 |
| Check | 02/26/2019 | ACH | Amazon | Office Supplies | 63.68 |
| Check | 02/27/2019 | EFT | IRS | Tax Pymts - IRS | 1,380.64 |
| Check | 02/28/2019 | EFT | Constellation Power | Utilities | 232.75 |
| Check | 02/28/2019 | EFT | EastWest Bank | Bank Service Charges | 5.32 |
| Adjmt | 02/28/2019 | EFT | First Bank | Loan charges | 2,672.95 |
| Adjmt | 02/28/2019 | EFT | First Bank | Credit card fees | 1,575.18 |
| | | | | | 48,254.81 |

# EAST WEST BANK
Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  11
STARTING DATE: February 01, 2019
ENDING DATE: February 28, 2019
Total days in statement period: 28
54-00008275
( 35 )



OZ  02
BEAUTIFUL BROWS, LLC. DEBTOR
S. GREGORY HAYS AS CHAPTER 11 TRUSTEE
CASE #18-66766
2964 PEACHTREE RD NW SUITE 555
ATLANTA GA 30305-4909

sbg4q
00154

Need foreign currencies? Reduce the hassle of finding a local exchanger! We have popular foreign currencies for your trip to Europe, Canada, Mexico, Australia, Asia and more. Visit your local branch for details!

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | 54-00008275 | Beginning balance | $19,876.42 |
| Enclosures | 35 | Total additions ( 66 ) | 48,377.75 |
| Low balance | $769.53 | Total subtractions ( 51 ) | 58,103.93 |
| Average balance | $8,489.83 | Ending balance | $10,150.24 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 02-01 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190201 982163023889 | 234.40 |
| | 02-01 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190201 982202108881 | 357.60 |
| | 02-01 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190201 982163020885 | 380.65 |
| | 02-01 | Deposit | | 116.00 |
| | 02-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190204 982163020885 | 97.33 |
| | 02-04 | Pre-Auth Credit | GRPN MERCH SVCS N300040528 190204 C300040528P1137 | 276.81 |
| | 02-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190204 982163023889 | 432.88 |
| | 02-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190204 982163023889 | 451.74 |
| | 02-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190204 982202108881 | 509.00 |
| | 02-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190204 982163020885 | 691.00 |
| | 02-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190204 982163023889 | 1,226.40 |
| | 02-04 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190204 982163020885 | 1,397.55 |
| | 02-05 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190205 982163023889 | 453.60 |
| | 02-05 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190205 982163020885 | 556.00 |
| | 02-05 | Deposit | | 1,202.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………….............    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
**Sub Total**………    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………    $_____

**Balance**……..…............................**    $_____

**ENTER**
Present Balance in
your checkbook……………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

**Sub Total** …………    $_____

**Add** Monthly Interest
Earned ……………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)…………………    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)…………………    $_____
_____
_____
_____

**Balance**……...................................    $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

# EAST WEST BANK

Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2019
ENDING DATE: February 28, 2019
54-00008275

BEAUTIFUL BROWS, LLC. DEBTOR

| Number | Date | Transaction Description | | Additions |
|--------|------|-------------------------|--|-----------|
| | 02-06 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190206 982163020885 | 315.50 |
| | 02-06 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190206 982163023889 | 397.20 |
| | 02-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190207 982163023889 | 322.40 |
| | 02-07 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190207 982163020885 | 484.00 |
| | 02-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190208 982163023889 | 242.40 |
| | 02-08 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190208 982163020885 | 441.00 |
| | 02-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190211 982163023889 | 412.98 |
| | 02-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190211 982163020885 | 778.00 |
| | 02-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190211 982163023889 | 798.96 |
| | 02-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190211 982163020885 | 898.00 |
| | 02-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190211 982163023889 | 1,014.94 |
| | 02-11 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190211 982163020885 | 1,130.50 |
| | 02-12 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190212 982163023889 | 453.60 |
| | 02-12 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190212 982163020885 | 770.00 |
| | 02-13 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190213 982163023889 | 300.00 |
| | 02-13 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190213 982163020885 | 526.25 |
| | 02-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190214 982163023889 | 264.80 |
| | 02-14 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190214 982163020885 | 331.00 |
| | 02-15 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190215 982163023889 | 472.80 |
| | 02-15 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190215 982163020885 | 637.00 |
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 982163023889 | 284.80 |
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 982163023889 | 410.40 |
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 982163020885 | 616.00 |
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 982163023889 | 810.40 |

