

**IT IS ORDERED as set forth below:**

**Date: May 13, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER AND NOTICE OF HEARING**

On May 10, 2019, the Debtor and the Trustee filed an motion to sell substantially all of the Debtor's personal property and to assume and assign unexpired leases [Doc. No. 125] (the "Motion") along with a motion for an expedited hearing on the Motion [Doc. No. 127] (the "Motion to Shorten Notice"). The Motion having been read and considered, and it appearing that cause exists for the Court to approve the request to shorten time to respond to the Motion and for an expedited hearing; it is hereby

**ORDERED** that the Motion to Shorten Notice is granted pursuant to Bankruptcy Rule 9006(c).

**IT IS FURTHER ORDERED** that the Court will hold a hearing on the Motion in **Courtroom 1203,** United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia on **May 23, 2019 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the Debtor's counsel shall serve a copy of this Order and the Motion via next day delivery on any creditor asserting lien rights in any property to be sold or any party to an executory contract to be assumed and assigned and via regular mail on all other parties in interest whom will not be notified by CM/ECF and shall file a certificate of service with the Clerk within 24 hours of the entry of this Order.

### Procedure for Filing Objections

Objections to the relief requested in the Motion must be filed in writing with the Clerk of the U.S. Bankruptcy Court, Northern District of Georgia, Atlanta Division, 1340 Richard B. Russell Building, 75 Ted Turner Dr, S.W., Atlanta, Georgia 30303 and served upon the Debtor's attorney, Jason L. Pettie, P.O. Box 17936, Atlanta, Georgia 30316 as well as the Trustee, S. Gregory Hays, 2964 Peachtree Road, Suite 555, Atlanta, Georgia 30305

**[END OF DOCUMENT]**

Drafte, prepared and presented by:

**JASON L. PETTIE, P.C.**
*Jason L. Pettie*
Jason L. Pettie, Attorney for the Debtor
Georgia Bar # 574783
P.O. Box 17936
Atlanta, GA 30316
(404) 638-5984

## DISTRIBUTION LIST

Jason L. Pettie, P.C.
P.O. Box 17936
Atlanta, GA 30316

S. Gregory Hays, Trustee
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305