IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  **18-66766** |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that, on this date, I have served a copy of the

Order entered on May 13, 2019 [Doc. No. 129] as well as a copy of the motion [Doc. No. 125] by

mailing a copy thereof, via next day delivery in a properly addressed envelope with sufficient

postage affixed, to the parties listed on the attached page.

 */s/ Jason L. Pettie*
Jason L. Pettie, Proposed Special Counsel for Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

Simon Property Group, L.P.
c/o Hall Booth Smith, P.C.
attn:  Nicholas J. Garcia
1301 1st Ave, Ste 100
Columbus, GA 31901
*(served via email as well: ngarcia@hallboothsmith.com)*

Arbor Place II LLC by
CBL & Associates Mngmt Inc
c/o Husch Blackwell, LLP
attn:  Caleb T. Holzaepfel
736 Georgia Ave, Suite 300
Chattanooga, TN 37402
*(served via email as well: caleb.holzaepfel@huschblackwell.com)*

Ameris Bank
c/o  Lynn L. Carroll, Esq.
Golder Law LLC
101 Village Parkway,
Building 1, Suite 4
Marietta, GA 30067
*(served via email as well: lcarroll@golderlawfirm.com)*

DLI Assets Bravo, LLC
c/o Thomas J. Kokolis
110 North Washington St, Suite 500
Rockville, MD 20850
*(served via email as well: tkokolis@pskfirm.com)*

CT Corporation System
330 N Brand Blvd, Suite 700, attn: SPRS
Glendale, CA 91203

FC Marketplace, LLC
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0701
*(served via email as well: proofofclaim@becket-lee.com)*

Gwinnett Place Mall GA LLC
c/o Griffin B. Bell & Daniel T. Seelos
Griffin Bell III, P.C.
309 Sycamore St
Decatur, GA 30030
*(served via email as well:  gbb@gb3pc.com)*

American Express Bank FSB
c/o Becket & Lee LLP
POB 3001
Malvern, PA 19355
*(served via email as well: proofofclaim@becket-lee.com)*