## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s) **Beautiful Brows LLC** 5002 North Royal Atlanta Dr Suite M Tucker, GA 30084  **26−2988624** | Case No.: **18−66766−jwc** Chapter: **11** Judge: **Jeffery W. Cavender** |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**May 23, 2019** at **11:00 AM** in **Courtroom 1203, Atlanta** to consider and act upon the following:

Emergency Hearing on Application by Trustee for Authority to Employ Jason L. Pettie, P.C. as Special Counsel

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: May 14, 2019

Form 165