UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| BEAUTIFUL BROWS LLC, | : | CASE NO. 18-66766-JWC |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 11 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

By Order entered on August 1, 2018 [Doc. No. 162], this Court authorized the Trustee to sell by internet auction personal property of the estate known as an Acura MDX sport utility vehicle (the "**Acura**") and a Mercedes-Benz GL Class sport utility vehicle (the "**Mercedes**" and with the Acura, the "**Vehicles**").  The Trustee held a public on-line auction of the Vehicles, which concluded on August 15, 2019. The Acura sold for $13,700.00 to Michael Demessa (Bidder # 10002) and the Mercedes sold for $18,100.00 to Andrew Hyun (Bidder # 10059)[1].  Attached as Exhibit "A" is the Seller Statements and the Priced Lot List, which provides an accounting of the auction proceeds, a listing of the individual items sold, the winning bidder numbers and winning bid amounts.

---

[1] The total paid by the purchasers was $34,980.00, which includes a buyer's premium of $3,180.00 which was paid to the Trustee's auctioneer, Bullseye Auction & Appraisal.

2.

The Trustee reports that he has completed the delivery of the Vehicles to the purchasers and netted $31,300.00 from the auction after payment of the auctioneer's expenses.

Respectfully submitted this 21st day of August, 2019.

                                                  /s  *S. Gregory Hays*
                                        S. Gregory Hays

Hays Financial Consulting, LLC      Chapter 11 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"



**www.BullseyeAuctions.com**

500 Pike Park Drive  |  Suite F  |  Lawrenceville, GA 30046

770-544-7479 phone  |  888-544-7479 fax

www.BullseyeAuctions.com

## Seller Settlement

### Seller Information

**Seller Name:** S. Gregory Hays
**Company Name:** Hays Financial Consulting, LLC
**Address:** 2964 Peachtree Road
Suite 555
**City, State & Zip:** Atlanta, GA  30305-2153
**Email Address:** ghays@haysconsulting.com
**Phone:** 404-926-0051

### Auction Information

**Auction:** 2013 Mercedes-Benz & 2014 Acura MDX
**Date:** Thursday, August 15, 2019
**Time:** 10:00 AM EDT
**Location:** 500 Pike Park Drive, Ste. F
Lawrenceville, GA  30046

### Expenses

| Date | Amount | Merchant | Description |
|---|---|---|---|
| 8/19/2019 | $7.35 | Deluxe | Settlement E Check |
| 8/15/2019 | $50.00 | Bidwrangler | Online Auction Access |
| 8/9/2019 | $29.15 | Internet Database Access | Advertising |
| 5/18/2019 | $215.00 | WAKC | Towing |
| 8/2/2019 | $276.29 | Pep Boys | Batteries |
| 8/8/2019 | $60.00 | Jay Gonzalez | Mobile Mechanic |
| 8/9/2019 | $70.00 | Contract Labor | Washing Vehicles |
| **Total of Expenses:** | **$707.79** | | |

### Summary

| | |
|---:|---:|
| Auction Gross: | $34,980.00 |
| Auctioneer Commission (Buyer's Premium): | -$3,180.00 |
| Adjusted Auction Gross: | $31,800.00 |
| Total Auction Expenses: | -$707.79 |
| | $31,092.21 |
| Credits: | $207.79  *(marketing expenses exceeded $500 budget)* |
| Auction Net to Seller: | $31,300.00 |



# Beautiful Brows II

**(Bankruptcy Case #18-66766-JWC)**

## Priced Lot List

| Lot # | Description | Bidder | Price |
|---|---|---|---|
| 1 | 2013 Mercedes-Benz GL Class Utility 4D / VIN 4JGDF2EE6DA245882 (89,800 Miles) - 2013 Mercedes-Benz GL Class Utility 4D / VIN 4JGDF2EE6DA245882 (89,800 Miles) | 10059 | $18,100.00 |
| 2 | 2014 Honda Acura MDX / VIN 5FRYD3H46EB002522 (108,771 Miles) - 2014 Honda Acura MDX / VIN 5FRYD3H46EB002522 (108,771 Miles) | 10002 | $13,700.00 |
| | | **Total of All Lots Sold:** | **$31,800.00** |

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

    Thomas Wayne Dworschak
    Office of the United States Trustee
    362 Richard B. Russell Building
    75 Ted Turner Drive, SW
    Atlanta, GA 30303

    Beautiful Brows LLC
    5002 North Royal Atlanta Dr
    Suite M
    Tucker, GA 30084

    Jason L. Pettie
    Jason L. Pettie, PC
    P.O. Box 17936
    Atlanta, GA 30316

Dated: August 21, 2019.

                                        */s S. Gregory Hays*
                                        S. Gregory Hays
                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net