

**IT IS ORDERED as set forth below:**

**Date: September 3, 2019**

_____
**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BEAUTIFUL BROWS LLC | § | Case No. 18-66766-jwc |
| | § | |
| Debtor. | § | |

**ORDER GRANTING THE MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE UNDER CHAPTER 7**

This matter came before the Court on the *Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7* (the "**Conversion Motion**") (Docket No. 160)[1] filed by S. Gregory Hays, Chapter 11 Trustee (the "**Trustee**") for the

---

[1] Capitalized, but undefined, terms herein shall have the meaning ascribed to such terms in the Application.

1

bankruptcy estate of Beautiful Brows, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**") seeking the entry of an order (this "**Order**") converting this Case to a case under Chapter 7 of the Bankruptcy Court.  This matter having come for hearing before this Court on August 29, 2019 (the "**Hearing**"), the Court having reviewed and considered the Motion and argument of counsel and statements of parties at the Hearing and having found that due and adequate notice of the Conversion Motion and the Hearing was provided under the circumstances of this Case, and that good cause exists for the conversion of this Chapter 11 Case to a case under Chapter 7 of the Bankruptcy Code, it is

ORDERED that the Conversion Motion is GRANTED; and it is

FURTHER ORDERED, that this Case is hereby converted to a Case under Chapter 7 of the Bankruptcy Code effective August 30, 2019; and it is

FURTHER ORDERED, that the United States Trustee is directed to appoint a Chapter 7 Trustee for the Debtor; and it is

FURTHER ORDERED,  that

1)  the debtor and its officers and agents shall, forthwith, turn over to the chapter 7 trustee all records and property of the estate in their possession or control and shall immediately turnover any other property of the estate which hereinafter comes into their possession or control during the pendency of this case; and

2)  the debtor shall cooperate and assist the chapter 7 trustee in identifying, assembling, and collecting property of the estate and shall provide the trustee will all documents pertaining to

assets of the estate as the trustee requests; and

    3) not later than 14 days after entry of this Order, the debtor shall file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim and serve a copy of the schedule on the trustee and the United States Trustee; and

    4) not later than 28 days after entry of this Order, the debtor shall file and transmit to the trustee and the United States Trustee a final report and account regarding the status and disposition of all assets of the estate, including proceeds of assets of the estate; and

    5) not later than 28 days after entry of this Order, the debtor shall file and transmit to the United States Trustee monthly operating reports for each month or period through the date of conversion for which reports have not already been filed; and

    6) not later than 28 days after entry of this Order, or by such date as may be subsequently set by the Court for the filing of administrative expense claims arising in the Chapter 11 Case, all professionals employed by the debtor shall file an application for final approval of fees and expenses incurred in or in connection with administration of the case under chapter 11 or, alternatively, turn over to the appointed chapter 7 trustee any and all retainers, monies, or other

remuneration received from the debtor prior to or after the filing of the petition for services rendered in or in connection with the chapter 11 case.

***END OF DOCUMENT***

Prepared and Presented by:

    LAW OFFICES OF HENRY F. SEWELL JR., LLC

    */s/ Henry F. Sewell, Jr.*
    Henry F. Sewell, Jr.
    Georgia Bar No. 636265
    2964 Peachtree Road NW, Suite 555
    Atlanta, GA 30305
    (404) 926-0053
    hsewell@sewellfirm.com
    COUNSEL FOR THE CHAPTER 11 TRUSTEE

Reviewed by:
Nancy J. Gargula
United States Trustee
Region 21

By: */s/ Thomas W. Dworschak*
    Thomas W. Dworschak
    Trial Attorney
    Georgia Bar No. 236380
    United States Department of Justice
    Office of the United States Trustee
    Suite 362, Richard Russell Building
    75 Ted Turner Drive, SW
    Atlanta, GA 30303
    404-331-4437, ext. 145
    thomas.w.dworschak@usdoj.gov

## DISTRIBUTION LIST

Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Thomas W. Dworschak, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Beautiful Brows LLC
5002 North Royal Atlanta Dr.
Suite M
Tucker, Georgia 30084