

**IT IS ORDERED as set forth below:**

**Date: October 10, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| BEAUTIFUL BROWS LLC, | § | Case No. 18-66766-jwc |
| | § | |
| Debtor. | § | |

**BAR ORDER ESTABLISHING DEADLINE FOR FILING REQUESTS
FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
PURSUANT TO 11 U.S.C. § 503 ARISING IN CHAPTER 11 ONLY
<u>OCTOBER 3, 2018 - AUGUST 30, 2019</u>**

**<u>THIS IS A BAR ORDER</u>**

**TO:** ALL POTENTIAL HOLDERS OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS AGAINST THE DEBTOR FOR THE PERIOD OCTOBER 3, 2018 TO AND THROUGH AUGUST 30, 2019.

**PLEASE TAKE NOTICE** that S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Beautiful Brows LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**") has filed a *Motion to Set Administrative Claims Bar Date* [Doc. No. 184] (the "**Motion**"). In the Motion, the Trustee requests the entry of an order establishing a bar

date for the filing of a request for allowance and payment of administrative expenses claims under 11 U.S.C. § 503, including under 11 U.S.C. § 503(b)(9), in the Chapter 11 Case of the Debtor.

Upon consideration of the Motion and for good cause shown, it is hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. You are hereby notified as follows:

    a. "Administrative Expense Claim" in this order means a claim for payment of an administrative expense of a kind specified in 11 U.S.C. § 503(b), and referred to in 11 U.S.C. § 507(a)(1). 11 U.S.C. § 503(b)(1)(A)(i) provides, and this order hereby directs, that Administrative Expense Claims include, without limitation wages, salaries, and commissions for services rendered for the period October 3, 2018 to and through August 30, 2019.

    b. Notwithstanding the paragraph just above, Administrative Expense Claims in this order do not include (a) any claim or request for compensation or reimbursement under 11 U.S.C. § 330 or § 331 for the Trustee or anyone whom he has hired, (b) any entity whose administrative expense claim has been previously allowed by a final order of the Court and (c) fees due the United States Trustee under 28 U.S.C. § 1930. These are the only Chapter 11 Administrative Claims exempted from the scope of this Bar Order.

3. **NOTICE IS HEREBY GIVEN THAT ANY APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM ARISING WHILE THIS BANKRUPTCY CASE WAS A CASE UNDER CHAPTER 11 OF TITLE 11, UNITED STATES CODE MUST BE FILED ON OR BEFORE DECEMBER 2, 2019, WITH THE**

**CLERK OF THE BANKRUPTCY COURT, 13th FLOOR, UNITED STATES COURTHOUSE, 75 TED TURNER DRIVE SW, ATLANTA, GA 30303**;

4. **ANY ADMINISTRATIVE EXPENSE CLAIM FOR THE PERIOD OCTOBER 3, 2018 THROUGH AUGUST 30, 2019 THAT IS NOT FILED BY DECEMBER 2, 2019, MAY BE BARRED, AND THEREBY SHALL RECEIVE NO DISTRIBUTION OR PAYMENT FROM THIS DEBTOR'S BANKRUPTCY ESTATE – EXCEPT THAT ANY CLAIM THAT HAS ALREADY BEEN ALLOWED BY AN ORDER OF THIS COURT NEED NOT BE RE-FILED;** and

5. The Trustee shall serve this Order and Notice upon all known creditors of the debtor, all parties in interest to this case, all parties that have filed a notice of appearance in this case, and any party that the Trustee reasonably believes may hold an Administrative Expense Claim, no later than ten days after entry of this order.

### *** END OF ORDER ***

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE TRUSTEE

DISTRIBUTION LIST

Henry F. Sewell, Jr.
Suite 555
2964 Peachtree Road, NW
Atlanta, Georgia 30305

Office of the United States Trustee
c/o Thomas Wayne Dworschak, Esq.
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Beautiful Brows LLC
5002 North Royal Atlanta Dr
Suite M
Tucker, GA 30084