**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| BEAUTIFUL BROWS LLC, | § | Case No. 18-66766-jwc |
| | § | |
| Debtor. | § | |

## NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING

**PLEASE TAKE NOTICE** that S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Beautiful Brows LLC, Debtor in the above captioned case, filed an *Objection by Trustee to the Claim Asserted by the Internal Revenue Service* (the "**Objection**") on October 23, 2019.[1]

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within thirty (30) days from the date of service of this notice. **If you object to the relief requested in the Objection, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive Street, SW, Atlanta, Georgia 30303, and serve a copy on the counsel for the Trustee at: Law Offices of Henry F. Sewel Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, Georgia, 30305 and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Objection has been scheduled for **11:00 a.m.** on **December 5, 2019**, in **Courtroom 1203**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

---

[1] The Objection is on file with the Clerk of the Court at the address set forth below and is available for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for the Trustee identified below.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: October 23, 2019.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| BEAUTIFUL BROWS LLC, | § | Case No. 18-66766-jwc |
| | § | |
| Debtor. | § | |

**OBJECTION BY TRUSTEE TO THE CLAIM ASSERTED
BY THE INTERNAL REVENUE SERVICE**

**COMES NOW**, S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Beautiful Brows LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Bankruptcy Case**"), by and through counsel, and hereby files this *Objection by Trustee to the Claim Asserted by the Internal Revenue Service* (the "**Objection**") to object to the Proof of Claim (Claim 3 dated October 22, 2018, as amended and modified, including, most recently by Claim 3-5 filed on October 1, 2019, the "**IRS Claim**") filed by the Department of the Treasury - Internal Revenue Service (the "**IRS**") in the Bankruptcy Case.[1] In support thereof, the Trustee respectfully shows the Court as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Objection pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue of this proceeding is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Trustee recognizes that the IRS also filed a Request for Payment of a purported administrative expense on May 22, 2019, as Claim 17-1 and that such claim was subsequently amended to zero pursuant to Claim 17-2 filed on June 25, 2019. The Trustee agrees that the amount of such claim is zero and, as such, this Objection does not consider such claim an outstanding claim; however, the Trustee reserves the right to object to such claim should the IRS attempt to modify and/or amend such claim.

2. The predicates for the relief requested herein are Sections 105, 501, and 502 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## PROCEDURAL BACKGROUND

3. On October 3, 2018 (the "**Petition Date**"), the Debtor initiated the Case by filing a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Georgia (the "**Court**").

4. On November 21, 2018, the United States Trustee filed a Notice of Appointment of Chapter 11 Trustee and Setting of Bond [Doc. No. 46] pursuant to which S. Gregory Hays was appointed as the Chapter 11 Trustee for the bankruptcy estate of the Debtor. After the United States Trustee filed an Application for Approval of Selection of Appointment of Chapter 11 Trustee [Doc. No. 47] on November 21, 2018, the Court entered an Order Approving Appointment of Chapter 11 Trustee [Doc. No. 49] on November 26, 2018, to confirm the appointment of S. Gregory Hays as the Chapter 11 trustee in the Case.

5. On September 3, 2019, the Court converted the Case to a proceeding under Chapter 7 effective August 30, 2019 [Doc. No. 170] and directed the United States Trustee to appoint a trustee in the Chapter 7 Case.

6. On September 4, 2019, the United States Trustee filed a Notice of Appointment of Interim Trustee and Section 341(a) Meeting of Creditors [Doc. No. 171] in which S. Gregory Hays was appointed as interim trustee in the Chapter 7 Case. The Trustee remains the duly acting Chapter 7 Trustee for the bankruptcy estate of the Debtor.

2

## **IRS CLAIM SUBJECT TO OBJECTION**

7. The Trustee is in the process of reviewing all claims that have been filed in the Bankruptcy Case. As part of this review, the Trustee determined that no amount is due to the IRS and, as such, the IRS Claim should be disallowed.

