IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766**-JWC |
| | ) | |
| **BEAUTIFUL BROWS LLC**, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPLICATION FOR PROFESSIONAL COMPENSATION
## AND DEADLINE TO OBJECT

**PLEASE TAKE NOTICE** that Jason L. Pettie, P.C. has filed its Application For Professional Compensation (the "Application") on November 4, 2019

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files an objection within **twenty-one (21) days** from the date of service of this notice. Any person wishing to object to the Application must timely file an objection with the Bankruptcy Clerk at the following address: *Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr, S.W., Atlanta, Georgia 30303*, and must serve a copy on the trustee at the following address: Jason L. Pettie, P.O. Box 17936, Atlanta, Georgia 30316, and any other appropriate persons by the objection deadline. The response or objection must be actually received by the Bankruptcy Clerk within the required time.

A hearing on this matter has been scheduled for December 5, 2019 in Courtroom 1203, United States Courthouse, 75 Ted Turner Dr, S.W., Atlanta, Georgia, at 11:00 a.m. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order is entered approving the motion prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the motion prior to the hearing, the hearing will be held at the time and place as scheduled.

Your rights may be affected. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated:   11/04/2019                                                By:   */s/ Jason L. Pettie*
                                                                                       Georgia Bar No. 574783

Jason L. Pettie, P.C.
P.O. Box 17936
Atlanta, GA 30316
404-638-5984
*jasonpettie@gmail.com*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766**-JWC |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## APPLICATION FOR PROFESSIONAL COMPENSATION

COMES NOW, Jason L. Pettie (the "**Applicant**") and hereby makes this application pursuant to 11 U.S.C. § 330 of the Bankruptcy Code for entry of an Order allowing compensation for services rendered in this case. In support hereof, the applicant respectfully shows the Court as follows:

1. On October 3, 2018 (the "**Petition Date**"), Beautiful Brows, LLC (the "**Debtor**"), commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330, *et seq.* (the "**Bankruptcy Code**").

2. Applicant had originally served as counsel for the Debtor-In-Possession pursuant to the Order entered October 26, 2018 [Doc. No. 30]. On November 16, 2019, the Court entered a consent order appointing a limited Chapter 11 Trustee [Doc. No. 43] (the "**Limited Appointment Order**").

3. Pursuant to application and Order of this Court entered on May 29, 2019 [Doc. No. 144], Trustee also employed Applicant as special counsel in these proceedings (the "**Special Counsel Order**").

4. Under the terms of the Limited Appointment Order, the Debtor continued to operate the business and Applicant provided good and valuable services on behalf of the Estate of the Debtor as requested by the Trustee.

5. Applicant's services included the following:

1

a. Applicant worked to maintain the cooperation of the Debtor's officers with the Trustee. Applicant provided the Trustee with documents and records as needed, including, but not limited to, all required operating reports.

b. Applicant identified certain avoidable transfers, and Applicant filed an adversary proceeding to avoid post-petition transfers that the Debtor's merchant account processor had taken from the Debtor's account. Applicant's efforts resulted will ultimately result in the Estate recovering a total of $25,488.59.

c. Applicant also worked to avoid a creditor's lien on vehicles owned by the Debtor. Applicant communicated with the creditor's attorney and prepared another adversary proceeding, which ultimately did not have to be filed. Such efforts resulted in the Estate selling the vehicles at auction for a total of $34,980.

d. Applicant worked to sell the Debtor's business assets. Applicant assisted the Trustee in recovering certain personal property that had been transferred to the Debtor's related entity, Tucker Imports, and such property was sold at auction. Applicant also worked diligently to sell the Debtor's business as a going-concern. Applicant prepared required pleadings to complete the sale including documents related to the assumption and assignment of leases, which, at-times, was a very contentious process due to the Debtor's strained relationship with its landlords. Applicant prepared business broker's listing agreement, the buyer's asset purchase agreement, and the motion to approve the sale of the Debtor's business.

6. Members of said law firm kept records of their time devoted to said case on a regular basis and billed said time at rates ranging from $330.00 up to $360.00 per hour for attorney Jason L. Pettie, which is a reasonable rate for his time.

