

**IT IS ORDERED as set forth below:**



**Date: December 10, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **18-66766-**JWC |
| | ) | |
| **BEAUTIFUL BROWS LLC,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION FOR PROFESSIONAL COMPENSATION**

On November 4, 2019, Jason L. Pettie, P.C. ("Applicant") filed its Application For Professional Compensation [Doc. No. 197] (the "Application").  The Application came before this Court for hearing on December 5, 2019.  The Court has considered the Application and all other matters of record, including the lack of objection thereto and that no further notice or opportunity for hearing is required.  After due deliberation thereon and finding that good cause exists for the entry of this Order, it is hereby:

**ORDERED** that the Application is approved, and Applicant is allowed compensation in the amount of $11,232.00 plus reimbursement of expenses in the amount of $233.91 for Applicant's service as special counsel.  It is further

11494408v1

**ORDERED** that Applicant is allowed compensation for its service as Debtor's attorney, and Applicant is authorized to draw down the retainer that is in Applicant's possession in the amount of $5,900.00.  It is further

**ORDERED** that the Court grants final approval of all fees and expenses approved by the Court, awarded to Applicant, and paid or to be paid to Applicant by the Trustee pursuant to the Application as final compensation of fees and reimbursement of expenses as administrative expenses awarded to Applicant; provided, however, that any amounts awarded and paid herein shall remain subject to disgorgement by this Court in event that there are not sufficient funds in this Chapter 7 Estate to pay the allowed, administrative expenses of the Chapter 7 Estate.  It is further

**ORDERED** that the Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

**END OF DOCUMENT**

Prepared and presented by:

**JASON L. PETTIE, P.C.**

By: */s/ Jason L. Pettie*
Jason L. Pettie, Applicant
State Bar No. 574783
P.O. Box 17936
Atlanta, Georgia 30316
Telephone: (404) 638-5984
Email: trustee@jasonpettie.com

11494408v1

## DISTRIBUTION LIST

Thomas Wayne Dworschak
Office of United States Trustee
362 Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Jason L. Pettie, P.C.
P.O. Box 17936
Atlanta, GA 30316

S. Gregory Hays, Trustee
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305

Beautiful Brows LLC
5002 North Royal Atlanta Dr, Ste M
Tucker, GA 30084

Henry F. Sewell, Jr.
2964 Peachtree Road NW, Ste 555
Atlanta, GA 30305

11494408v1