

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 11-25-2019
Response Date: 11-25-2019
Tracking Number: 100483439491

FORM NUMBER:        941
TAX PERIOD:         Jun. 30, 2018

TAXPAYER IDENTIFICATION NUMBER:      XX-XXX8624

BEAUTIFUL BROWS LLC
FNU SAHLEEMA
5002 NORTH ROYAL ATLANTA DRIVE STE
TUCKER, GA 30084-3050-999

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                    $6,260.90
ACCRUED INTEREST:                     $362.49   AS OF: Dec. 09, 2019
ACCRUED PENALTY:                       $23.21   AS OF: Jul. 31, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):      $6,646.60

** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TAX PER TAXPAYER:                   $40,665.05

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jul. 31, 2018
PROCESSED DATE                                               Sep. 10, 2018

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | Tax return filed           | 201834 | 09-10-2018 | $40,665.05 |
| n/a  | 09141-221-01707-8          |       |      |        |
| 650  | Federal tax deposit        |       | 04-11-2018 | -$2,891.97 |
| 651  | Dishonored federal tax deposit |   | 04-11-2018 | $2,891.97 |
| 286  | Penalty for dishonored payment |   | 05-07-2018 | $57.84 |
| 650  | Federal tax deposit        |       | 04-19-2018 | -$2,760.59 |
| 650  | Federal tax deposit        |       | 04-25-2018 | -$2,917.38 |
| 650  | Federal tax deposit        |       | 04-25-2018 | -$27.78 |
| 650  | Federal tax deposit        |       | 05-02-2018 | -$2,917.61 |
| 650  | Federal tax deposit        |       | 05-04-2018 | -$1,006.35 |
| 650  | Federal tax deposit        |       | 05-09-2018 | -$2,920.20 |
| 650  | Federal tax deposit        |       | 05-16-2018 | -$2,988.20 |

| | | | | |
|---|---|---|---|---|
| 650 | Federal tax deposit | | 05-16-2018 | -$2,805.89 |
| 651 | Dishonored federal tax deposit | | 05-16-2018 | $2,805.89 |
| 286 | Penalty for dishonored payment | | 06-11-2018 | $56.12 |
| 650 | Federal tax deposit | | 05-31-2018 | -$2,882.81 |
| 650 | Federal tax deposit | | 06-06-2018 | -$2,765.33 |
| 650 | Federal tax deposit | | 06-06-2018 | -$1,050.11 |
| 650 | Federal tax deposit | | 06-13-2018 | -$2,867.62 |
| 650 | Federal tax deposit | | 06-14-2018 | -$705.07 |
| 650 | Federal tax deposit | | 06-20-2018 | -$2,848.31 |
| 650 | Federal tax deposit | | 06-27-2018 | -$2,751.19 |
| 650 | Federal tax deposit | | 07-05-2018 | -$2,669.88 |
| 650 | Federal tax deposit | | 07-09-2018 | -$959.69 |
| 651 | Dishonored federal tax deposit | | 07-05-2018 | $2,669.88 |
| 286 | Penalty for dishonored payment | | 07-30-2018 | $53.40 |
| 186 | Federal tax deposit penalty 04-14-2030 | 201834 | 09-10-2018 | $873.18 |
| 276 | Penalty for late payment of tax | | 09-10-2018 | $83.17 |
| 196 | Interest charged for late payment | 201834 | 09-10-2018 | $47.78 |
| 186 | Federal tax deposit penalty 05-07-2030 | 201839 | 10-15-2018 | $415.84 |
| 276 | Penalty for late payment of tax | | 10-15-2018 | $41.58 |
| 196 | Interest charged for late payment | 201839 | 10-15-2018 | $45.60 |
| 520 | Bankruptcy or other legal action filed | | 10-03-2018 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-03-2018 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-03-2018 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 02-22-2019 | $0.00 |
| 976 | Duplicate return filed | | 02-22-2019 | $0.00 |
| n/a | 38977-495-00350-9 | | | |
| 971 | Amended tax return or claim forwarded for processing | | 02-22-2019 | $0.00 |
| 976 | Duplicate return filed | | 02-22-2019 | $0.00 |
| n/a | 38977-495-00352-9 | | | |
| 291 | Reduced or removed prior tax assessed | | 07-08-2019 | -$3,675.29 |
| n/a | 82154-564-20022-9 | | | |
| 277 | Reduced or removed penalty for late payment of tax | | 07-08-2019 | -$55.13 |
| 530 | Balance due account currently not collectable | | 09-20-2019 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 09-20-2019 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 11-06-2019 | $0.00 |
| 530 | Balance due account currently not collectable | | 11-06-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

