**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: BEAUTIFUL BROWS LLC | § § § § | Case No. 18-66766-JWC |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 10/03/2018. The case was converted to one under Chapter 7 on 08/30/2019. The undersigned trustee was appointed on 09/04/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $    321,935.33

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 78,234.38 |
| Bank service fees | 195.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    243,505.52 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/11/2019 and the deadline for filing governmental claims was 12/11/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,346.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $19,346.77, for a total compensation of $19,346.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $189.20 for total expenses of $189.20[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2020                                         By: /s/ S. Gregory Hays
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 18-66766-JWC  
**Case Name:** BEAUTIFUL BROWS LLC  
**For Period Ending:** 04/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 08/30/2019 (c)  
**§ 341(a) Meeting Date:** 10/15/2019  
**Claims Bar Date:** 12/11/2019

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Funds Turned Over by Chapter 11 Trustee (u) | 305,928.30 | 305,928.30 | | 305,994.30 | FA |
| 2 | Funds Setoff by First Data (See Adversary # 19-05118) (u) | 15,916.60 | 15,916.60 | | 15,941.03 | FA |
| 3 | Avoidance Action Claims (u) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$321,844.90** | **$321,844.90** | | **$321,935.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2021    **Current Projected Date Of Final Report (TFR):** 04/30/2020 (Actual)

04/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2

**Exhibit B**

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 18-66766-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | BEAUTIFUL BROWS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8624 | Account #: | ******8900 Checking |
| For Period Ending: | 04/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/19 | {1} | Beautiful Brows, LLC | Transfer from East West Bank. Close out Chapter 11 Bank Account. | 1290-010 | 305,928.30 | | 305,928.30 |
| 10/22/19 | {1} | Beautiful Brows LLC | Transfer from East West Bank acct # 0381 | 1290-010 | 66.00 | | 305,994.30 |
| 10/28/19 | 101 | Bullseye Auction & Appraisal LLC | Auctioneer Commission and expenses paid per Order, Dkt # 162. | | | 3,680.00 | 302,314.30 |
| | | | Auctioneer Commission paid per Order, Dkt # 162.     $3,180.00 | 3610-000 | | | |
| | | | Auctioneer expenses paid per Order, Dkt # 162.     $500.00 | 3620-000 | | | |
| 11/05/19 | {2} | First Data Coproration | Resolution of Adversary # 19-5118-jwc. | 1229-000 | 15,941.03 | | 318,255.33 |
| 12/10/19 | 102 | S. Gregory Hays | Chapter 11 Trustee commission and expenses, paid per Order, Dkt # 205. | | | 28,507.70 | 289,747.63 |
| | | S. Gregory Hays | Chapter 11 Trustee Commission, paid per Order, Dkt # 205.     $28,437.68 | 6101-000 | | | |
| | | S. Gregory Hays | Chapter 11 Trustee expenses, paid per Order, Dkt # 205.     $70.02 | 6102-000 | | | |
| 12/10/19 | 103 | Hays Financial Consulting, LLC | Chapter 11 accountant fees & expenses, paid per Order, Dkt # 204. | | | 30,050.77 | 259,696.86 |
| | | Hays Financial Consulting, LLC | Chapter 11 accountant fees, paid per Order, Dkt # 204.     $30,000.00 | 6310-000 | | | |
| | | Hays Financial Consulting, LLC | Chapter 11 accountant expenses, paid per Order, Dkt # 204.     $50.77 | 6320-000 | | | |
| 12/18/19 | 104 | Jason L. Pettie, PC | Special Counsel to Chapter 11 Trustee fees & expenses paid per Order, Dkt # 206. | | | 11,465.91 | 248,230.95 |
| | | | Special Counsel to Chapter 11 Trustee fees paid per Order, Dkt # 206     $11,232.00 | 6210-000 | | | |
| | | | Special Counsel to Chapter 11 Trustee expenses paid per Order, Dkt # 206     $233.91 | 6220-000 | | | |
| 01/20/20 | 105 | Law Offices of Henry F. Sewell, Jr., LLC | Final Chapter 11 fees for Attorney for Trustee awarded per Order, Docket # 211. | 6110-000 | | 3,680.00 | 244,550.95 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 244,550.95 | 0.00 |

