# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | |
|---|---|
| In Re: | Debtor(s)<br>**Beautiful Brows LLC**<br>5002 North Royal Atlanta Dr<br>Suite M<br>Tucker, GA 30084<br><br>**26–2988624** | Case No.: **18–66766–jwc**<br>Chapter: **7**<br>Judge: **Jeffery W. Cavender** |

## ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

Jeffery W. Cavender
United States Bankruptcy Judge

Dated:   September 30, 2020
Form 183