1578
3410    rev 05-16

**EAST WEST BANK**

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

BEAUTIFUL BROWS, LLC. DEBTOR

| Number | Date | Transaction Description | | Additions |
|--------|------|-------------------------|--|-----------|
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 | |
| | | | 982163020885 | 832.74 |
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 | |
| | | | 982163020885 | 904.05 |
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 | |
| | | | 982163020885 | 1,378.15 |
| | 02-19 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190219 | |
| | | | 982163023889 | 1,482.10 |
| | 02-19 | Pre-Auth Credit | FDGL REFUNDS 190219 | 3,080.11 |
| | 02-19 | Pre-Auth Credit | FDGL REFUNDS 190219 | 3,142.25 |
| | 02-19 | Pre-Auth Credit | FDGL REFUNDS 190219 | 3,305.20 |
| | 02-20 | Pre-Auth Credit | GRPN MERCH SVCS N300041039 190220 | |
| | | | C300041039P1077 | 133.60 |
| | 02-20 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190220 | |
| | | | 982163023889 | 459.41 |
| | 02-20 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190220 | |
| | | | 982163020885 | 884.00 |
| | 02-21 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190221 | |
| | | | 982163023889 | 176.00 |
| | 02-21 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190221 | |
| | | | 982163020885 | 392.00 |
| | 02-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190222 | |
| | | | 982163020885 | 331.00 |
| | 02-22 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190222 | |
| | | | 982163023889 | 649.20 |
| | 02-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190225 | |
| | | | 982163023889 | 587.00 |
| | 02-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190225 | |
| | | | 982163020885 | 752.00 |
| | 02-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190225 | |
| | | | 982163020885 | 914.50 |
| | 02-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190225 | |
| | | | 982163023889 | 965.50 |
| | 02-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190225 | |
| | | | 982163023889 | 1,184.00 |
| | 02-25 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190225 | |
| | | | 982163020885 | 1,294.40 |
| | 02-25 | Deposit | | 1,006.00 |
| | 02-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190226 | |
| | | | 982163020885 | 681.00 |
| | 02-26 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190226 | |
| | | | 982163023889 | 716.00 |
| | 02-27 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190227 | |
| | | | 982163023889 | 406.00 |
| | 02-27 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190227 | |
| | | | 982163020885 | 441.65 |
| | 02-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190228 | |
| | | | 982163023889 | 314.00 |

1579

3410      rev 05-16

# EAST WEST BANK   Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

BEAUTIFUL BROWS, LLC. DEBTOR

ACCOUNT STATEMENT
Page  4  of  11
STARTING DATE: February 01, 2019
ENDING DATE: February 28, 2019
54-00008275