8. The IRS Claim was originally filed incident to a Proof of Claim dated October 22, 2018, and has been amended most recently by Claim 3-5 filed on October 1, 2019. Claim 3-5 in the Bankruptcy Case asserts a purported claim in the amount of $21,500.51 for outstanding taxes or penalties purportedly due to the IRS through the third quarter of 2018 with $19,305.32 of such claim purportedly entitled to priority under 11 U.S.C. § 507(a) and the remaining amount of $2,195.19 arising as a purported penalty on the purported unsecured priority claim.

9. Instead of confirming that any amount was due to the IRS, the investigation by the Trustee of the IRS Claim discovered overpayments to the IRS in both the second and third quarters of 2018. Attached as **Exhibit A** hereto and incorporated herein by reference are the 941-X forms indicating overpayments by the Debtor of: a) $3,675.79 for the second quarter of 2018; and b) $2,749.60 for the third quarter of 2018.

10. The Trustee contacted the party who completed the IRS Claim, Angela Denise Anderson, to obtain the voluntary withdrawal of the IRS Claim. As of the date of this Objection, the Trustee has not heard back from Ms. Anderson and the IRS has not withdrawn the IRS Claim.

11. The Trustee objects to the IRS Claim because the documentation available to the Trustee indicates that: a) no amount is due to the IRS; and b) the IRS Claim was filed in an amount that is in excess of an allowable claim against the Debtor and, as such, the Trustee maintains that the IRS Claim should be disallowed as a claim in the Bankruptcy Case.

**RELIEF REQUESTED**

12. Pursuant to this Objection, the Trustee respectfully requests that this Court: a) disallow the IRS Claim; b) find that the IRS is not entitled to receive a distribution in the Bankruptcy Case; and c) grant the Trustee such other and further relief as the Court may deem just and proper.

**BASIS FOR RELIEF**

13. The Trustee has determined that there is no basis for treating the IRS Claim as an outstanding claim in the Bankruptcy Case. Indeed, documentation available to the Trustee indicates that: a) the Debtor overpaid the IRS in both the second and third quarters of 2018; and b) no amount is due to the IRS related to such periods.

14. Under the circumstances, the IRS Claim cannot be treated as a valid claim in the Bankruptcy Case. Accordingly, the Trustee hereby objects to the allowance of the IRS Claim and respectfully requests that the IRS Claim be disallowed.

15. The Trustee reserves the right to: a) object further to the IRS Claim on any and all additional factual or legal grounds and object to any other claim asserted by the IRS; and b) object to any other claims filed in the Bankruptcy Case. Without limiting the generality of the foregoing, the Trustee specifically reserves the right to: a) supplement, modify, or amend this Objection; b) file additional papers in support of this Objection as the Trustee deems appropriate; c) object to the IRS Claim on other grounds not stated herein; and d) take appropriate action to: i) respond to any allegation or defense that may be raised in a response filed by or on behalf of the IRS or other interested parties; and/or ii) further object to the IRS Claim based on additional information that may be produced to or discovered by the Trustee.

**WHEREFORE**, the Trustee requests that the Court:

1. sustain this Objection;

2. grant the relief requested in this Objection with regard to the IRS Claim and enter an order, substantially in the form as the proposed order attached as **Exhibit B** hereto, disallowing the IRS Claim; and

3. grant the Trustee such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 23rd day of October, 2019.