7. A reasonable charge for all services rendered in this matter would be at least $33,588.00 based upon the hours devoted, the results obtained and the rate of charge as set forth in Exhibit "A". However, the Special Counsel Order provided that the scope of Applicant's representation would be limited to the specific purpose of assisting with Trustee's efforts to sell Debtor's business, and Applicant has further reduced his requested fee to assist Trustee in making a distribution in this case. Accordingly, Applicant is only seeking compensation from the Estate in the amount of $11,232.00, plus reimbursement of expenses in the amount of $233.91 for service of pleadings.

8. For the remainder of Applicant's services, Applicant only seeks the allowance of $5,900.00 so that Applicant may draw down the retainer that Applicant received prior to filing this case.

9. Applicant's services allowed Trustee to complete the Debtor's Chapter 11 case in an efficient and cost-effective manner that would not have been possible without Applicant's services. Applicant undertook these services when there was an extremely high risk of non-payment, because the Debtor's tenuous position often made it appear that this case would convert to Chapter 7 without a successful sale of the Debtor's business. Accordingly, Applicant's requested compensation should be viewed as both reasonable and just.

10. No other payments have been made or promised to the Applicant for services rendered or to be rendered in any capacity whatsoever in connection with the case.

11. No agreement or understanding exists between the Applicant and any other person for the sharing of compensation received or to be received for services rendered in or in connection with the case.

**WHEREFORE**, Jason L. Pettie, P.C. respectfully prays that this Court authorize (a) compensation to Jason L. Pettie, P.C. in the amount of $11,232.00 plus reimbursement of expenses in the amount of $233.91 for Applicant's service as special counsel, and (b) allow Jason L. Pettie, P.C. $5,900.00 in compensation by authorizing Applicant to draw down the $5,900.00 retainer from Applicant's escrow account.

        **JASON L. PETTIE, P.C.**

By:  */s/ Jason L Pettie*
Jason L. Pettie
Georgia Bar Number 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