|                |            |
|----------------|------------|
| Request Date:  | 11-25-2019 |
| Response Date: | 11-25-2019 |
| Tracking Number: | 100483439491 |

FORM NUMBER:       941
TAX PERIOD:        Sep. 30, 2018

TAXPAYER IDENTIFICATION NUMBER:         8624

BEAUTIFUL BROWS LLC
FNU SAHLEEMA
5002 NORTH ROYAL ATLANTA DRIVE STE
TUCKER, GA 30084-3050-999

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        $9,467.10
ACCRUED INTEREST:                         $490.84   AS OF: Dec. 09, 2019
ACCRUED PENALTY:                          $120.11   AS OF: Oct. 31, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):          $10,078.05

** INFORMATION FROM THE RETURN OR AS ADJUSTED **
TAX PER TAXPAYER:                       $33,992.69

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 31, 2018
PROCESSED DATE                                              Jan. 07, 2019

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | Tax return filed           | 201851 | 01-07-2019 | $33,992.69 |
| n/a  | 17141-341-61321-8          |       |            |            |
| 650  | Federal tax deposit        |       | 07-11-2018 | -$2,586.63 |
| 650  | Federal tax deposit        |       | 07-18-2018 | -$2,593.21 |
| 650  | Federal tax deposit        |       | 07-25-2018 | -$2,545.08 |
| 650  | Federal tax deposit        |       | 08-01-2018 | -$2,587.56 |
| 650  | Federal tax deposit        |       | 08-03-2018 | -$1,012.62 |
| 650  | Federal tax deposit        |       | 08-08-2018 | -$2,523.46 |
| 650  | Federal tax deposit        |       | 08-15-2018 | -$2,563.88 |
| 650  | Federal tax deposit        |       | 08-22-2018 | -$2,452.88 |
| 650  | Federal tax deposit        |       | 08-29-2018 | -$2,448.86 |
| 650  | Federal tax deposit        |       | 09-06-2018 | -$2,365.31 |

| 650 | Federal tax deposit | | 09-12-2018 | -$2,339.18 |
|---|---|---|---|---|
| 651 | Dishonored federal tax deposit | | 09-06-2018 | $3,365.31 |
| 286 | Penalty for dishonored payment | | 10-01-2018 | $67.31 |
| 650 | Federal tax deposit | | 09-19-2018 | -$2,358.32 |
| 650 | Federal tax deposit | | 09-26-2018 | -$2,331.78 |
| 651 | Dishonored federal tax deposit | | 09-19-2018 | $2,358.32 |
| 286 | Penalty for dishonored payment | | 10-15-2018 | $47.17 |
| 650 | Federal tax deposit | | 10-03-2018 | -$2,283.93 |
| 651 | Dishonored federal tax deposit | | 10-03-2018 | $2,283.93 |
| 286 | Penalty for dishonored payment | | 10-29-2018 | $45.68 |
| 520 | Bankruptcy or other legal action filed | | 10-03-2018 | $0.00 |
| 186 | Federal tax deposit penalty 03-21-2030 | 201851 | 01-07-2019 | $821.00 |
| 196 | Interest charged for late payment | 201851 | 01-07-2019 | $78.01 |
| 186 | Federal tax deposit penalty 03-21-2030 | 201904 | 02-11-2019 | $400.38 |
| 520 | Bankruptcy or other legal action filed | | 10-03-2018 | $0.00 |
| 530 | Balance due account currently not collectable | | 09-20-2019 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 09-20-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data