**Page Subtotals:    $321,935.33    $321,935.33**

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

**Cash Receipts And Disbursements Record**

Exhibit B

Page: 2

| Case No.: | 18-66766-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | BEAUTIFUL BROWS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8624 | Account #: | ******8900 Checking |
| For Period Ending: | 04/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 321,935.33 | 321,935.33 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 244,550.95 | |
| | | **Subtotal** | | | 321,935.33 | 77,384.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$321,935.33** | **$77,384.38** | |

# Form 2

**Exhibit B**

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 18-66766-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | BEAUTIFUL BROWS LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***8624 | Account #: | ******0036 Demand Deposit Account |
| For Period Ending: | 04/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 244,550.95 | | 244,550.95 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 195.43 | 244,355.52 |
| 04/10/20 | 1000 | Krishnan Company | 2017 and 2018 amended corporate returns and 2017 1099 amendments. Paid per Order, Dkt #217. Inv # 84556 | 3410-000 | | 850.00 | 243,505.52 |
| | | **COLUMN TOTALS** | | | 244,550.95 | 1,045.43 | $243,505.52 |
| | | | Less: Bank Transfers/CDs | | 244,550.95 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 1,045.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$1,045.43** | |

{ } *Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-66766-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | BEAUTIFUL BROWS LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***8624 | **Account #:** | ******0036 Demand Deposit Account |
| **For Period Ending:** | 04/30/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $321,935.33 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $321,935.33 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8900 Checking | $321,935.33 | $77,384.38 | $0.00 |
| ******0036 Demand Deposit Account | $0.00 | $1,045.43 | $243,505.52 |
| | $321,935.33 | $78,429.81 | $243,505.52 |

04/30/2020
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 18-66766-JWC                    BEAUTIFUL BROWS LLC

Claims Bar Date: 12/11/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Ameris Bank<br>Leo Story<br>605 W. Highway 80<br>Pooler, GA 31322<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>10/15/18 | | $703,946.57<br>$703,946.57 | $0.00 | $703,946.57 |
| | First position secured lender. | | | | | |
| 4 | FC Marketplace, LLC<br>PO Box 3002<br>Malvern, PA 19355-0701<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>11/08/18 | | $327,798.78<br>$327,798.78 | $0.00 | $327,798.78 |
| | The Trustee did not administer assets to which the creditor's claim would attach and/or creditor will be entitled to payment once the claim of Ameris Bank (POC#1) is paid in full. | | | | | |
| 12 | Gwinnett Place Mall GA LLC<br>9101 Alta Dr., Suite 1801<br>Las Vegas, NV 89145<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>02/21/19 | | $41,846.10<br>$41,846.10 | $0.00 | $41,846.10 |
| | The Trustee did not administer assets to which the creditor's claim would attach and/or creditor will be entitled to payment once the claim of Ameris Bank (POC#1) is paid in full. | | | | | |
| ADM10 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>04/29/20 | | $5,682.50<br>$5,682.50 | $0.00 | $5,682.50 |
| ADM11 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>04/29/20 | | $30.15<br>$30.15 | $0.00 | $30.15 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 18-66766-JWC          BEAUTIFUL BROWS LLC