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 02-28 | Pre-Auth Credit | FRST BK MRCH SVC DEPOSIT 190228 982163020885 | 470.00 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 268 | 02-20 | 582.14 | 2656 | 02-22 | 360.83 |
| 1006 * | 02-06 | 150.70 | 2657 | 02-25 | 212.71 |
| 1007 | 02-05 | 78.96 | 2662 * | 02-25 | 234.77 |
| 1009 * | 02-01 | 19,920.27 | 2664 * | 02-19 | 582.14 |
| 1010 | 02-22 | 6,557.70 | 2666 * | 02-11 | 911.63 |
| 1012 * | 02-26 | 7,205.28 | 2667 | 02-11 | 911.63 |
| 2571 * | 02-20 | 265.37 | 2668 | 02-12 | 582.14 |
| 2613 * | 02-19 | 326.18 | 2669 | 02-22 | 363.53 |
| 2630 * | 02-01 | 231.27 | 2670 | 02-25 | 210.24 |
| 2631 | 02-05 | 318.61 | 2675 * | 02-25 | 235.70 |
| 2638 * | 02-08 | 363.88 | 2679 * | 02-20 | 911.62 |
| 2639 | 02-11 | 212.21 | 2680 | 02-20 | 911.62 |
| 2641 * | 02-14 | 437.76 | 2682 * | 02-28 | 338.91 |
| 2644 * | 02-08 | 234.85 | 2690 * | 02-27 | 582.14 |
| 2651 * | 02-08 | 582.14 | 2691 | 02-26 | 911.63 |
| 2653 * | 02-04 | 911.62 | 2692 | 02-26 | 911.63 |
| 2654 | 02-04 | 911.63 | 2693 | 02-26 | 582.14 |
| 2655 | 02-04 | 582.14 | * Skip in check sequence | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 02-01 | Cash Managemnt | BB PREMIER STOP PA YMENT | 20.00 |
| 02-01 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 24.00 |
| 02-04 | Preauth Debit | FRST BK MRCH SVC DEPOSIT 190204 982202108881 | 538.74 |
| 02-05 | Preauth Debit | Krishnan Company BILLANDPAY 190205 2358962 | 190.66 |
| 02-06 | Preauth Debit | IRS USATAXPYMT 190206 274943724884972 | 1,596.05 |
| 02-11 | Preauth Debit | ATT Payment 190210 | 103.25 |
| 02-13 | Preauth Debit | IRS USATAXPYMT 190213 274944417866877 | 1,587.54 |
| 02-15 | Preauth Debit | ATT Payment 190215 | 177.80 |
| 02-15 | Preauth Debit | GEORGIA ITS TAX GA TX PYMT 190215 635567120 | 927.43 |
| 02-21 | Preauth Debit | IRS USATAXPYMT 190221 274945294544161 | 1,446.42 |
| 02-22 | Preauth Debit | AMAZON.COM SERVI INTERNET 190222 | 62.50 |
| 02-25 | Preauth Debit | ATT Payment 190224 | 119.43 |
| 02-26 | Preauth Debit | AMAZON.COM SERVI INTERNET 190226 | 63.68 |
| 02-27 | Preauth Debit | IRS USATAXPYMT 190227 274945801197609 | 1,380.64 |
| 02-28 | Preauth Debit | CONSTELLATIONPWR UTIL-PMNTS 190228 | 232.75 |
| 02-28 | Service Charge | ACH CREDIT | 5.32 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 19,876.42 | 02-01 | 769.53 | 02-04 | 2,908.11 |

1580

3410   rev 05-16

**EAST WEST BANK**

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

STARTING DATE: February 01, 2019
ENDING DATE: February 28, 2019
54-00008275

BEAUTIFUL BROWS, LLC. DEBTOR

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-05 | 4,531.48 | 02-13 | 6,581.19 | 02-22 | 13,645.16 |
| 02-06 | 3,497.43 | 02-14 | 6,739.23 | 02-25 | 19,335.71 |
| 02-07 | 4,303.83 | 02-15 | 6,743.80 | 02-26 | 11,058.35 |
| 02-08 | 3,806.36 | 02-19 | 22,081.68 | 02-27 | 9,943.22 |
| 02-11 | 6,701.02 | 02-20 | 20,887.94 | 02-28 | 10,150.24 |
| 02-12 | 7,342.48 | 02-21 | 20,009.52 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