                        LAW OFFICES OF HENRY F. SEWELL JR., LLC

                        */s/ Henry F. Sewell, Jr.*
                        Henry F. Sewell, Jr.
                        Georgia Bar No. 636265
                        Buckhead Centre
                        2964 Peachtree Road NW, Suite 555
                        Atlanta, GA 30305
                        (404) 926-0053
                        hsewell@sewellfirm.com

                        COUNSEL FOR THE CHAPTER 7 TRUSTEE

**Exhibit A**

**Form Filing Instructions**

# 941-X

## Period Ending 06/30/18

| | |
|---|---|
| **Name:** | BEAUTIFUL BROWS LLC GA |
| **Due Date:** | 03/31/19 |
| **Remittance:** | None is required. There is an overpayment of $ 3675.29. |
| **Mail To:** | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0005 |
| **Signature:** | Remember to sign and date the return before sending. |

# Form 941-X: Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund

(Rev. April 2017)    Department of the Treasury — Internal Revenue Service    OMB No. 1545-0029

**Employer identification number (EIN)**

**Name** (not your trade name): BEAUTIFUL BROWS LLC GA

**Trade name** (if any):

**Address**: 5002 N Royal Atlanta Dr Ste M
Number — Street — Suite or room number

Tucker — GA — 30084
City — State — ZIP code

Foreign country name — Foreign province/county — Foreign postal code

### Return You're Correcting ...

Check the type of return you're correcting:
- [X] 941
- [ ] 941-SS

Check the ONE quarter you're correcting:
- [ ] 1: January, February, March
- [X] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Enter the calendar year of the quarter you're correcting: **2018** (YYYY)

Enter the date you discovered errors: **02/19/2019** (MM / DD / YYYY)

Read the separate instructions before completing this form. Use this form to correct errors you made on Form 941 or 941-SS. Use a separate Form 941-X for each quarter that needs correction. Type or print within the boxes. You MUST complete all three pages. Don't attach this form to Form 941 or 941-SS.

## Part 1: Select ONLY one process. See page 4 for additional guidance.

- [ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you're correcting both underreported and overreported amounts on this form. The amount shown on line 21, if less than zero, may only be applied as a credit to your Form 941, Form 941-SS, or Form 944 for the tax period in which you're filing this form.

- [X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 21. Don't check this box if you're correcting ANY underreported amounts on this form.

## Part 2: Complete the certifications.

- [X] **3.** I certify that I've filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

**Note.** If you're correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5. If you're correcting overreported amounts, for purposes of the certifications on lines 4 and 5, Medicare tax doesn't include Additional Medicare Tax. Form 941-X can't be used to correct overreported amounts of Additional Medicare Tax unless the amounts weren't withheld from employee wages or an adjustment is being made for the current year.

**4.** If you checked line 1 because you are adjusting overreported amounts, check all that apply. You must check at least one box.
I certify that:

- [ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax or Additional Medicare Tax for the current year and the overcollected social security tax and Medicare tax for current and prior years. For adjustments of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **b.** The adjustments of social security tax and Medicare tax are for the employer's share only. I couldn't find the affected employees or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **c.** The adjustment is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

**5.** If you checked line 2 because you're claiming a refund or abatement of overreported employment taxes, check all that apply.
You must check at least one box.
I certify that:

- [X] **a.** I repaid or reimbursed each affected employee for the overcollected social security tax and Medicare tax. For claims of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security tax and Medicare tax. For refunds of employee social security tax and Medicare tax overcollected in prior years, I also have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I couldn't find the affected employees; or each affected employee didn't give me a written consent to file a claim for the employee's share of social security tax and Medicare tax; or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

- [ ] **d.** The claim is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

Next ➡

For Paperwork Reduction Act Notice, see the instructions.    www.irs.gov/Form941X    Form **941-X** (Rev. 4-2017)

DAA

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter | 2 | (1, 2, 3, 4) |
|---|---|---|---|---|
| BEAUTIFUL BROWS LLC GA | | Correcting calendar year (YYYY) | 2018 | |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank.