4

# INVOICE

**Exhibit "A"**

INVOICE NUMBER:  5
INVOICE DATE:  OCTOBER 31, 2019

FROM:  Jason L Pettie, PC
P.O. Box 17936
Atlanta, GA 30316

TO:  Beautiful Brows LLC

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-14-18 | Special Counsel | communications with Trustee and debtor's principal regarding items needed for potential broker's business financials, and discussion regarding potential cause of action against First Data for post-petition ACH charges | 0.30 | $360.00 | $108.00 |
| DEC-17-18 | Special Counsel | discussion with Trustee and debtor's principal regarding continuing post-petition ACH transfers by First Data; Prepare demand letter First Data regarding return of avoidable post-petition transfers from credit card receipts | 1.40 | $360.00 | $504.00 |
| DEC-20-18 | Special Counsel | communications with trustee and debtor's officer regarding retail lease locations and which locations could be sold; review reports from each location with debtor and trustee (.3 - not billed) | 0.00 | $360.00 | $0.00 |
| DEC-26-18 | Special Counsel | exchange communication with Trustee regarding monthly operating report (.1 - not billed) | 0.00 | $360.00 | $0.00 |
| JAN-02-19 | Special Counsel | Exchange communications with potential buyer regarding upcoming employment of business broker and question regarding debtor's operating locations (.2); exchange communication with Trustee regarding financials and plan to sell business (.1) | 0.30 | $360.00 | $108.00 |
| JAN-03-19 | Special Counsel | conference call with Trustee and debtor's officer regarding debtor's operations and whether debtor has sufficient cash flow to complete a sale; discussion regarding broker; discussion of recovery of post petition funds from First Data merchant account | 0.70 | $360.00 | $252.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-07-19 | Special Counsel | exchange communications with Trustee regarding upcoming motions to compel payment of rent and amounts needed to bring leases current; attention to how assignment of leases and cure would work with a sale of debtor's assets | 0.50 | $360.00 | $180.00 |
| JAN-08-19 | Special Counsel | exchange communications with Trustee and debtor's officer regarding payment of retail leases | 0.20 | $360.00 | $72.00 |
| JAN-14-19 | Special Counsel | exchange communications debtor's officer, trustee, and with landlord's attorney regarding lease payment and cure of arrearages | 0.80 | $360.00 | $288.00 |
| JAN-16-19 | Special Counsel | exchange communications debtor's officer, trustee, and with landlord's attorney regarding lease payment and cure of arrearages (.7); prepare for hearing on motions for relief from stay regarding retail locations and to compel payment of rent (1.5) | 2.20 | $360.00 | $792.00 |
| JAN-17-19 | Special Counsel | Prepare for and attend hearing in order to retain debtor's retail locations | 1.00 | $360.00 | $360.00 |
| JAN-18-19 | Special Counsel | consult with Trustee and prepare agreement regarding sale of debtor's personal property (.9); exchange communications with trustee and debtor's officer regarding agreement (.2) | 1.10 | $360.00 | $396.00 |
| JAN-23-19 | Special Counsel | communications with Trustee and landlords' attorneys regarding consent orders on motions to compel payment of rent; communications with trustee regarding sale of debtor's personal property and rejection of retail location at Cobb Town Center | 0.60 | $360.00 | $216.00 |
| JAN-24-19 | Special Counsel | communications with Trustee and Saleem Delawalla regarding cure of lease arrears, rejection of Cobb Town Center location; and value from sale of business with two retail locations | 0.80 | $360.00 | $288.00 |
| JAN-29-19 | Special Counsel | exchange communications with Trustee and counsel for Simon Properties regarding cure of arrears; | 0.30 | $360.00 | $108.00 |
| JAN-30-19 | Special Counsel | exchange communications with Trustee and counsel for Simon Properties regarding cure of arrears (.3); telephonic hearing in follow up to Simon's motion to compel payment of administrative expenses (.3); communications with attorney for Ameris Bank regarding planned assumption and rejection of leases and regarding final cash collateral order (.1) | 0.70 | $360.00 | $252.00 |
| JAN-31-19 | Special Counsel | exchange communications with Trustee regarding extension of time to assume leases (.1); prepare, revise, and file motion to extend time (1.4); exchange communications with Trustee and attorney for landlords regarding retention of leases (.2) | 1.70 | $360.00 | $612.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-01-19 | Special Counsel | Exchange communications with Trustee and Harold Kolbe, Business Broker, regarding marketing and sale of business and employment application; prepare employment application for broker | 0.40 | $360.00 | $144.00 |
| FEB-04-19 | Special Counsel | Exchange communications with attorney for Simon Group regarding rejection of Cobb Town Center location (.2); exchange communications with business broker regarding employment (.1) | 0.30 | $360.00 | $108.00 |
| FEB-12-19 | Special Counsel | communications with trustee regarding recovery of funds from First Data | 0.10 | $360.00 | $36.00 |
| FEB-13-19 | Special Counsel | communications with Trustee regarding potential avoidance of liens on debtor's vehicles | 0.20 | $360.00 | $72.00 |
| FEB-14-19 | Special Counsel | Exchange communications with trustee regarding complaint to recover funds from First Data; prepare, revise, and file adversary proceeding to avoid post petition transfers to First Data made from debtor's merchant account | 1.80 | $360.00 | $648.00 |
| FEB-15-19 | Special Counsel | exchange communications with potential buyer for business regard efforts to list business and needed financials (.2); prepare motion to sell debtor's personal property and motion for expedited hearing, as well as order on motion for expedited hearing (1.9) | 2.10 | $360.00 | $756.00 |
| MAR-05-19 | Special Counsel | communications with attorney for Platinum Federal Credit Union regarding Trustee's claims in vehicles and avoidable liens | 0.20 | $360.00 | $72.00 |
| MAR-06-19 | Special Counsel | Exchange communication with attorney for First Data regarding avoidance of post-petition transfers (.1); exchange communications with Trustee and Debtor's officer regarding payment of rent (.1); communications with attorney for Simon Property Group regarding objection to motion to extend time and agreement to continue hearing on debtor's ability to assume leases (.3) | 0.50 | $360.00 | $180.00 |
| MAR-07-19 | Special Counsel | exchange communications with attorney for Simon Group regarding proposed order affecting retention of Mall of Georgia lease and efforts to assign lease upon sale of business | 0.40 | $360.00 | $144.00 |
| MAR-11-19 | Special Counsel | exchange communications with attorney for Simon Group regarding proposed order affecting retention of Mall of Georgia lease and efforts to assign lease upon sale of business | 0.30 | $360.00 | $108.00 |
| MAR-12-19 | Special Counsel | discussion with attorney for First Data regarding avoidance of post-petition transfers | 0.20 | $360.00 | $72.00 |
| MAR-13-19 | Special Counsel | discussions with attorney for First Data regarding recovery of funds from avoidance action filed regarding deductions from debtor's merchant account | 0.30 | $360.00 | $108.00 |