Claims Bar Date: 12/11/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM12 | Law Offices of Henry F. Sewell, Jr., LLC<br>2964 Peachtree Road NW, Ste 555<br>Atlanta, GA 30305<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>04/24/20 | | $7,935.00<br>$7,935.00 | $0.00 | $7,935.00 |
| ADM7 | Office of the US Trustee<br> U.S. Trustee Payment Center<br>P.O. Box 530202<br>Atlanta, GA 30353-0202<br><2950-000 United States Trustee Quarterly Fees><br>, 200<br><br>Fourth quarter 2019. Amount due per 4/15/20 email from Tom Dworschak. | Administrative<br>04/15/20 | | $325.00<br>$325.00 | $0.00 | $325.00 |
| ADM8 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>04/29/20 | | $19,346.77<br>$19,346.77 | $0.00 | $19,346.77 |
| ADM9 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>04/29/20 | | $189.20<br>$189.20 | $0.00 | $189.20 |
| AMD13 | Law Offices of Henry F. Sewell, Jr., LLC<br>2964 Peachtree Road NW, Ste 555<br>Atlanta, GA 30305<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>04/24/20 | | $105.00<br>$105.00 | $0.00 | $105.00 |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><6101-000 Prior Chapter Trustee Compensation ><br>, 300 | Administrative<br>04/29/20 | | $28,437.68<br>$28,437.68 | $28,437.68 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 18-66766-JWC        BEAUTIFUL BROWS LLC

Claims Bar Date: 12/11/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><6102-000 Prior Chapter Trustee Expenses><br>, 300 | Administrative | | $70.02<br>$70.02 | $70.02 | $0.00 |
| ADM3 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><6310-000 Prior Chapter Accountant for Trustee Fees (Trustee Firm)><br>, 300 | Administrative<br>12/10/19 | | $30,000.00<br>$30,000.00 | $30,000.00 | $0.00 |
| ADM4 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><6320-000 Prior Chapter Accountant for Trustee Expenses (Trustee Firm) ><br>, 300 | Administrative<br>12/10/19 | | $50.77<br>$50.77 | $50.77 | $0.00 |
| ADM5 | Law Offices of Henry F. Sewell, Jr., LLC<br>2964 Peachtree Road NW, Ste 555<br>Atlanta, GA 30305<br><6110-000 Prior Chapter Attorney for Trustee Fees (Trustee Firm)><br>, 300 | Administrative<br>01/20/20 | | $3,680.00<br>$3,680.00 | $3,680.00 | $0.00 |
| 11-2 | Town Center at Cobb, LLC<br>225 West Washington Street<br>Indianapolis, IN 46204<br><6920-000 Administrative Rent (post-petition storage fees, leases)><br>, 300 | Administrative<br>02/21/19 | | $22,004.68<br>$22,004.68 | $0.00 | $22,004.68 |
| 3-5P | Department of the Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>10/23/18 | | $19,305.32<br>$19,305.32 | $0.00 | $19,305.32 |
| | Resolved per Order, Dkt # 214. $19,305.32 as priority claim and $2,195.15 as general unsecured claim. | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 18-66766-JWC    BEAUTIFUL BROWS LLC

Claims Bar Date: 12/11/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9P | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION, ARCS - BANKRUPTCY<br>1800 CENTURY BLVD NE, SUITE 9100<br>ATLANTA, GA 30345-3205<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>12/20/18 | | $5,079.39<br>$5,079.39 | $0.00 | $5,079.39 |
| 10-2P | Minal Patel<br>1995 N. Park Pl., Ste<br>Ste. 565<br>Atlanta, GA 30339<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $13650.00 Less Taxes = Net $13650.00] | Priority<br>02/05/19 | | $13,650.00<br>$13,650.00 | $0.00 | $13,650.00 |
| 16P | Pareen Patel<br>The Patel Law Group LLC<br>1995 N. Park Pl. SE Ste 565<br>Atlanta, GA 30339<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $13650.00 Less Taxes = Net $13650.00] | Priority<br>05/03/19 | | $13,650.00<br>$13,650.00 | $0.00 | $13,650.00 |
| 2 | DLI Assets Bravo, LLC<br>110 N. Washington Street<br>Suite 500<br>Rockville, MD 20850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/19/18 | | $161,583.56<br>$161,583.56 | $0.00 | $161,583.56 |
| 3-5U | Department of the Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Resolved per Order, Dkt # 214. $19,305.32 as priority claim and $2,195.15 as general unsecured claim. | Unsecured<br>10/23/18 | | $2,195.19<br>$2,195.19 | $0.00 | $2,195.19 |
| 5 | Ascentium Capital<br>23970 Highway 59N<br>Kingwood, TX 77339<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/19/18 | | $105,465.92<br>$105,465.92 | $0.00 | $105,465.92 |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