1561

3410   rev 05-16



02/20/2019    268    $582.14

02/01/2019    1009    $19,920.27

20190219  004800672245   0400072500-4

02/20/2019    268    $582.14

02/01/2019    1009    $19,920.27

02/06/2019    1006    $150.70

02/22/2019    1010    $6,557.70

02/06/2019    1006    $150.70

02/22/2019    1010    $6,557.70

02/05/2019    1007    $78.96

02/26/2019    1012    $7,205.28

02/05/2019    1007    $78.96

02/26/2019    1012    $7,205.28

1582
4000



02/20/2019    2571    $265.37

02/05/2019    2631    $318.61

02/20/2019    2571    $265.37

02/05/2019    2631    $318.61

02/19/2019    2613    $326.18

02/08/2019    2638    $363.88

02/19/2019    2613    $326.18

02/08/2019    2638    $363.88

02/01/2019    2630    $231.27

02/11/2019    2639    $212.21

02/01/2019    2630    $231.27

02/11/2019    2639    $212.21

1583

Checking Account    5400008275
Statement Date    02/28/2019
Page    8 of 11



| | | |
|---|---|---|
| 02/14/2019 | 2641 | $437.76 |
| 02/14/2019 | 2641 | $437.76 |
| 02/08/2019 | 2644 | $234.85 |
| 02/08/2019 | 2644 | $234.85 |
| 02/08/2019 | 2651 | $582.14 |
| 02/08/2019 | 2651 | $582.14 |
| 02/04/2019 | 2653 | $911.62 |
| 02/04/2019 | 2653 | $911.62 |
| 02/04/2019 | 2654 | $911.63 |
| 02/04/2019 | 2654 | $911.63 |
| 02/04/2019 | 2655 | $582.14 |
| 02/04/2019 | 2655 | $582.14 |



| | | |
|---|---|---|
| 02/22/2019 | 2656 | $360.83 |
| 02/22/2019 | 2656 | $360.83 |
| 02/25/2019 | 2657 | $212.71 |
| 02/25/2019 | 2657 | $212.71 |
| 02/25/2019 | 2662 | $234.77 |
| 02/25/2019 | 2662 | $234.77 |
| 02/19/2019 | 2664 | $582.14 |
| 02/19/2019 | 2664 | $582.14 |
| 02/11/2019 | 2666 | $911.63 |
| 02/11/2019 | 2666 | $911.63 |
| 02/11/2019 | 2667 | $911.63 |
| 02/11/2019 | 2667 | $911.63 |

1585

Checking Account   5400008275
Statement Date   02/28/2019
Page   10  of  11



| Date | Check # | Amount |
|---|---|---|
| 02/12/2019 | 2668 | $582.14 |
| 02/12/2019 | 2668 | $582.14 |
| 02/22/2019 | 2669 | $363.53 |
| 02/22/2019 | 2669 | $363.53 |
| 02/25/2019 | 2670 | $210.24 |
| 02/25/2019 | 2670 | $210.24 |
| 02/25/2019 | 2675 | $235.70 |
| 02/25/2019 | 2675 | $235.70 |
| 02/20/2019 | 2679 | $911.62 |
| 02/20/2019 | 2679 | $911.62 |
| 02/20/2019 | 2680 | $911.62 |
| 02/20/2019 | 2680 | $911.62 |



1586
4000

**Checking Account**  6400008275
**Statement Date**  02/28/2019
**Page**  11 of 11



| 02/28/2019 | 2682 | $338.91 |
| 02/26/2019 | 2692 | $911.63 |
| 02/28/2019 | 2682 | $338.91 |
| 02/26/2019 | 2692 | $911.63 |
| 02/27/2019 | 2690 | $582.14 |
| 02/26/2019 | 2693 | $582.14 |
| 02/27/2019 | 2690 | $582.14 |
| 02/26/2019 | 2693 | $582.14 |
| 02/26/2019 | 2691 | $911.63 |
| 02/26/2019 | 2691 | $911.63 |