| | | Column 1<br>Total corrected amount (for ALL employees) | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|
| 6. | **Wages, tips and other compensation** (Form 941, line 2) | 155877.32 | − 168814.47 | = −12937.15 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| 7. | **Federal income tax withheld from wages, tips, and other compensation** (Form 941, line 3) | 13140.65 | − 14836.55 | = −1695.90 | Copy Column 3 here ▶ | −1695.90 |
| 8. | **Taxable social security wages** (Form 941 or 941-SS, line 5a, Column 1) | 155877.32 | − 168814.47 | = −12937.15 | × 0.124* = | −1604.21 |
| | | | | | *If you're correcting your employer share only, use 0.062. See instructions. | |
| 9. | **Taxable social security tips** (Form 941 or 941-SS, line 5b, Column 1) | | − | = | × 0.124* = | |
| | | | | | *If you're correcting your employer share only, use 0.062. See instructions. | |
| 10. | **Taxable Medicare wages and tips** (Form 941 or 941-SS, line 5c, Column 1) | 155877.32 | − 168814.47 | = −12937.15 | × 0.029* = | −375.18 |
| | | | | | *If you're correcting your employer share only, use 0.0145. See instructions. | |
| 11. | **Taxable wages & tips subject to Additional Medicare Tax withholding** (Form 941 or 941-SS, line 5d) | | − | = | × 0.009 = | |
| | | | | | *Certain wages and tips reported in Column 3 shouldn't be multiplied by 0.009. See instructions. | |
| 12. | **Section 3121(q) Notice and Demand - Tax due on unreported tips** (Form 941 or 941-SS, line 5f) | | − | = | Copy Column 3 here ▶ | |
| 13. | **Tax adjustments** (Form 941 or 941-SS, lines 7-9) | | − | = | Copy Column 3 here ▶ | |
| 14. | **Qualified small business payroll tax credit for increasing research activities** (Form 941 or 941-SS, line 11; you must attach Form 8974) | | − | = | See instructions | |
| 15. | **Special addition to wages for federal income tax** | | − | = | See instructions | |
| 16. | **Special addition to wages for social security taxes** | | − | = | See instructions | |
| 17. | **Special addition to wages for Medicare taxes** | | − | = | See instructions | |
| 18. | **Special addition to wages for Additional Medicare Tax** | | − | = | See instructions | |
| 19. | Combine the amounts on lines 7–18 of Column 4 ................................................... | | | | | −3675.29 |
| 20a. | **COBRA premium assistance payments** (see instructions) | | − | = | See instructions | |
| 20b. | **Number of individuals provided COBRA premium assistance** (see instructions) | | − | = | | |
| 21. | **Total.** Combine the amounts on lines 19 and 20a of Column 4 ................................................... | | | | | −3675.29 |

**If line 21 is less than zero:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 for the tax period in which you're filing this form. (If you're currently filing a Form 944, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 21 is more than zero, this is the amount you owe.**    Pay this amount by the time you file this return. For information on how to pay, see *Amount you owe* in the instructions.

Next ▶

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter | 2 | (1, 2, 3, 4) |
|---|---|---|---|---|
| BEAUTIFUL BROWS LLC GA | | Correcting calendar year | 2018 | (YYYY) |

**Part 4:** Explain your corrections for this quarter.

[X] **22.** **Check here if any corrections you entered on a line include both underreported and overreported amounts.** Explain both your underreported and overreported amounts on line 24.

[ ] **23.** **Check here if any corrections involve reclassified workers.** Explain on line 24.

**24.** **You must give us a detailed explanation of how you determined your corrections.** See the instructions.

```
Checks was not issued to employees
```

**Part 5:** Sign here. You must complete all three pages of this form and sign it.

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**X** Sign your name here: *Krishnan Company, P.C., CPA*

Print your name here: KRISHNAN COMPANY
Print your title here: CPA

Date: 2/18/19
Best daytime phone: 770-368-1030

**Paid Preparer Use Only**       Check if you're self-employed [ ]

| Preparer's name | | PTIN | |
| Preparer's signature | | Date | 2/18/19 |
| Firm's name (or yours if self-employed) | Krishnan Company, PC, CPA | EIN | |
| Address | 746 Holcomb Bridge Rd | Phone | 770-368-1030 |
| City | Norcross | State | GA | ZIP code | 30071-1325 |