INVOICE NUMBER: 5

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| APR-04-19 | Special Counsel | attend hearing on motion for relief from stay filed by Platinum Federal Credit Union; discussions with PFCU's attorney and attorney for Ameris Bank regarding avoidance of lien | 0.50 | $360.00 | $180.00 |
| APR-15-19 | Special Counsel | Begin preparing adversary proceeding to avoid lien on vehicles; discussion with Trustee regarding violation of automatic stay and potential to resolve matter with PFCU (1.1); prepare draft of amended application to employ firm to represent Trustee and exchange communications with Trustee regarding motion (.9); communications with Trustee regarding abandonment of records (.2) | 2.20 | $360.00 | $792.00 |
| APR-19-19 | Special Counsel | revise amended motion to employ firm as attorney for Trustee; exchange communications with Trustee regarding amended motion | 0.20 | $360.00 | $72.00 |
| APR-22-19 | Special Counsel | communication with Trustee regarding liens on vehicles and potential sale; exchange communications with attorney for PFCU regarding avoidance of lien | 0.20 | $360.00 | $72.00 |
| APR-22-19 | Special Counsel | exchange communications with Trustee and U.S. Trustee's attorney regarding amended motion to employ firm as attorney for Trustee | 0.20 | $360.00 | $72.00 |
| APR-30-19 | Special Counsel | Prepare and revise listing agreement with Business Broker to sell business assets (.7); exchange communications with Trustee regarding employment of Broker (.2) | 0.90 | $360.00 | $324.00 |
| MAY-01-19 | Special Counsel | exchange communications with Trustee regarding steps needed to sell business and assign leases (.2); Prepare application to employ Business Broker to sell debtor's business assets and prepare proposed order on application to employ (.5); exchange multiple communications with attorneys for landlords regarding extension of time to assume or reject leases (1.1); prepare revise and file motion to extend time to assume lease with CBL and prepare consent order on motion (.9) | 2.70 | $360.00 | $972.00 |
| MAY-01-19 | Special Counsel | prepare motion to extend time to assume lease with Simon Group (.3); legal research regarding timing of assumption or rejection (.4); telephone calls with attorney for Simon Group; prepare motion to assume Simon lease upon sale of business (2.6) | 3.30 | $360.00 | $1,188.00 |
| MAY-02-19 | Special Counsel | exchange communications with attorney for Simon Properties regarding assumption of Mall of Ga lease as part of sale of debtor's business (.2); communications with Business Broker and Trustee regarding sale of business (1.4) | 1.60 | $360.00 | $576.00 |
| MAY-03-19 | Special Counsel | exchange communications with Trustee and Business Broker regarding items needed by proposed buyer and timing of filing motion to approve sale. | 0.50 | $360.00 | $180.00 |