Case: 18-66766-JWC    BEAUTIFUL BROWS LLC

Claims Bar Date: 12/11/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/29/18 | | $29,363.27 $29,363.27 | $0.00 | $29,363.27 |
| 7 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/29/18 | | $51,093.70 $51,093.70 | $0.00 | $51,093.70 |
| 8 | Hoover Mall Limited, L.L.C. 350 N. Orleans St., Suite 300 Chicago, IL 60654-1607 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/20/18 | | $295,610.42 $295,610.42 | $0.00 | $295,610.42 |
| 9U | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION, ARCS - BANKRUPTCY 1800 CENTURY BLVD NE, SUITE 9100 ATLANTA, GA 30345-3205 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/20/18 | | $1,285.12 $1,285.12 | $0.00 | $1,285.12 |
| 10-2U | Minal Patel 1995 N. Park Pl., Ste Ste. 565 Atlanta, GA 30339 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/05/19 | | $57,910.90 $57,910.90 | $0.00 | $57,910.90 |
| 11-2U | Town Center at Cobb, LLC 225 West Washington Street Indianapolis, IN 46204 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/21/19 | | $206,189.44 $206,189.44 | $0.00 | $206,189.44 |

UST Form 101-7-TFR (5/1/2011)

Page: 6

# Exhibit C

## Analysis of Claims Register

Case: 18-66766-JWC    BEAUTIFUL BROWS LLC

Claims Bar Date: 12/11/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Arbor Place II LLC<br>736 Georgia Avenue Suite 300<br>Chattanooga, TN 37402<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/25/19 | | $31,762.16<br>$31,762.16 | $0.00 | $31,762.16 |
| 14 | Kena Patel<br>Beth E. Rogers<br>100 Peachtree Street, Suite 1950<br>Atlanta, GA 30303<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/22/19 | | $98,000.00<br>$98,000.00 | $0.00 | $98,000.00 |
| 15 | Vimal Ahuja<br>2500 Daniell's Bridge Road<br>Building 200, Suite 3A<br>Athens, GA 30606<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/12/19 | | $138,779.38<br>$138,779.38 | $0.00 | $138,779.38 |
| 16U | Pareen Patel<br>The Patel Law Group LLC<br>1995 N. Park Pl. SE Ste 565<br>Atlanta, GA 30339<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/03/19 | | $81,850.00<br>$81,850.00 | $0.00 | $81,850.00 |
| 17-2 | Department of the Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>POC 17-1 amended by POC 17-2 to $0.00. | Unsecured<br>05/22/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 18 | Platinum Federal Credit Union<br>40 Technology Parkway South Suite 300<br>Peachtree Corners, GA 30092<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/02/19 | | $44,175.00<br>$44,175.00 | $0.00 | $44,175.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 7

# Exhibit C

## Analysis of Claims Register

Case: 18-66766-JWC          BEAUTIFUL BROWS LLC

Claims Bar Date: 12/11/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Ary Investments Inc. 8710 Glasgow Pointe Duluth, GA 30097 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/29/19 | | $300,000.00 $300,000.00 | $0.00 | $300,000.00 |
| 20 | Gwinnett Place Mall GA LLC 9101 Alta Dr., Suite 1801 Las Vegas, NV 89145 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 12/12/19 | | $46,431.43 $46,431.43 | $0.00 | $46,431.43 |
| | | | **Case Total:** | | **$62,238.47** | **$2,832,589.95** |

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-66766-JWC
Case Name: BEAUTIFUL BROWS LLC
Trustee Name: S. Gregory Hays