9:15 AM

03/01/19

**Beautiful Brows, LLC / Ch 11 Case #18-66766-jwe**

# Reconciliation Detail

**EastWest Bank-Trustee Account, Period Ending 02/28/2019**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 19,876.42 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 51 items** | | | | | | |
| Check | 12/21/2018 | 2571 | Sandhya Paudel | X | -265.37 | -265.37 |
| Check | 01/18/2019 | 2631 | Saraswati Rai | X | -318.61 | -583.98 |
| Check | 01/18/2019 | 2630 | Sandhya Paudel | X | -231.27 | -815.25 |
| Bill Pmt -Check | 01/18/2019 | 1006 | DeKalb County Fi... | X | -150.70 | -965.95 |
| Bill Pmt -Check | 01/18/2019 | 1007 | Servitix Termite &... | X | -78.96 | -1,044.91 |
| Check | 01/25/2019 | 2641 | Suvas B Patel | X | -437.76 | -1,482.67 |
| Check | 01/25/2019 | 2638 | Ashraf R Khimani | X | -363.88 | -1,846.55 |
| Check | 01/25/2019 | 2643 | Saraswati Rai | X | -326.18 | -2,172.73 |
| Check | 01/25/2019 | 2644 | Arunima Shah | X | -234.85 | -2,407.58 |
| Check | 01/25/2019 | 2639 | Lima Nisar | X | -212.21 | -2,619.79 |
| Bill Pmt -Check | 01/31/2019 | 1009 | Mall of Georgia L... | X | -19,920.27 | -22,540.06 |
| Check | 02/01/2019 | 2654 | Saleema Delawalla | X | -911.63 | -23,451.69 |
| Check | 02/01/2019 | 2653 | Saleem Delawalla | X | -911.62 | -24,363.31 |
| Check | 02/01/2019 | 2651 | Neelofer Ali | X | -582.14 | -24,945.45 |
| Check | 02/01/2019 | 2655 | Sameera Khatri | X | -582.14 | -25,527.59 |
| Check | 02/01/2019 | 2656 | Ashraf R Khimani | X | -360.83 | -25,888.42 |
| Check | 02/01/2019 | 2662 | Arunima Shah | X | -234.77 | -26,123.19 |
| Check | 02/01/2019 | 2657 | Lima Nisar | X | -212.71 | -26,335.90 |
| Check | 02/04/2019 | | | X | -538.74 | -26,918.64 |
| Check | 02/05/2019 | EFT | Krishnan Company | X | -190.66 | -27,109.30 |
| Check | 02/06/2019 | | IRS | X | -1,596.05 | -28,705.35 |
| Check | 02/08/2019 | 2667 | Saleema Delawalla | X | -911.63 | -29,616.98 |
| Check | 02/08/2019 | 2666 | Saleem Delawalla | X | -911.63 | -30,528.61 |
| Check | 02/08/2019 | 2664 | Neelofer Ali | X | -582.14 | -31,110.75 |
| Check | 02/08/2019 | 2668 | Sameera Khatri | X | -582.14 | -31,692.89 |
| Check | 02/08/2019 | 2669 | Ashraf R Khimani | X | -363.53 | -32,056.42 |
| Check | 02/08/2019 | 2675 | Arunima Shah | X | -235.70 | -32,292.12 |
| Check | 02/08/2019 | 2670 | Lima Nisar | X | -210.24 | -32,502.36 |
| Check | 02/11/2019 | EFT | AT&T | X | -103.25 | -32,605.61 |
| Check | 02/13/2019 | EFT | IRS | X | -1,587.54 | -34,193.15 |
| Bill Pmt -Check | 02/14/2019 | 1010 | Arbor Place II, LLC | X | -6,557.70 | -40,750.85 |
| Check | 02/15/2019 | EFT | Georgia (State of) | X | -927.43 | -41,678.28 |
| Check | 02/15/2019 | 2680 | Saleema Delawalla | X | -911.62 | -42,589.90 |
| Check | 02/15/2019 | 2679 | Saleem Delawalla | X | -911.62 | -43,501.52 |
| Check | 02/15/2019 | 2681 | Sameera Khatri | X | -582.14 | -44,083.66 |
| Check | 02/15/2019 | 2682 | Ashraf R Khimani | X | -338.91 | -44,422.57 |
| Check | 02/15/2019 | EFT | AT&T | X | -177.80 | -44,600.37 |
| Bill Pmt -Check | 02/19/2019 | 1012 | Mall of Georgia L... | X | -7,205.28 | -51,805.65 |
| Check | 02/21/2019 | EFT | IRS | X | -1,446.42 | -53,252.07 |
| Check | 02/22/2019 | 2692 | Saleema Delawalla | X | -911.63 | -54,163.70 |
| Check | 02/22/2019 | 2691 | Saleem Delawalla | X | -911.63 | -55,075.33 |
| Check | 02/22/2019 | 2693 | Sameera Khatri | X | -582.14 | -55,657.47 |
| Check | 02/22/2019 | 2690 | Neelofer Ali | X | -582.14 | -56,239.61 |
| Check | 02/22/2019 | EFT | Amazon | X | -62.50 | -56,302.11 |
| Check | 02/25/2019 | EFT | AT&T | X | -119.43 | -56,421.54 |
| Check | 02/26/2019 | ACH | Amazon | X | -63.68 | -56,485.22 |
| Check | 02/27/2019 | EFT | IRS | X | -1,380.64 | -57,865.86 |
| Check | 02/28/2019 | EFT | Constellation Po... | X | -232.75 | -58,098.61 |
| Check | 02/28/2019 | EFT | EastWest Bank | X | -5.32 | -58,103.93 |
| | | | | | | |
| | Total Checks and Payments | | | | -58,103.93 | -58,103.93 |