Page 3
DAA

Form **941-X** (Rev. 4-2017)

**Form Filing Instructions**

# 941-X

## Period Ending 09/30/18

| | |
|---|---|
| **Name:** | BEAUTIFUL BROWS LLC GA |
| **Due Date:** | 03/31/19 |
| **Remittance:** | None is required. There is an overpayment of $ 2749.60. |
| **Mail To:** | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0005 |
| **Signature:** | Remember to sign and date the return before sending. |

Form **941-X:** Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund
(Rev. April 2017)    Department of the Treasury — Internal Revenue Service
OMB No. 1545-0029

**Employer identification number (EIN)**

**Name** (not your trade name): BEAUTIFUL BROWS LLC GA

**Trade name** (if any):

**Address:** 5002 N Royal Atlanta Dr Ste M
Number    Street    Suite or room number

Tucker    GA    30084
City    State    ZIP code

Foreign country name    Foreign province/county    Foreign postal code

Read the separate instructions before completing this form. Use this form to correct errors you made on Form 941 or 941-SS. Use a separate Form 941-X for each quarter that needs correction. Type or print within the boxes. You MUST complete all three pages. Don't attach this form to Form 941 or 941-SS.

**Return You're Correcting ...**

Check the type of return you're correcting:
- [X] 941
- [ ] 941-SS

Check the ONE quarter you're correcting:
- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [X] 3: July, August, September
- [ ] 4: October, November, December

Enter the calendar year of the quarter you're correcting: **2018** (YYYY)

**Enter the date you discovered errors:** 02/19/2019 (MM / DD / YYYY)

**Part 1: Select ONLY one process. See page 4 for additional guidance.**

- [ ] **1. Adjusted employment tax return.** Check this box if you underreported amounts. Also check this box if you overreported amounts and you would like to use the adjustment process to correct the errors. You must check this box if you're correcting both underreported and overreported amounts on this form. The amount shown on line 21, if less than zero, may only be applied as a credit to your Form 941, Form 941-SS, or Form 944 for the tax period in which you're filing this form.

- [X] **2. Claim.** Check this box if you overreported amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 21. Don't check this box if you're correcting ANY underreported amounts on this form.

**Part 2: Complete the certifications.**

- [X] **3.** I certify that I've filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

**Note.** If you're correcting underreported amounts only, go to Part 3 on page 2 and skip lines 4 and 5. If you're correcting overreported amounts, for purposes of the certifications on lines 4 and 5, Medicare tax doesn't include Additional Medicare Tax. Form 941-X can't be used to correct overreported amounts of Additional Medicare Tax unless the amounts weren't withheld from employee wages or an adjustment is being made for the current year.

**4. If you checked line 1 because you are adjusting overreported amounts, check all that apply.** You must check at least one box.
I certify that:
- [ ] **a.** I repaid or reimbursed each affected employee for the overcollected federal income tax or Additional Medicare Tax for the current year and the overcollected social security tax and Medicare tax for current and prior years. For adjustments of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] **b.** The adjustments of social security tax and Medicare tax are for the employer's share only. I couldn't find the affected employees or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] **c.** The adjustment is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

**5. If you checked line 2 because you're claiming a refund or abatement of overreported employment taxes, check all that apply.**
You must check at least one box.
I certify that:
- [X] **a.** I repaid or reimbursed each affected employee for the overcollected social security tax and Medicare tax. For claims of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] **b.** I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security tax and Medicare tax. For refunds of employee social security tax and Medicare tax overcollected in prior years, I also have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] **c.** The claim for social security tax and Medicare tax is for the employer's share only. I couldn't find the affected employees; or each affected employee didn't give me a written consent to file a claim for the employee's share of social security tax and Medicare tax; or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.
- [ ] **d.** The claim is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

Next →

For Paperwork Reduction Act Notice, see the instructions.    www.irs.gov/Form941X    Form **941-X** (Rev. 4-2017)
DAA