INVOICE NUMBER: 5

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| MAY-04-19 | Special Counsel | Exchange communications with Trustee and Business Broker regarding motion to approve sale of business assets and assignment of leases | 0.30 | $360.00 | $108.00 |
| MAY-06-19 | Special Counsel | exchange communications with Trustee and Business Broker regarding sale of business and potential offers; conversations with creditor interested in buying business | 1.90 | $360.00 | $684.00 |
| MAY-08-19 | Special Counsel | communications with creditor interested in buying business | 0.20 | $360.00 | $72.00 |
| MAY-09-19 | Special Counsel | Prepare and revise asset purchase agreement; exchange communications with trustee regarding proposed agreement | 2.70 | $360.00 | $972.00 |
| MAY-10-19 | Special Counsel | Prepare, revise, and file motion to approve sale of debtor's remaining business assets and to assume unexpired leases, and prepare and file motion for an expedited hearing on motion (3.2); exchange communications with broker regarding asset purchase agreement (.3) | 3.50 | $360.00 | $1,260.00 |
| MAY-13-19 | Special Counsel | prepare application to employ firm as special counsel to Trustee, and prepare proposed order on motion | 0.30 | $360.00 | $108.00 |
| MAY-22-19 | Special Counsel | Prepare for hearing on motion to approve sale of business and to assume and assign leases; communications with Trustee regarding hearing; conversations with creditor interested in bidding at hearing | 2.20 | $360.00 | $792.00 |
| MAY-23-19 | Special Counsel | Prepare for and attend hearing on motion to approve sale and to assume and assign leases; conversations with proposed buyer, Trustee and debtor's officers regarding proposed sale | 2.50 | $360.00 | $900.00 |
| MAY-24-19 | Special Counsel | exchange communications with attorneys for landlord, Trustee and proposed buyer regarding adequate protection information needed to assume and assign leases | 1.20 | $360.00 | $432.00 |
| MAY-28-19 | Special Counsel | revise and submit proposed order to employ firm as special counsel for Trustee; exchange communications with Trustee regarding proposed order | 0.20 | $360.00 | $72.00 |
| MAY-29-19 | Special Counsel | preparing for hearing and exchange communications with attorneys for landlords, trustee and broker regarding continued hearing to approve assumption and assignment of leases (.6); review response filed by Simon Properties and prepare response to motion (1.3); legal research regarding adequate protection for retail leases (1.0) | 2.90 | $360.00 | $1,044.00 |
| MAY-30-19 | Special Counsel | Prepare for and attend continued hearing on motion to assume and assign leases | 3.00 | $360.00 | $1,080.00 |
| MAY-31-19 | Special Counsel | exchange communications with buyer and trustee regarding final procedures for sale; revise asset purchase agreement | 0.90 | $360.00 | $324.00 |

INVOICE NUMBER: 5

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| JUN-01-19 | Special Counsel | exchange communications with debtor's officer and buyer regarding closing steps to complete sale of business | 0.20 | $360.00 | $72.00 |
| JUN-11-19 | Special Counsel | prepare application to employ auctioneer to sell debtor's vehicles and prepare proposed order on motion | 0.20 | $360.00 | $72.00 |
| JUN-14-19 | Special Counsel | exchange communications with trustee regarding sale of vehicles; prepare and revise motion to sell vehicles at auction | 0.40 | $360.00 | $144.00 |
| | | Total amount of this invoice | | | $19,548.00 |