**Balance on hand:**    $    243,505.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | Gwinnett Place Mall GA LLC | 41,846.10 | 41,846.10 | 0.00 | 0.00 |
| 1 | Ameris Bank | 703,946.57 | 703,946.57 | 0.00 | 187,887.22 |
| 4 | FC Marketplace, LLC | 327,798.78 | 327,798.78 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    187,887.22
Remaining balance:    $    55,618.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 19,346.77 | 0.00 | 19,346.77 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 5,682.50 | 0.00 | 5,682.50 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 30.15 | 0.00 | 30.15 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |
| Trustee, Expenses - S. Gregory Hays | 189.20 | 0.00 | 189.20 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Henry F. Sewell, Jr., LLC | 7,935.00 | 0.00 | 7,935.00 |
| Attorney for Trustee Expenses (Other Firm) - Law Offices of Henry F. Sewell, Jr., LLC | 105.00 | 0.00 | 105.00 |

Total to be paid for chapter 7 administrative expenses:    $    33,613.62
Remaining balance:    $    22,004.68

UST Form 101-7-TFR(5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Trustee Compensation - S. Gregory Hays | 28,437.68 | 28,437.68 | 0.00 |
| Prior Chapter Trustee Expenses - S. Gregory Hays | 70.02 | 70.02 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Law Offices of Henry F. Sewell, Jr., LLC | 3,680.00 | 3,680.00 | 0.00 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm) - Hays Financial Consulting, LLC | 30,000.00 | 30,000.00 | 0.00 |
| Prior Chapter Accountant for Trustee Expenses (Trustee Firm) - Hays Financial Consulting, LLC | 50.77 | 50.77 | 0.00 |
| Administrative Rent (post-petition storage fees, leases) - Town Center at Cobb, LLC | 22,004.68 | 0.00 | 22,004.68 |

Total to be paid for prior chapter administrative expenses: $ 22,004.68
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,684.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3-5P | Department of the Treasury | 19,305.32 | 0.00 | 0.00 |
| 9P | GEORGIA DEPARTMENT OF REVENUE | 5,079.39 | 0.00 | 0.00 |
| 10-2P | Minal Patel | 13,650.00 | 0.00 | 0.00 |
| 16P | Pareen Patel | 13,650.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,605,264.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DLI Assets Bravo, LLC | 161,583.56 | 0.00 | 0.00 |
| 3-5U | Department of the Treasury | 2,195.19 | 0.00 | 0.00 |
| 5 | Ascentium Capital | 105,465.92 | 0.00 | 0.00 |
| 6 | American Express National Bank | 29,363.27 | 0.00 | 0.00 |
| 7 | American Express National Bank | 51,093.70 | 0.00 | 0.00 |
| 8 | Hoover Mall Limited, L.L.C. | 295,610.42 | 0.00 | 0.00 |
| 9U | GEORGIA DEPARTMENT OF REVENUE | 1,285.12 | 0.00 | 0.00 |
| 10-2U | Minal Patel | 57,910.90 | 0.00 | 0.00 |
| 11-2U | Town Center at Cobb, LLC | 206,189.44 | 0.00 | 0.00 |
| 13 | Arbor Place II LLC | 31,762.16 | 0.00 | 0.00 |
| 14 | Kena Patel | 98,000.00 | 0.00 | 0.00 |
| 15 | Vimal Ahuja | 138,779.38 | 0.00 | 0.00 |
| 16U | Pareen Patel | 81,850.00 | 0.00 | 0.00 |
| 17-2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 18 | Platinum Federal Credit Union | 44,175.00 | 0.00 | 0.00 |
| 19 | Ary Investments Inc. | 300,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $           0.00
Remaining balance:  $           0.00

Tardily filed claims of general (unsecured) creditors totaling $46,431.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Gwinnett Place Mall GA LLC | 46,431.43 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:  $           0.00
Remaining balance:  $           0.00

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)