9:15 AM
03/01/19

**Beautiful Brows, LLC / Ch 11 Case #18-66766-jwe**
# Reconciliation Detail
**EastWest Bank-Trustee Account, Period Ending 02/28/2019**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 71 items** | | | | | | |
| Check | 02/01/2019 | 2650 | Voided Checks | X | 0.00 | 0.00 |
| Check | 02/01/2019 | | Voided Checks | X | | 0.00 |
| Deposit | 02/01/2019 | | | X | 116.00 | 116.00 |
| Deposit | 02/01/2019 | | | X | 234.40 | 350.40 |
| Deposit | 02/01/2019 | | | X | 357.60 | 708.00 |
| Deposit | 02/01/2019 | | | X | 380.65 | 1,088.65 |
| Deposit | 02/04/2019 | | | X | 97.33 | 1,185.98 |
| Deposit | 02/04/2019 | | | X | 276.81 | 1,462.79 |
| Deposit | 02/04/2019 | | | X | 432.88 | 1,895.67 |
| Deposit | 02/04/2019 | | | X | 451.74 | 2,347.41 |
| Deposit | 02/04/2019 | | | X | 509.00 | 2,856.41 |
| Deposit | 02/04/2019 | | | X | 691.00 | 3,547.41 |
| Deposit | 02/04/2019 | | | X | 1,226.40 | 4,773.81 |
| Deposit | 02/04/2019 | | | X | 1,397.55 | 6,171.36 |
| Deposit | 02/05/2019 | | | X | 453.60 | 6,624.96 |
| Deposit | 02/05/2019 | | | X | 556.00 | 7,180.96 |
| Deposit | 02/05/2019 | | | X | 1,202.00 | 8,382.96 |
| Deposit | 02/06/2019 | | | X | 315.50 | 8,698.46 |
| Deposit | 02/06/2019 | | | X | 397.20 | 9,095.66 |
| Deposit | 02/07/2019 | | | X | 322.40 | 9,418.06 |
| Deposit | 02/07/2019 | | | X | 484.00 | 9,902.06 |
| Check | 02/08/2019 | 2663 | Voided Checks | X | 0.00 | 9,902.06 |
| Deposit | 02/08/2019 | | | X | 242.40 | 10,144.46 |
| Deposit | 02/08/2019 | | | X | 441.00 | 10,585.46 |
| Deposit | 02/11/2019 | | | X | 412.98 | 10,998.44 |
| Deposit | 02/11/2019 | | | X | 778.00 | 11,776.44 |
| Deposit | 02/11/2019 | | | X | 798.96 | 12,575.40 |
| Deposit | 02/11/2019 | | | X | 898.00 | 13,473.40 |
| Deposit | 02/11/2019 | | | X | 1,014.94 | 14,488.34 |
| Deposit | 02/11/2019 | | | X | 1,130.50 | 15,618.84 |
| Deposit | 02/12/2019 | | | X | 453.60 | 16,072.44 |
| Deposit | 02/12/2019 | | | X | 770.00 | 16,842.44 |