**Name** *(not your trade name)*  
BEAUTIFUL BROWS LLC GA

**Employer identification number** *(EIN)*

**Correcting quarter** 3 (1, 2, 3, 4)

**Correcting calendar year** (YYYY) 2018

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank.

| | | Column 1<br>Total corrected amount (for ALL employees) | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|
| 6. | **Wages, tips and other compensation** (Form 941, line 2) | 123841.64 | − 135946.37 | = −12104.73 | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| 7. | **Federal income tax withheld from wages, tips, and other compensation** (Form 941, line 3) | 12295.32 | − 13192.89 | = −897.57 | Copy Column 3 here ▶ | −897.57 |
| 8. | **Taxable social security wages** (Form 941 or 941-SS, line 5a, Column 1) | 123841.64 | − 135946.37 | = −12104.73 | × 0.124* = | −1500.99 |
| | | | | | *If you're correcting your employer share only, use 0.062. See instructions. | |
| 9. | **Taxable social security tips** (Form 941 or 941-SS, line 5b, Column 1) | | − | = | × 0.124* = | |
| | | | | | *If you're correcting your employer share only, use 0.062. See instructions. | |
| 10. | **Taxable Medicare wages and tips** (Form 941 or 941-SS, line 5c, Column 1) | 123841.64 | − 135946.37 | = −12104.73 | × 0.029* = | −351.04 |
| | | | | | *If you're correcting your employer share only, use 0.0145. See instructions. | |
| 11. | **Taxable wages & tips subject to Additional Medicare Tax withholding** (Form 941 or 941-SS, line 5d) | | − | = | × 0.009 = | |
| | | | | | *Certain wages and tips reported in Column 3 shouldn't be multiplied by 0.009. See instructions. | |
| 12. | **Section 3121(q) Notice and Demand - Tax due on unreported tips** (Form 941 or 941-SS, line 5f) | | − | = | Copy Column 3 here ▶ | |
| 13. | **Tax adjustments** (Form 941 or 941-SS, lines 7-9) | | − | = | Copy Column 3 here ▶ | |
| 14. | **Qualified small business payroll tax credit for increasing research activities** (Form 941 or 941-SS, line 11; you must attach Form 8974) | | − | = | See instructions | |
| 15. | **Special addition to wages for federal income tax** | | − | = | See instructions | |
| 16. | **Special addition to wages for social security taxes** | | − | = | See instructions | |
| 17. | **Special addition to wages for Medicare taxes** | | − | = | See instructions | |
| 18. | **Special addition to wages for Additional Medicare Tax** | | − | = | See instructions | |
| 19. | Combine the amounts on lines 7–18 of Column 4 ................................................................. | | | | | −2749.60 |
| 20a. | **COBRA premium assistance payments** (see instructions) | | − | = | See instructions | |
| 20b. | **Number of individuals provided COBRA premium assistance** (see instructions) | | − | = | | |
| 21. | **Total.** Combine the amounts on lines 19 and 20a of Column 4 ................................................................. | | | | | −2749.60 |

**If line 21 is less than zero:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 for the tax period in which you're filing this form. (If you're currently filing a Form 944, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 21 is more than zero, this is the amount you owe.** Pay this amount by the time you file this return. For information on how to pay, see *Amount you owe* in the instructions.

Next ➡

Page **2**  
Form **941-X** (Rev. 4-2017)

| Name *(not your trade name)* | Employer identification number (EIN) | Correcting quarter | 3 | (1, 2, 3, 4) |
|---|---|---|---|---|
| BEAUTIFUL BROWS LLC GA | | Correcting calendar year (YYYY) 2018 | | |

**Part 4:** Explain your corrections for this quarter.

[X] **22.** Check here if any corrections you entered on a line include both underreported and overreported amounts. Explain both your underreported and overreported amounts on line 24.

[ ] **23.** Check here if any corrections involve reclassified workers. Explain on line 24.