# INVOICE

INVOICE NUMBER:  4

INVOICE DATE:  OCTOBER 31, 2019

FROM:  Jason L Pettie, PC
P.O. Box 17936
Atlanta, GA 30316

TO:  Beautiful Brows LLC

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-25-18 | 18-66766 Debtor | Exchange emails and telephone calls with Saleem Delawalla regarding potential bankruptcy filing | 0.30 | $330.00 | $99.00 |
| OCT-02-18 | 18-66766 Debtor | Telephone calls with Saleem Delawalla regarding matter; review tax returns and other financial information of client | 0.80 | $330.00 | $264.00 |
| OCT-03-18 | 18-66766 Debtor | Prepare and filed bankruptcy petition; related calls and emails with Saleem Delawalla regarding matter; meeting with Saleema Delawalla and Sameera Khatri at client's office regarding filing and to discuss additional needed documents | 4.10 | $330.00 | $1,353.00 |
| OCT-04-18 | 18-66766 Debtor | Prepare and submit order on application to employ attorney | 0.10 | $330.00 | $33.00 |
| OCT-05-18 | 18-66766 Debtor | exchange emails and telephone calls with client regarding preparation of schedules and statements; review superior court records to verify liens on client's property; related email to counsel for Ameris Bank regarding lien | 1.10 | $330.00 | $363.00 |
| OCT-09-18 | 18-66766 Debtor | exchange emails and telephone calls with client regarding completion of schedules and statements; exchange emails with U.S. Trustee's office regarding Initial Debtor Interview | 0.60 | $330.00 | $198.00 |
| OCT-10-18 | 18-66766 Debtor | exchange emails and telephone calls with client regarding completion of schedules and statements; review spreadsheets and financials from client regarding matter | 0.40 | $330.00 | $132.00 |
| OCT-12-18 | 18-66766 Debtor | Attention to completion of bankruptcy schedules and statements; exchange emails and telephone calls with client regarding information needed for initial debtor interview | 2.10 | $330.00 | $693.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-16-18 | 18-66766 Debtor | Attention to aged payables to employees and proposed operating budget; review motion filed by Ameris Bank; draft review and revise motion to approve use of cash collateral and motion for expedited hearing on motion; file debtor's small business statement | 4.80 | $330.00 | $1,584.00 |
| OCT-18-18 | 18-66766 Debtor | telephone calls with client regarding completion of schedules and regarding efforts to open DIP account and rejection by PNC bank; email to bank regarding matter; prepare email to Office of U.S. Trustee responding to Initial Debtor Interview Questions; exchange emails and telephone calls with client regarding Initial Debtor Interview | 2.90 | $330.00 | $957.00 |
| OCT-23-18 | 18-66766 Debtor | attention to completion of schedules and statements | 1.20 | $330.00 | $396.00 |
| OCT-24-18 | 18-66766 Debtor | telephone calls with client regarding completion of schedules and statements and hearing on motion to approve use of cash collateral; prepare for hearing; exchange emails with Office of U.S. Trustee regarding schedules and completion of documents for initial debtor interview; file Debtor's remaining schedules | 2.60 | $330.00 | $858.00 |
| OCT-25-18 | 18-66766 Debtor | Exchange emails and telephone call with creditor regarding motion for relief from stay; telephone calls with client regarding hearing on motion to approve use of cash collateral; Prepare for and attend hearing on Debtor's use of cash collateral; meeting with client regarding additional items needed for U.S. Trustee | 3.80 | $330.00 | $1,254.00 |
| OCT-26-18 | 18-66766 Debtor | email to counsel for Ameris Bank regarding cash collateral hearing | 0.10 | $330.00 | $33.00 |
| OCT-30-18 | 18-66766 Debtor | attention to proposed order on use of cash collateral; emails with counsel for Ameris Bank regarding order and Debtor's proof of insurance; prepare documents for Office of U.S. Trustee and exchange emails with Office of U.S. Trustee | 2.60 | $330.00 | $858.00 |
| OCT-31-18 | 18-66766 Debtor | attention to proposed order on use of cash collateral; exchange emails with counsel for Ameris Bank and Attorney for U.S. Trustee | 1.50 | $330.00 | $495.00 |
| NOV-06-18 | 18-66766 Debtor | telephone calls with client regarding 341 meeting; email with counsel for Ameris Bank regarding meeting | 0.30 | $330.00 | $99.00 |
| NOV-07-18 | 18-66766 Debtor | attend 341 meeting of creditors, discussion with officers regarding meeting | 1.20 | $330.00 | $396.00 |
| NOV-08-18 | 18-66766 Debtor | attention to Debtor's statement of operations; equity security holders list, cash flow statment | 0.40 | $330.00 | $132.00 |
| NOV-13-18 | 18-66766 Debtor | follow up with insurance agent to obtain proof for secured lender (.2); exchange communications with counsel or Ameris Bank regarding insurance and motion to appoint trustee (.4); communications with debtor's officers regarding appointment of trustee (.5) | 1.10 | $330.00 | $363.00 |

INVOICE NUMBER: 4

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-14-18 | 18-66766 Debtor | attention to proposed consent order to appoint trustee; communications with debtor's officer regarding proposed order and explanations for certain bank transactions | 0.50 | $330.00 | $165.00 |
| NOV-15-18 | 18-66766 Debtor | attention to proposed consent order appointing Trustee; exchange communications with counsel for Ameris Bank and attorney for U.S. Trustee regarding proposed revisions to consent order. | 1.20 | $330.00 | $396.00 |
| NOV-20-18 | 18-66766 Debtor | follow up with counsel for Ameris Bank regarding appointment of trustee; communications with officer for Debtor regarding deductions from charge card transactions and obtaining remaining information for debtor's IDI documents; review materials for debtor's monthly operating report; prepare and file report | 0.90 | $330.00 | $297.00 |
| NOV-26-18 | 18-66766 Debtor | communications with counsel for Ameris Bank regarding proposed cash collateral order (.2); meeting with debtor's officers and trustee (1.6) | 1.80 | $330.00 | $594.00 |
| NOV-29-18 | 18-66766 Debtor | exchange communications with counsel for Ameris Bank regarding collateral for loan | 0.10 | $330.00 | $33.00 |
| NOV-30-18 | 18-66766 Debtor | follow up with Trustee regarding meeting and requested documents; communications with Saleem Delawalla regarding needed documents and follow up meeting with Trustee | 0.50 | $330.00 | $165.00 |
| DEC-04-18 | 18-66766 Debtor | Exchange communications with Saleem Delawalla regarding documents requested by Trustee | 0.10 | $330.00 | $33.00 |
| DEC-11-18 | 18-66766 Debtor | exchange communications with debtor's officers regarding missing forms from Debtor's IDI packet (.1); communications with debtor's officers regarding proposed broker to sell business and potential sale of equipment (.2); communications with Trustee regarding completion of IDI and other matters concerning debtor's operations (.5) | 0.80 | $330.00 | $264.00 |
| DEC-12-18 | 18-66766 Debtor | exchange communications with U.S. Trustee's office regarding completion of IDI; communications with Saleem Delawalla regarding conference call with U.S. Trustee and Chapter 11 Trustee | 1.10 | $330.00 | $363.00 |
| DEC-14-18 | 18-66766 Debtor | various communications with debtor's officers and trustee regarding debtor's operations | 0.80 | $330.00 | $264.00 |
| DEC-22-18 | 18-66766 Debtor | communications with Saleem Delawalla regarding motion for relief from stay regarding retail lease | 0.20 | $330.00 | $66.00 |
| DEC-27-18 | 18-66766 Debtor | communications with debtor's officers regarding monthly operating report and regarding motion to compel payment of rent | 0.30 | $330.00 | $99.00 |
| DEC-28-18 | 18-66766 Debtor | review materials for debtor's monthly operating report; prepare and file report | 0.20 | $330.00 | $66.00 |

INVOICE NUMBER: 4

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-22-19 | 18-66766-JWC Debtor | communications with Trustee regarding sale of personal property and sale of debtor's business; follow up regarding lease agreements | 0.30 | $360.00 | $108.00 |
| JAN-25-19 | 18-66766-JWC Debtor | exchange communications with Trustee and auctioneer; Prepare application to employ auctioneer to sell debtor's personal property | 0.50 | $360.00 | $180.00 |
| JAN-28-19 | 18-66766-JWC Debtor | prepare proposed order to employ auctioneer to sell debtor's personal property | 0.10 | $360.00 | $36.00 |
| JAN-30-19 | 18-66766 Debtor | conversations with debtor's officers regarding payment rent, assumption and rejection of retail locations, and possible conversion of case | 0.30 | $330.00 | $99.00 |
| FEB-26-19 | 18-66766-JWC Debtor | prepare for and attend hearing on motion to sell debtor's property ; prepare order on motion to sell debtor's property at auction; exchange communications with Trustee and counsel for Ameris Bank regarding proposed order | 0.70 | $360.00 | $252.00 |
| | | Total amount of this invoice | | | $14,040.00 |