| Deposit | 02/13/2019 | | | X | 300.00 | 17,142.44 |
| Deposit | 02/13/2019 | | | X | 526.25 | 17,668.69 |
| Deposit | 02/14/2019 | | | X | 264.80 | 17,933.49 |
| Deposit | 02/14/2019 | | | X | 331.00 | 18,264.49 |
| Check | 02/15/2019 | 2676 | Voided Checks | X | 0.00 | 18,264.49 |
| Deposit | 02/15/2019 | | | X | 472.80 | 18,737.29 |
| Deposit | 02/15/2019 | | | X | 637.00 | 19,374.29 |
| Deposit | 02/19/2019 | | | X | 284.80 | 19,659.09 |
| Deposit | 02/19/2019 | | | X | 410.40 | 20,069.49 |
| Deposit | 02/19/2019 | | | X | 616.00 | 20,685.49 |
| Deposit | 02/19/2019 | | | X | 810.40 | 21,495.89 |
| Deposit | 02/19/2019 | | | X | 832.74 | 22,328.63 |
| Deposit | 02/19/2019 | | | X | 904.05 | 23,232.68 |
| Deposit | 02/19/2019 | | | X | 1,378.15 | 24,610.83 |
| Deposit | 02/19/2019 | | | X | 1,482.10 | 26,092.93 |
| Deposit | 02/19/2019 | | | X | 3,080.11 | 29,173.04 |
| Deposit | 02/19/2019 | | | X | 3,142.25 | 32,315.29 |
| Deposit | 02/19/2019 | | | X | 3,305.20 | 35,620.49 |
| Deposit | 02/20/2019 | | | X | 133.60 | 35,754.09 |
| Deposit | 02/20/2019 | | | X | 459.41 | 36,213.50 |
| Deposit | 02/20/2019 | | | X | 884.00 | 37,097.50 |
| Deposit | 02/21/2019 | | | X | 176.00 | 37,273.50 |
| Deposit | 02/21/2019 | | | X | 392.00 | 37,665.50 |
| Check | 02/22/2019 | 2689 | Voided Checks | X | 0.00 | 37,665.50 |
| Deposit | 02/22/2019 | | | X | 331.00 | 37,996.50 |
| Deposit | 02/22/2019 | | | X | 649.20 | 38,645.70 |
| Deposit | 02/25/2019 | | | X | 587.00 | 39,232.70 |
| Deposit | 02/25/2019 | | | X | 752.00 | 39,984.70 |
| Deposit | 02/25/2019 | | | X | 914.50 | 40,899.20 |
| Deposit | 02/25/2019 | | | X | 965.50 | 41,864.70 |
| Deposit | 02/25/2019 | | | X | 1,006.00 | 42,870.70 |
| Deposit | 02/25/2019 | | | X | 1,184.00 | 44,054.70 |
| Deposit | 02/25/2019 | | | X | 1,294.40 | 45,349.10 |
| Deposit | 02/26/2019 | | | X | 681.00 | 46,030.10 |
| Deposit | 02/26/2019 | | | X | 716.00 | 46,746.10 |

9:15 AM

03/01/19

**Beautiful Brows, LLC / Ch 11 Case #18-66766-jwe**

**Reconciliation Detail**

**EastWest Bank-Trustee Account, Period Ending 02/28/2019**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 02/27/2019 | | | X | 406.00 | 47,152.10 |
| Deposit | 02/27/2019 | | | X | 441.65 | 47,593.75 |
| Deposit | 02/28/2019 | | | X | 314.00 | 47,907.75 |
| Deposit | 02/28/2019 | | | X | 470.00 | 48,377.75 |
| | | | | | | |
| Total Deposits and Credits | | | | | 48,377.75 | 48,377.75 |
| | | | | | | |
| Total Cleared Transactions | | | | | -9,726.18 | -9,726.18 |
| | | | | | | |
| Cleared Balance | | | | | -9,726.18 | 10,150.24 |
| | | | | | | |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 27 items** | | | | | | |
| Check | 01/25/2019 | 2640 | Pareen Patel | | -390.67 | -390.67 |
| Check | 01/25/2019 | 2634 | Tahereh Dargazani | | -279.38 | -670.05 |
| Check | 01/25/2019 | 2642 | Sandhya Paudel | | -273.27 | -943.32 |
| Check | 02/01/2019 | 2659 | Suvas B Patel | | -436.43 | -1,379.75 |
| Check | 02/01/2019 | 2658 | Pareen Patel | | -404.22 | -1,783.97 |
| Check | 02/01/2019 | 2661 | Saraswati Rai | | -329.65 | -2,113.62 |
| Check | 02/01/2019 | 2652 | Tahereh Dargazani | | -275.38 | -2,389.00 |
| Check | 02/01/2019 | 2660 | Sandhya Paudel | | -273.57 | -2,662.57 |
| Check | 02/08/2019 | 2672 | Suvas B Patel | | -439.01 | -3,101.58 |
| Check | 02/08/2019 | 2671 | Pareen Patel | | -375.94 | -3,477.52 |
| Check | 02/08/2019 | 2674 | Saraswati Rai | | -330.19 | -3,807.71 |
| Check | 02/08/2019 | 2665 | Tahereh Dargazani | | -277.24 | -4,084.95 |
| Check | 02/08/2019 | 2673 | Sandhya Paudel | | -274.48 | -4,359.43 |
| Check | 02/15/2019 | 2677 | Neelofer Ali | | -582.14 | -4,941.57 |
| Check | 02/15/2019 | 2685 | Suvas B Patel | | -420.50 | -5,362.07 |
| Check | 02/15/2019 | 2687 | Saraswati Rai | | -326.30 | -5,688.37 |
| Check | 02/15/2019 | 2688 | Arunima Shah | | -234.61 | -5,922.98 |
| Check | 02/15/2019 | 2683 | Lima Nisar | | -211.86 | -6,134.84 |
| Check | 02/15/2019 | 2684 | Pareen Patel | | -180.65 | -6,315.49 |
| Check | 02/15/2019 | 2686 | Sandhya Paudel | | -143.25 | -6,458.74 |
| Check | 02/15/2019 | 2678 | Tahereh Dargazani | | -79.28 | -6,538.02 |
| Bill Pmt -Check | 02/19/2019 | 1011 | Shaheen & Comp... | | -1,260.28 | -7,798.30 |
| Check | 02/22/2019 | 2696 | Suvas B Patel | | -439.12 | -8,237.42 |
| Check | 02/22/2019 | 2694 | Ashraf R Khimani | | -366.77 | -8,604.19 |
| Check | 02/22/2019 | 2697 | Saraswati Rai | | -332.65 | -8,936.84 |
| Check | 02/22/2019 | 2698 | Arunima Shah | | -237.77 | -9,174.61 |
| Check | 02/22/2019 | 2695 | Lima Nisar | | -211.52 | -9,386.13 |
| | | | | | | |
| Total Checks and Payments | | | | | -9,386.13 | -9,386.13 |
| | | | | | | |
| Total Uncleared Transactions | | | | | -9,386.13 | -9,386.13 |
| | | | | | | |
| Register Balance as of 02/28/2019 | | | | | -19,112.31 | 764.11 |
| | | | | | | |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 03/01/2019 | EFT | The Hartford | | -1,999.29 | -1,999.29 |
| Check | 03/01/2019 | EFT | GA Power | | -107.38 | -2,106.67 |
| | | | | | | |
| Total Checks and Payments | | | | | -2,106.67 | -2,106.67 |
| | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 03/01/2019 | | | | 473.00 | 473.00 |
| Deposit | 03/01/2019 | | | | 517.00 | 990.00 |
| | | | | | | |
| Total Deposits and Credits | | | | | 990.00 | 990.00 |
| | | | | | | |
| Total New Transactions | | | | | -1,116.67 | -1,116.67 |
| | | | | | | |
| **Ending Balance** | | | | | **-20,228.98** | **-352.56** |