**24.** You must give us a detailed explanation of how you determined your corrections. See the instructions.

```
Checks was not issued to employees
```

**Part 5:** Sign here. You must complete all three pages of this form and sign it.

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X **Sign your name here** *Krishnan Company, P.C., CPA*

Print your name here: KRISHNAN COMPANY
Print your title here: CPA

Date: 2/18/19
Best daytime phone: 770-368-1030

**Paid Preparer Use Only**   Check if you're self-employed [ ]

| | | | |
|---|---|---|---|
| Preparer's name | | PTIN | |
| Preparer's signature | | Date | 2/18/19 |
| Firm's name (or yours if self-employed) | Krishnan Company, PC, CPA | EIN | |
| Address | 746 Holcomb Bridge Rd | Phone | 770-368-1030 |
| City | Norcross | State GA | ZIP code 30071-1325 |

Page 3
DAA

Form **941-X** (Rev. 4-2017)

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| BEAUTIFUL BROWS LLC, | § | Case No. 18-66766-jwc |
| | § | |
| Debtor. | § | |

**ORDER SUSTAINING OBJECTION BY TRUSTEE TO THE CLAIM ASSERTED BY
THE INTERNAL REVENUE SERVICE**

On October 23, 2019, S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Beautiful Brows LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Bankruptcy Case**"), filed an *Objection by Trustee to the Claim Asserted by the Internal Revenue Service* (Doc. No. \_\_\_\_, the "**Objection**"). The Objection seeks the entry of an Order disallowing the Proof of Claim (Claim 3 dated October 22, 2018, as amended and modified, including, most recently by Claim 3-5 filed October 1, 2019, the "**IRS Claim**") filed

by the Department of the Treasury - Internal Revenue Service (the "**IRS**") in the Bankruptcy Case.[1]

Also on October 23, 2019, counsel for the Trustee filed a notice setting the Objection and any responses thereto for hearing on December 5, 2019 (the "**Hearing**"). All requisite parties-in-interest had an opportunity to file a response to the Objection and attend the Hearing to support any asserted response to the Objection. No response to the Objection was filed and no creditor or party in interest appeared to oppose the relief requested in the Objection.

Having reviewed and considered the Objection and all other matters of record, including the lack of objection thereto, after due deliberation thereon and finding that good cause exists for the entry of this Order and that no further notice or opportunity for hearing is required, for good cause shown, it is hereby ORDERED that:

1. The Objection is SUSTAINED and GRANTED;

2. The IRS Claim is disallowed;

3. The IRS is not entitled to receive a distribution in the Bankruptcy Case;

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and

5. The Court shall retain jurisdiction over the interpretation or the implementation of this Order.

***END OF ORDER***

---

[1] Capitalized, but undefined terms used herein shall have the meaning ascribed to such terms in the Objection.

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 7 TRUSTEE

**Identification of parties to be served:**

Lindsay P.S. Kolba, Esq.
Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ms. Angela Denise Anderson
Bankruptcy Specialist
Internal Revenue Service
401 W. Peachtree St.
M/S 334-D
Atlanta, GA 30308-3539

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| BEAUTIFUL BROWS LLC, | § | Case No. 18-66766-jwc |
| | § | |
| Debtor. | § | |

## CERTIFICATE OF SERVICE

This is to certify that service of the foregoing *Objection by Trustee to the Claim Asserted by the Internal Revenue Service* was served via the United States Bankruptcy Court for the Northern District of Georgia's Electronic Case Filing System to all registered parties who have filed appearances and requested notices in this case and by first class United States mail with adequate postage thereon or electronic mail, as indicated, to the following at the addresses stated below:

Lindsay P.S. Kolba, Esq.
Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ms. Angela Denise Anderson
Bankruptcy Specialist
Internal Revenue Service
401 W. Peachtree St.
M/S 334-D
Atlanta, GA 30308-3539

Dated: October 23, 2019.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

   */s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE